UNITED STATAES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RUSLAN MIRVIS,

                              Plaintiffs,

    -against-

HERMAN QUAY, Warden; ELEAZAR GARCIA,
Associate Warden; JONATHAN WHITE, Captain;
"JOHN" POE, Lieutenant; "JOHN" METZGER,
Lieutenant; "JOHN" CALIXTE, Correction Officer;
"JOHN DOE" #1-3, Correction Officers; "G."
GONZALEZ, Correction Officer; "JANE DOE," Correction
Officer; and Counselor MURAY "DOE,"

                              Defendants.
-----------------------------------------------------------------------X

19 Civ. 02573 (LDH)(VMS)

**DECLARATION OF SERVICE**

    I, **DEAN L. PILLARELLA, ESQ.**, an attorney dually admitted and licensed to practice law before the United States District Court of the Eastern District of New York and the courts of the State of New York, affirm and declare the following to be true under penalty of perjury:

    I am over 18 years of age, am not a party to this action, and am an associate attorney at **HELD & HINES, LLP**, attorneys for Plaintiff, RUSLAN MIRVIS, in the above-titled action. My office is located at 2004 Ralph Avenue, Brooklyn, NY 11234.

    That on the **20th** day of **November**, in the year **2019**, at approximately **1:00 p.m.**, I personally served respective copies of the above-action's November 4, 2019, Supplemental Summons and Amended Complaint by **personally delivering** the same upon Defendants HERMAN QUAY, ELEAZAR GARCIA, JONATHAN WHITE, "JOHN" METZGER at 80 29th Street, Brooklyn, NY 11232, to a HEIDI PRATESI, who identified herself as an attorney and agent authorized to accept service thereat on behalf of the foregoing Defendants.

    A description of the person served is as follows: **Approx. age**: 30-40 yrs, **approx. weight**: 120-130 lbs., **approx. height**: 5'5-5'7, **sex**: female, **skin**: Caucasian/white.

Dated:        Brooklyn, NY
               November 21, 2019

                                                                     Dean L. Pillarella, Esq.