MARC J. HELD*
PHILIP M. HINES*
*ALSO ADMITTED IN NEW JERSEY

HELD & HINES LLP
ATTORNEYS AT LAW

MATTHEW R. GROSSO
EDWARD S. MILLER
URI NAZRYAN

OF COUNSEL
SHERRY D. DANZIG

January 14, 2022

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Mirvis v. Quay, et al.*, 1:19-cv-2573-LDH-VMS—Letter Regarding Status of Memorandum and Order on Defendants' Motion to Dismiss (dkt. 59)

Dear Hon. DeArcy Hall:

I represent Plaintiff in this case. I write with the consent of Defendants to inquire as to the status of the Court's release of the Memorandum and Order on Defendants' motion to dismiss (dkt. 59).

On April 6, 2021, the Court issued an un-numbered docket-entry-order (the "Order") granting in part and denying in part Defendants' motion to dismiss the Amended Complaint, and indicating that a Memorandum and Order would follow. Plaintiff's Amended Complaint raised claims arising out of two distinct time periods: (a) July 2017, and (b) January/February 2019. While the Order specifies which claims and which Defendants remain, it does not specify which time periods are included in these claims. The scope of discovery will be very different based on which time periods are included.

The parties were able to serve their Initial Disclosures and initial discovery requests, but as the parties are preparing their responses to the initial discovery requests, the parties would appreciate clarification on the surviving claims so that they can tailor their responses to the relevant time periods. Thank you for your time and your consideration of this unusual request.

Respectfully Submitted,

/s/ Uri Nazryan
Uri Nazryan
P: 718-531-9700
unazryan@heldhines.com
*Counsel for Plaintiff*

cc: All counsel of record via ECF