January 30, 2023

By ECF
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *Ruslan Mirvis v. Herman Quay, et al.*
                 No. 19-cv-2573 (DeArcy Hall, J.) (Scanlon, M.J.)

Dear Judge Scanlon:

      Held & Hines LLP represents the Plaintiff and the United States Attorney's Office for the Eastern District of New York represents Defendants Pierre Calixte, Veronica Metzger, and Thomas Pope in the above-referenced action. In accordance with the Court's December 6, 2022 Order, the parties submit this joint status report concerning fact discovery.

      The parties completed depositions and, based on some of the deposition testimony, Plaintiff served additional requests for documents on the Bureau of Prisons (BOP). The BOP recently responded to those requests and provided documents. The BOP continues to search for two logbooks and respectfully requests two weeks, until February 13, 2023, to complete its search. All other fact discovery has been completed. If amenable to the Court, the parties will file a supplemental letter on February 13 to confirm that discovery is complete.

      Thank you for Your Honor's attention to this matter.

      Respectfully submitted,

| | |
|---|---|
| HELD & HINES LLP | BREON PEACE |
| 2004 Ralph Avenue | United States Attorney |
| Brooklyn, New York 11234 | 271A Cadman Plaza East |
| | Brooklyn, New York 11201 |
| By:   /s/_____ | |
|      Uri Nazryan, Esq. | By:   /s/_____ |
|      (718) 531-9700 |      Matthew Modafferi |
|      unazryan@heldhines.com |      Kimberly Francis |
| |      Assistant U.S. Attorneys |
| |      (718) 254-6229/6147 |
| |      matthew.modafferi@usdoj.gov |
| |      kimberly.francis@usdoj.gov |