November 28, 2022

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUSLAN MIRVIS,

                    Plaintiff,

        - against -

HERMAN QUAY, Warden; ELEAZAR GARCIA,
Associate Warden; JONATHAN WHITE, Captain;
"JOHN" POE, Lieutenant; "JOHN" METZGER,
Lieutenant; "JOHN" CALIXTE, Correction
Officer; "JOHN DOE" #1-3, Correction
Officers; "G." GONZALEZ, Correction
Officer; "JANE DOE," Correction Officer;
and Counselor MAURY "DOE,"

                    Defendants.


                    November 28, 2022
                    10:10 o'clock a.m.


    DEPOSITION OF VERONICA METZGER, s/h/a "JOHN"
METZGER, Lieutenant, Defendant, taken by
Plaintiff, pursuant to Notice, held remotely
before JOAN OCCHIOGROSSO, a Stenotype Reporter and
Notary Public within and for the State of New
York.

        JAY DEITZ & ASSOCIATES, LTD.
(212) 374-7700   (516) 678-0700   (718) 527-7700
```

(1) Metzger
(2) because I believe I walked in on the situation, he
(3) brought him down there, but he initiated it but we
(4) both were there, I mean, we both called and saw
(5) that it was taken care of, he started it so of
(6) course he wrote it up but we both assisted in
(7) handling it to taking care of it.
(8)     Q     What did you specifically do to assist
(9) in handling this request?
(10)    A     We have internal staff which is officers
(11) that are on the floor, we sent him to get medical
(12) attention.  Later on we found that the unit
(13) officer had found a tattoo gun and the inmate that
(14) apparently tattooed Mirvis so that inmate got an
(15) incident report for having the tattoo
(16) paraphernalia and Mirvis received the incident
(17) report for self mutilation, that's what the
(18) incident report, they get for tattooing, that was
(19) it, but Mirvis went to SHU pending a threat
(20) assessment, protective custody because you also do
(21) a threat assessment as well to find out if there
(22) was any threat to him on the housing unit.
(23)    Q     Do you know what the result of that
(24) threat assessment was?
(25)    A     I do not.

(1) Metzger
(2) Q   Did Mr. Mirvis mention anything to you
(3) in this third encounter about the previous two
(4) encounters with him?
(5) **A   He did not.**
(6) Q   During this third encounter did Mr.
(7) Mirvis mention anything related to this case to
(8) you?
(9) **A   He did not.**
(10) Q   After this third interaction with Mr.
(11) Mirvis did you ever have any other interactions
(12) with Mr. Mirvis?
(13) **A   I did not.**
(14) Q   During the first encounter with Mr.
(15) Mirvis, do you recall being aware of what his
(16) charges were at the time?
(17) **A   No.**
(18) Q   Do you recall if during the second
(19) encounter with Mr. Mirvis you were aware of what
(20) his charges were?
(21) **A   No.**
(22) Q   During the first interaction with Mr.
(23) Mirvis do you recall if Mr. Mirvis mentioned that
(24) he had previously been physically attacked over
(25) the last few months?

(1)              Metzger
(2)     A     No. He didn't say that it occurred at
(3)     nighttime, he didn't say that it occurred -- you
(4)     know, normally the duress button is hit when the
(5)     unit is secured.
(6)             As far as during an interview the
(7)     process goes, when you interview an inmate you
(8)     normally will look up their register number, when
(9)     they say their number, and their inmate profile
(10)    comes up so you will see why they are there in the
(11)    institution, so it really doesn't make a
(12)    difference why they are there, you know what I
(13)    mean, we're just trying to help the inmate to say
(14)    hey, we're there to keep people safe, doesn't
(15)    matter why they are in the institution, sometimes
(16)    an inmate will come down and say I'm here for this
(17)    reason, I can't live on the housing unit, you
(18)    know, they will sometimes come and say they will
(19)    admit whatever their charges are, you know, and
(20)    say I can't live here for this particular reason,
(21)    you know, or an inmate will tell them get out the
(22)    unit so when we do the interview we're ultimately
(23)    there to keep the person safe so why they they are
(24)    in the institution is irrelevant, you know, we
(25)    don't care about that, we are there to keep them

(1) Metzger
(2) safe so we have to look up their profile to see,
(3) you know, and we're looking not only for that,
(4) we're looking for how long they been there, you
(5) know, and stuff like that.
(6)     Q    Do you recall looking up Mr. Mirvis'
(7) profile during the first encounter with him?
(8)     A    Well, Lieutenant Pope looked up, that's
(9) the process, they come down, they have their
(10) register number, you're also looking up their
(11) security threat, if they have one because if you
(12) want to place them on another housing unit, you
(13) know, we have a lot of gangs at MDC Brooklyn so if
(14) they are a Bloods you want to know where to place
(15) them or whatever security threat they have so you
(16) want to know where you can place them so there's a
(17) number of things you're looking for when you're
(18) looking up the inmate profile.
(19)     Q    You said that Lieutenant Pope was the
(20) one who looked up the inmate profile during this
(21) first encounter?
(22)     A    Yes.
(23)     Q    Do you recall what else, if anything,
(24) Lieutenant Pope looked up or learned about Mr.
(25) Mirvis during this first encounter?

(1)  Metzger
(2)  inmate we need, if there's things we need, he
(3)  responds with the lieutenants.
(4)  Q    This officer's assignment would have
(5)  been internal security officer?
(6)  A    Internal officer.
(7)  Q    Bringing us back or forward to February
(8)  or to the second encounter with Mr. Mirvis, do you
(9)  recall if Mr. Mirvis mentioned anything about his
(10) stomach during that second encounter?
(11) A    No.
(12) Q    Do you recall if Mr. Mirvis mentioned
(13) anything about vomiting blood during the second
(14) encounter?
(15) A    No. Honestly, I was going out the door
(16) real quick and I said to him, you know, the
(17) officer called medical for you and I went out the
(18) door, so no.
(19) Q    Do you recall if you or anyone else ever
(20) laughed at Mr. Mirvis?
(21) A    No. I did not.
(22) Q    Do you recall if during the first or the
(23) second encounter you or someone else told Mr.
(24) Mirvis that he should learn to defend himself?
(25) A    No, we didn't say that to him.

```
(1)                     Metzger
(2)      Q      Do you recall if you or anyone else
(3)   during the first or second encounter with Mr.
(4)   Mirvis told him that he was sick in the head?
(5)      A      I don't recall that at all.
(6)             First encounter Mirvis was very upset
(7)   when he came downstairs, we wouldn't say that to
(8)   him.
(9)      Q      Do you recall why Mr. Mirvis was so
(10)  upset during this first encounter?
(11)     A      Like I said, he was -- kept pointing to
(12)  his chest saying look what they did to me.  He was
(13)  pointing at that tattoo and then the inmate that
(14)  we found with the tattoo paraphernalia said Mirvis
(15)  owed him money for that tattoo, that's why he was
(16)  trying to get out of the unit.
(17)     Q      Were you part of that interview with
(18)  this inmate that said Mirvis owed him money in
(19)  connection with that tattoo?
(20)     A      No.  That inmate was placed in SHU and
(21)  we got the tattoo paraphernalia and we locked him
(22)  up following that stuff.
(23)     Q      How did you learn about this statement
(24)  from the inmate about Mr. Mirvis owing him money
(25)  for the tattoo?
```

(1) **Metzger**

(2) Q     The quote he attributes to you as "I
(3) need medical attention for my head," it's still
(4) your position you did not say that?
(5)   **A     Absolutely.**
(6) Q     Now, later on in that paragraph it says
(7) this is the same lieutenant when I was assaulted
(8) physically and sexually about a year ago also did
(9) nothing and had the audacity to tell me I should
(10) learn to fight.
(11)         Do you recall, reading this, do you
(12) recall Mr. Mirvis mentioning anything about your
(13) first encounter with him during that second
(14) encounter?
(15)   **A     No.  I wasn't even the person**
(16) **interviewing him.  I walked in on the interview.**
(17) Q     Seeing this E-mail, does it refresh your
(18) recollection as to whether you ever told Mr.
(19) Mirvis that he should learn to fight?
(20)   **A     No.**
(21) Q     The last thing there that says in
(22) addition she embarrassed me in front of all staff
(23) when I was interviewed about the assault.
(24)         Do you have any recollection of what Mr.
(25) Mirvis is referring to there?