```
BROFR   531.01 *              INMATE HISTORY              *    07-24-2019
PAGE 001 OF 001 *                QUARTERS                 *      08:04:43

 REG NO..: 90101-053 NAME....: MIRVIS, RUSLAN
 CATEGORY: QTR         FUNCTION: PRT      FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
BRO    K07-804L    HOUSE K/RANGE 07/BED 804L     07-09-2019 1408 CURRENT
BRO    K07-804L    HOUSE K/RANGE 07/BED 804L     02-08-2019 2256 07-09-2019 1139
BRO    K07-804L    HOUSE K/RANGE 07/BED 804L     01-07-2019 1756 02-06-2019 1827
BRO    K07-804L    HOUSE K/RANGE 07/BED 804L     09-20-2018 1026 12-27-2018 1728
BRO    K07-812L    HOUSE K/RANGE 07/BED 812L     06-04-2018 1304 09-20-2018 1026
BRO    K07-812L    HOUSE K/RANGE 07/BED 812L     01-08-2018 1157 06-04-2018 1016
BRO    K07-802U    HOUSE K/RANGE 07/BED 802U     12-27-2017 1452 01-08-2018 1157
BRO    H01-519U    HOUSE H/RANGE 01/BED 519U     12-26-2017 1356 12-27-2017 1452
BRO    H03-502U    HOUSE H/RANGE 03/BED 502U     12-01-2017 1208 12-26-2017 1356
BRO    H03-529U    HOUSE H/RANGE 03/BED 529U     11-23-2017 0928 12-01-2017 1208
BRO    H03-512U    HOUSE H/RANGE 03/BED 512U     11-22-2017 1256 11-23-2017 0928
BRO    Z03-111UAD  HOUSE Z/RANGE 03/BED 111U AD  11-13-2017 0801 11-22-2017 1256
BRO    I06-603L    HOUSE I/RANGE 06/BED 603L     11-12-2017 0849 11-13-2017 0801
BRO    I05-632U    HOUSE I/RANGE 05/BED 632U     11-11-2017 2201 11-12-2017 0849
BRO    I02-617L    HOUSE I/RANGE 02/BED 617L     11-05-2017 1425 11-11-2017 2201
BRO    I01-630U    HOUSE I/RANGE 01/BED 630U     10-26-2017 1440 11-05-2017 1425
BRO    G06-409U    HOUSE G/RANGE 06/BED 409U     10-26-2017 1256 10-26-2017 1440
BRO    Z01-104LAD  HOUSE Z/RANGE 01/BED 104L AD  10-11-2017 1932 10-26-2017 1256
BRO    Z01-103LAD  HOUSE Z/RANGE 01/BED 103L AD  10-10-2017 1349 10-11-2017 1932
BRO    G03-412L    HOUSE G/RANGE 03/BED 412L     09-25-2017 1442 10-10-2017 1349
BRO    Z04-109UDS  HOUSE Z/RANGE 04/BED 109U DS  09-20-2017 2104 09-25-2017 1442
BRO    Z04-109UAD  HOUSE Z/RANGE 04/BED 109U AD  09-15-2017 1234 09-20-2017 2104
BRO    Z04-127UAD  HOUSE Z/RANGE 04/BED 127U AD  09-13-2017 1346 09-15-2017 1234
BRO    Z04-128LAD  HOUSE Z/RANGE 04/BED 128L AD  09-06-2017 2229 09-13-2017 1346
BRO    Z04-127UAD  HOUSE Z/RANGE 04/BED 127U AD  09-06-2017 2103 09-06-2017 2229
BRO    G05-402U    HOUSE G/RANGE 05/BED 402U     09-06-2017 0836 09-06-2017 2103
BRO    G05-425L    HOUSE G/RANGE 05/BED 425L     08-09-2017 1748 09-06-2017 0836
BRO    Z03-128UAD  HOUSE Z/RANGE 03/BED 128U AD  07-27-2017 1548 08-09-2017 1748
BRO    Z03-115UAD  HOUSE Z/RANGE 03/BED 115U AD  07-24-2017 2005 07-27-2017 1548
BRO    Z04-103LAD  HOUSE Z/RANGE 04/BED 103L AD  07-12-2017 1420 07-24-2017 2005
BRO    J03-727L    HOUSE J/RANGE 03/BED 727L     05-05-2017 1332 07-12-2017 1420
BRO    J04-731U    HOUSE J/RANGE 04/BED 731U     04-26-2017 1918 05-05-2017 1332
BRO    G01-406L    HOUSE G/RANGE 01/BED 406L     04-21-2017 2246 04-26-2017 1918
BRO    R02-001L    HOUSE R/RANGE 02/BED 001L     04-21-2017 2101 04-21-2017 2246



G0000           TRANSACTION SUCCESSFULLY COMPLETED
```