

U.S. Department of Justice

Federal Bureau of Prisons

## Inmate Investigative Report

**Institution:** Brooklyn MDC

**Case Number:** ████████

**Investigation Type:** Investigative / Protective Custody

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 90101053 | MIRVIS, RUSLAN | ███ |
| ███ | ████████ | ███ |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Summary:**

On July 12, 2017 at approximately 2:00 p.m. Inmate Mirvis, Ruslan Reg. No. 90101-053 requested Protective Custody. Mirvis stated he was jumped, and assaulted by ███████████████████████████████ on Unit J-B and was told he needed to pay him or get off the unit. Mirvis was photographed, medically assessed and escorted to the West Special Housing Unit pending the outcome of an investigation.

**Inmate Data:**



**Name:** 90101053 - MIRVIS, RUSLAN
**Role:** Victim
**Security Level:** UNASSG
**Facility Arrival Date:** 4/22/2017
**Charges:**
**Description**
No Charges Found
**STGs:**

**Age:** 34   **Race:** WHITE
**Custody Level:** ███
**Projected Release Date:**

**Sentencing District**

**CIMs:**



**Name:** ███████████████████████
**Role:** Not Known
**Security Level:** UNASSG
**Facility Arrival Date:** 2/11/2016
**Charges:**
**Description**
No Charges Found
**STGs:**

**Age:** ███  **Race:** ███
**Custody Level:** ███
**Projected Release Date:**

**Sentencing District**

**CIMs:**

**Victim Statements:**

**Date:** 7/24/2017 11:00 AM                              **Location:** Housing Units, Secured
**Interviewer:** Thompson, Kimberley                     **Title:** SIS Tech
**Interviewee:** 90101053 - MIRVIS, RUSLAN

On July 24, 2017, inmate Mirvis, Ruslan, Reg. No. 90101-053, was interviewed regarding his request for Protective Custody inmate Mirvis alleged inmate ███████████████████████, threatened him with a knife if he didn't pay him $4000.00 Mirvis states he has been threatened, and assaulted by ██████ for weeks, however he was afraid to report it because ██████ said he was going to cut him, and kill his family".

**Assailant Statements:**

\*\*No information was found for the given criteria.\*\*

**Other Statements:**

**Date:** 7/24/2017 10:00 AM   **Location:** Housing Units, Secured
**Interviewer:** Thompson, Kimberley   **Title:** SIS Tech
**Interviewee:** █████████████████

On July 24, 2017, inmate ██████████████████████, was interviewed in the 7th fl Unit Team, and provided the following statement: Mirvis told me he was being assaulted and extorted by ██████, and he was afraid they would kill him and his family if he didn't comply with him.

**Date:** 7/24/2017 11:30 AM   **Location:** Housing Units, Secured
**Interviewer:** Thompson, Kimberley   **Title:** SIS Tech
**Interviewee:** █████████████████

On July 24, 2017 at approximately 11:30 A.M., █████████████████████████████ was interviewed in the 7th Floor Unit Team and provided the following statement: "I don't know what you're talking about I never threatened Mirvis, he owed me money from a debt, for commissary I let him borrow, thats why his mother sent me the money, I wasn't extorting him at all".

**Factual Findings:**

**No item information was found for the given criteria.**

| Type | Subtype | File Name | Original Entered By |
|---|---|---|---|
| Medical<br>Mirvis Medical | Inmate Assessments | Mirvis Medical.pdf | TF14915 |
| SENTRY<br>Mirvis Sentry | Inmate Data | Mirvis Sentry.pdf | TF14915 |
| Inmate Discipline<br>AD Order | Administrative Detention Order | Mirvis AD Order.pdf | TF14915 |
| ████████████████ | | ████████████ | TF14915 |

**Conclusion:**

This investigation concludes there is direct evidence to suggest a threat exists to the safety of inmate Mirvis. Based on the information obtained during this investigation, inmate Mirvis, Ruslan Reg. No. 90101-053 , should be considered a Verified Protective Custody case. Evidence collected indicated, to include financial transactions indicates  Mirvis' mother had been sending money to ██████████████████████████████ On June 19, 2017, and June 21, 2017, financial transactions show Mirvis mother sent $100.00 on both dates to ████████. Although it can't be concluded he was threatened because he could not pay $4000.00 as ████████ requested, Mirvis informed this investigator he is afraid to be placed in general population with ██████████████████████

**Recommendation:**

It is the recommendation of this investigator that Mirvis, Ruslan Reg. No. 90101-053 , return to general population. However he should not return to J-72.  It is recommended that Mirvis, Ruslan Reg. No. 90101-053, be given a ████████ ████████ assignment from ██████████████████

**CIMS Separation Warranted:** ████