UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSLAN MIRVIS, | **DECLARATION OF MICHAEL CARDEW** |
| Plaintiff, | |
| v. | Civil Action No.: 19-cv-2573 |
| HERMAN QUAY *et al.*, | (DeArcy Hall, J.) (Scanlon, M.J.) |
| Defendants. | |

I, Michael Cardew, hereby declare under penalty of perjury that the foregoing is true and correct:

1.      I am over eighteen (18) years of age and am competent to testify to the matters set forth in this declaration.  This declaration is made on the basis of my personal knowledge.

2.      I am employed by the United States Department of Justice Federal Bureau of Prisons ("BOP") as a Paralegal at the Metropolitan Detention Center ("MDC") in Brooklyn, New York.  As a Paralegal, I have access to various records maintained in the ordinary course of business at MDC.

3.      I have been advised by counsel for the BOP that on November 4, 2019, plaintiff Ruslan Mirvis filed an Amended Complaint in which he asserted claims pertaining to: 1) a one-month period in June-July 2017 in which he allegedly was financially extorted and sexually assaulted by two fellow inmates; 2) a one-month period in or around July 2017 that plaintiff spent in protective custody in the Special Housing Unit ("SHU"), during which he claims that his complaints of rib and mouth pain were ignored by defendants; 3) the conditions of his confinement at the MDC, including lack of heat, hot water and electricity, and denial of medical care in late January and early February 2019, during which time, the MDC experienced a partial power outage; and 4) the alleged delay of medical care for one day in February 2019.

1

4.      Following entry of an order of detention, plaintiff was remanded into the custody of the BOP at the MDC on April 21, 2017. *See* Exh. 1 (Inmate History). Plaintiff has been housed at the MDC for the entire period of his federal incarceration. *Id.*

5.      BOP's records reflect that during the time period alleged in the Complaint, *i.e.*, from approximately June 2017 through February 2019, defendants Captain Jonathan White, former Lieutenant Thomas Pope, Lieutenant Veronica Metzger, Senior Officer Specialist Pierre Calixte, and former Correctional Officer George Gonzalez were members of MDC's custody staff, and Correctional Counselor Lawrence Murray was a member of a unit team. None of these defendants had medical duties.

6.      The BOP's regulations applicable to administrative tort claims asserted under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680, require claims to be submitted first to the Regional Office in the region where the basis for the claim occurred. 28 C.F.R. § 543.31(c). After considering the merits of the claim, the Regional Counsel may deny or propose a settlement of the claim. *See* 28 C.F.R. § 543.32(d). Under the applicable regulations, if a claimant is dissatisfied with the final agency action, he or she may file suit in an appropriate United States District Court. 28 C.F.R. § 543.32(g).

7.      At the request of counsel, I reviewed the BOP's administrative tort claim database and searched for any records of plaintiff having filed an administrative tort claim with BOP pertaining to the claims in his Complaint.

8.      My review of the BOP's database showed that plaintiff never filed an administrative tort claim with BOP prior to filing this lawsuit.

9.      Under the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(e)(a), prisoners must exhaust their administrative remedies before filing an action pursuant to *Bivens v.*

2

*Six Unknown Named Agents*, 403 U.S. 388 (1971). The BOP's regulations require an aggrieved inmate first to file a Form BP-9 with the Warden of the institution within 20 days of the event giving rise to the claim. 28 C.F.R. § 542.14(a). If this form is properly submitted, and a decision is issued, but the inmate is not satisfied, he may file a Form BP-10 with the Regional Director. 28 C.F.R. § 542.15(a). If this form is properly submitted, and a decision is issued, but the inmate is not satisfied, he may file a Form BP-11 with BOP's General Counsel. *Id.* Only following a decision by the General Counsel may the inmate, if he is still not satisfied, file a lawsuit in connection with the subject of his grievance.

10.     If a remedy request is rejected at any level of the administrative remedy process, the inmate must cure any defects in the request and resubmit the request at the level of the original rejection in order to properly exhaust his claim.

11.     The BOP maintains computerized indices of all administrative remedies filed by inmates at the institutional, Regional and Central Office levels, so that BOP can easily verify whether an inmate has exhausted his administrative remedies on a particular issue. All administrative remedy requests, whether accepted or rejected, are entered into the BOP's computerized database. However, copies of rejected remedy requests are returned to the inmate and not maintained by BOP.

12.     At the request of counsel, I reviewed the BOP's administrative remedy retrieval database and searched for any records of plaintiff having filed administrative remedy requests with BOP.

13.     My review of the BOP's database showed that plaintiff has filed twenty-one (21) administrative remedy requests with the BOP at various levels of the administrative remedy process. *See* Exh. 2 (Administrative Remedy Generalized Retrieval).

3

14.    Of these 21 requests, five (5) were unrelated to the allegations of the Amended Complaint. *Id.*

15.    Remedy Number 931884-F1 was received at the institutional level on February 26, 2018, and pertained to an assault by another inmate.  Plaintiff received a response from the institution, and the remedy was closed on April 12, 2018.  Plaintiff then sent to the Regional Office four separate remedy requests, which were related to his original request to the institution, between April and May 2018.  Each of these requests was rejected by the Regional Office because plaintiff failed to submit required information.  Plaintiff never resubmitted his request to the Regional Office after May 2018 and never submitted a remedy request to the Central Office.  *Id.*  Thus, this remedy was not exhausted.

16.    Remedy Number 969216-F1 was received at the institutional level on February 27, 2019, and consisted of a complaint against a staff member.  Plaintiff received a response from the institution, and the remedy was closed on March 20, 2019.  Plaintiff then sent a related remedy request to the Regional Office on April 5, 2019.  The Regional Office rejected this remedy request because three of the four pages were illegible.  Plaintiff never resubmitted his request to the Regional Office after April 2019 and never submitted a remedy request to the Central Office.  *Id.* Thus, this remedy was not exhausted.

17.    To the extent the remaining nine (9) requests pertain to the allegations raised in the Amended Complaint, none were filed timely, and each request was rejected at each level to which it was submitted.  *Id.*  Thus, none of these administrative remedy requests were properly filed or exhausted.

18.    Specifically, Remedy Number 943722-F1 was received at the institutional level on June 14, 2018.  In this remedy, plaintiff complained of an unspecified issue with SHU confinement

4

See below

and personal property in 2017. This Remedy was rejected by the institution because it was untimely. Remedy Number 943722-R1 was received at the Regional Office on June 14, 2018. This Remedy was rejected because it was untimely. Remedy Number 943722-A1 was received in Central Office on July 10, 2018. This remedy was rejected, and in the Remarks section, plaintiff was informed that if staff at the institution provided a memo stating the late filing was not his fault, then he could re-submit the Remedy to the level of the original rejection, *i.e.*, the institution. Plaintiff did not provide the required memo or resubmit this request at the institutional level. *Id.*

19.    Remedy Number 943739-F1 was received at the institutional level on June 14, 2018. In this remedy, plaintiff complained about an altercation in his unit in July 2017. This remedy was rejected as untimely. Further, plaintiff was advised that if he were to resubmit the request, he should provide more specific information about his request so that it could be considered. Remedy Number 943739-R1 was received at the Regional Office on June 21, 2018. This remedy was rejected on the ground that the Region concurred with the rationale of the institution in its rejection. Remedy Number 943739-A1 was received in Central Office on July 10, 2018. Central Office rejected the request on the ground that it concurred with the rationale of the institution and the Regional Office for rejection. In the Remarks section, plaintiff was informed that if staff at the institution provided a memo stating that the late filing was not his fault, then he could re-submit the Remedy to the level of the original rejection, i.e., the institution. Plaintiff did not provide the required memo or resubmit this request at the institutional level. *Id.*

20.    Remedy Number 943742-F1 was received at the institutional level on June 14, 2018. In this remedy, plaintiff complained about medical care. Information from BOP's records regarding plaintiff's subsequent submissions to the Regional and Central Offices in connection with this remedy request indicate that the request complained of care received in 2017 for injuries

sustained in a fight. The institution rejected this remedy as untimely. Remedy Number 943742-R1 was received at the Regional Office on June 21, 2018. This remedy was rejected on the ground that the Region concurred with the rationale of the institution in its rejection. Remedy Number 943742-A1 was received in Central Office on July 10, 2018. This remedy was rejected as untimely. In the Remarks section, plaintiff was informed that if staff at the institution provided a memo stating that the late filing was not his fault, then he could re-submit the Remedy to the level of the original rejection, i.e., the institution. Plaintiff did not provide the required memo or resubmit this request at the institutional level. *Id.*

21.    In sum, plaintiff never timely submitted an administrative remedy request, and never cured the defects in any of his filed administrative remedy requests, in connection with any of the claims in the Amended Complaint.

Dated: Brooklyn, New York
       April 17, 2020

Michael Cardew
Paralegal
MDC Brooklyn

6

Ex. 1

```
  BROFR  531.01 *                   INMACE HISTORY#: 1633        *      07-24-2019
PAGE 001 OF 001 *                   ADM-REL                      *      08:04:28


  REG NO..: 90101-053 NAME....: MIRVIS, RUSLAN
   CATEGORY: ARS       FUNCTION: PRT      FORMAT:


FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
BRO    A-PRE      PRE-SENT ADMIT, ADULT          07-09-2019 1408 CURRENT
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 07-09-2019 1139 07-09-2019 1408
BRO    A-PRE      PRE-SENT ADMIT, ADULT          02-08-2019 2256 07-09-2019 1139
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 02-06-2019 1827 02-08-2019 2256
BRO    A-PRE      PRE-SENT ADMIT, ADULT          01-07-2019 1756 02-06-2019 1827
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 12-27-2018 1728 01-07-2019 1756
BRO    A-PRE      PRE-SENT ADMIT, ADULT          06-04-2018 1304 12-27-2018 1728
BRO    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 06-04-2018 1016 06-04-2018 1304
BRO    A-PRE      PRE-SENT ADMIT, ADULT          04-21-2017 2101 06-04-2018 1016




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. 2

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 001 OF                                                        08:03:53
       FUNCTION: L-P SCOPE: REG   EQ 90101-053   OUTPUT FORMAT: FULL
   ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
        PERSON: ____      ____      ____      ____      ____      ____
          TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ _____      ____      ____      ____      ____      ____
RCV FACL.: EQ _____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

```
BROFR         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 002 OF      *              FULL SCREEN FORMAT            *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: █████████    RCV OFC: BRO
REMEDY ID: 931884-F1       SUB1: 34ZM SUB2: 26AM DATE RCV:   02-26-2018
UNT  RCV..:K           QTR RCV.: █████████      FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: █████████      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1              RESP DUE: SAT  04-07-2018
ABSTRACT.: ASSAULT FROM ANOTHER INMATE.
STATUS DT: 04-12-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-26-2018
REMARKS..: NEEDS FURTHER INVESTIGATION



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
MON 03-19-2018    SIS          DR    02-26-2018    INV        04-12-2018




REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: █████████    RCV OFC: BRO
REMEDY ID: 936285-F1       SUB1: 26DM SUB2:      DATE RCV:   04-06-2018
UNT  RCV..:K           QTR RCV.: █████████      FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: █████████      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                      RESP DUE:
ABSTRACT.: MEDICAL NEEDS
STATUS DT: 04-06-2018  STATUS CODE: REJ STATUS REASON: MSI OTH
INCRPTNO.:           RCT:    EXT:  DATE ENTD: 04-06-2018
REMARKS..: WHAT IS YOUR REQUEST









G0002       MORE PAGES TO FOLLOW . . .
```

```
BROFR            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       07-24-2019
PAGE 003 OF     *                FULL SCREEN FORMAT            *       08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █           QTR.: ███████    RCV OFC: NER
REMEDY ID: 931884-R1     SUB1: 34ZM SUB2: 26AM DATE RCV:   04-23-2018
UNT  RCV..:K          QTR RCV.:              FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ███████      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1               RESP DUE:
ABSTRACT.: ASSAULT FROM ANOTHER INMATE.
STATUS DT: 04-24-2018  STATUS CODE: REJ STATUS REASON: MSI OTH RSR
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 04-24-2018
REMARKS..: THE BP10 SAYS "SEE ATTACHED PAGES ONE AND TWO."
           HOWEVER, THERE WAS NOTHING ATTACHED TO THIS BP10.



REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █                QTR.: ███████   RCV OFC: NER
REMEDY ID: 931884-R2      SUB1: 34ZM SUB2: 26AM DATE RCV:   04-23-2018
UNT  RCV..:K          QTR RCV.:              FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ███████      FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1               RESP DUE:
ABSTRACT.: ASSAULT FROM ANOTHER INMATE.
STATUS DT: 04-25-2018  STATUS CODE: REJ STATUS REASON: FRM RSR
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 04-25-2018
REMARKS..:




G0002     MORE PAGES TO FOLLOW . . .
```

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-24-2019
PAGE 004 OF      *              FULL SCREEN FORMAT             *    08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: █████       RCV OFC: NER
REMEDY ID: 931884-R3      SUB1: 34ZM SUB2: 26AM DATE RCV:   05-03-2018
UNT  RCV..:K            QTR RCV.: █████        FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: █████        FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1              RESP DUE:
ABSTRACT.: ASSAULT FROM ANOTHER INMATE.
STATUS DT: 05-07-2018  STATUS CODE: REJ STATUS REASON: ONE CPG IRQ OTH RSR
INCRPTNO.:          RCT:    EXT:  DATE ENTD: 05-07-2018
REMARKS..: YOU DID NOT SUBMIT AN ORIGINAL DUPLICATE (ONE OF THE
           BLUE CARBON COPIES) OF THE BP10. ALL DOCUMENTS MUST
           BE SUBMITTED TOGETHER AT THE SAME TIME.


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: █████       RCV OFC: NER
REMEDY ID: 931884-R4      SUB1: 34ZM SUB2: 26AM DATE RCV:   05-04-2018
UNT  RCV..:K            QTR RCV.: █████        FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: █████        FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1              RESP DUE:
ABSTRACT.: ASSAULT FROM ANOTHER INMATE.
STATUS DT: 05-07-2018  STATUS CODE: REJ STATUS REASON: LEG OTH RSR
INCRPTNO.:          RCT:    EXT:  DATE ENTD: 05-07-2018
REMARKS..: PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BROFR        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 005 OF      *               FULL SCREEN FORMAT           *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █           QTR.: ███████   RCV OFC: BRO
REMEDY ID: 943722-F1       SUB1: 34ZM SUB2: 25DM DATE RCV:   06-14-2018
UNT  RCV..:K            QTR RCV.:             FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: ███████     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: ISSUE WITH SHU CONFINEMENT AND PROPERTY IN 2017
STATUS DT: 06-14-2018  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-14-2018
REMARKS..:




REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █               QTR.: ███████   RCV OFC: BRO
REMEDY ID: 943739-F1       SUB1: 34ZM SUB2:      DATE RCV:   06-14-2018
UNT  RCV..:K            QTR RCV.:             FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: ███████     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                        RESP DUE:
ABSTRACT.: COMPLAINT ABOUT ALTERCATION IN UNIT IN JULY 2017
STATUS DT: 06-14-2018  STATUS CODE: REJ STATUS REASON: UTF MSI
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-14-2018
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
BROFR           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 006 OF      *               FULL SCREEN FORMAT            *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: ███████      RCV OFC: BRO
REMEDY ID: 943742-F1     SUB1: 26ZM SUB2:      DATE RCV:  06-14-2018
UNT  RCV..:K            QTR RCV.:               FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: ███████       FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: COMPLAINT ABOUT MEDICAL CARE
STATUS DT: 06-14-2018  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 06-14-2018
REMARKS..:



REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: ███████      RCV OFC: BRO
REMEDY ID: 943778-F1     SUB1: 22ZM SUB2:      DATE RCV:  06-14-2018
UNT  RCV..:K            QTR RCV.:               FACL RCV: BRO
UNT  ORG..:K            QTR ORG.: ███████       FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: WANTS PROPERTY SHEETS FROM SHU IN JULY2017
STATUS DT: 06-14-2018  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 06-14-2018
REMARKS..:
```
```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-24-2019
PAGE 007 OF    *              FULL SCREEN FORMAT              *    08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: █████████   RCV OFC: NER
REMEDY ID: 943778-R1      SUB1: 22ZM SUB2:      DATE RCV:  06-21-2018
UNT  RCV..:K          QTR RCV.:             FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: █████████    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                       RESP DUE:
ABSTRACT.: WANTS PROPERTY SHEETS FROM SHU IN JULY2017
STATUS DT: 06-26-2018  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:    EXT:  DATE ENTD: 06-26-2018
REMARKS..: CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
           YOU ARE COMPLAING ABOUT AN EVENT FROM JULY 2017.



REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST:              QTR.: █████████   RCV OFC: NER
REMEDY ID: 943742-R1      SUB1: 26ZM SUB2:      DATE RCV:  06-21-2018
UNT  RCV..:K          QTR RCV.:             FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: █████████    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                       RESP DUE:
ABSTRACT.: 07-12-2017 INJURY FROM FIGHT NOT TREATED
STATUS DT: 06-26-2018  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:    EXT:  DATE ENTD: 06-26-2018
REMARKS..: CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
           THE EVENT YOU ARE COMPLAINING ABOUT IS FROM
           JULY 2017.
```

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 008 OF       *              FULL SCREEN FORMAT            *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █           QTR.: █████████  RCV OFC: NER
REMEDY ID: 943722-R1     SUB1: 34ZM SUB2: 25DM DATE RCV:   06-21-2018
UNT  RCV..:K          QTR RCV.:           FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ████████  FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                    RESP DUE:
ABSTRACT.: ISSUE WITH SHU CONFINEMENT AND PROPERTY IN 2017
STATUS DT: 06-26-2018  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 06-26-2018
REMARKS..: CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
            THE EVENT YOU ARE COMPLAINING ABOUT IS FROM
            2017.


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █             QTR.: █████████  RCV OFC: NER
REMEDY ID: 943739-R1     SUB1: 34ZM SUB2:      DATE RCV:   06-21-2018
UNT  RCV..:K          QTR RCV.:           FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ████████  FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                    RESP DUE:
ABSTRACT.: COMPLAINT ABOUT ALTERCATION IN UNIT IN JULY 2017
STATUS DT: 06-26-2018  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 06-26-2018
REMARKS..: CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
            YOUR COMPLAINT IS FOR AN EVENT FROM JULY 2017.


G0002       MORE PAGES TO FOLLOW . . .
```

```
BROFR        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 009 OF      *            FULL SCREEN FORMAT           *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █              QTR.: █████████  RCV OFC: BOP
REMEDY ID: 943742-A1      SUB1: 26ZM SUB2:     DATE RCV:   07-10-2018
UNT  RCV..:K           QTR RCV.:              FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: ████████     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: 07-12-2017 INJURY FROM FIGHT NOT TREATED
STATUS DT: 07-27-2018  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 07-27-2018
REMARKS..: IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
            NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
            ORIGINAL REJECTION


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST:            QTR.: █████████  RCV OFC: BOP
REMEDY ID: 943778-A1      SUB1: 22ZM SUB2:     DATE RCV:   07-10-2018
UNT  RCV..:K           QTR RCV.:              FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: ████████     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: WANTS PROPERTY SHEETS FROM SHU IN JULY2017
STATUS DT: 07-27-2018  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 07-27-2018
REMARKS..: IF STAFF PROBVIDE A MEMO STATING THE LATE FILING WAS
            NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
            ORIGINAL REJECTION.


G0002       MORE PAGES TO FOLLOW . . .
```

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 010 OF      *              FULL SCREEN FORMAT            *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █           QTR.: ███████   RCV OFC: BOP
REMEDY ID: 943722-A1    SUB1: 34ZM SUB2: 25DM DATE RCV:   07-10-2018
UNT  RCV..:K          QTR RCV.:             FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ███████     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: ISSUE WITH SHU CONFINEMENT AND PROPERTY IN 2017
STATUS DT: 07-27-2018  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 07-27-2018
REMARKS..: IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
           NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
           ORIGINAL REJECTION


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST:              QTR.: ███████   RCV OFC: BOP
REMEDY ID: 943739-A1    SUB1: 34ZM SUB2:     DATE RCV:   07-25-2018
UNT  RCV..:K          QTR RCV.:             FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ███████     FACL ORG: BRO
EVT FACL.: BRO    ACC LEV:                         RESP DUE:
ABSTRACT.: COMPLAINT ABOUT ALTERCATION IN UNIT IN JULY 2017
STATUS DT: 08-20-2018  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 08-20-2018
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-24-2019
PAGE 011 OF      *               FULL SCREEN FORMAT              *      08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █              QTR.: █████        RCV OFC: BRO
REMEDY ID: 969216-F1       SUB1: 34ZM SUB2:       DATE RCV:  02-27-2019
UNT  RCV..:K           QTR RCV.: █████       FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: █████       FACL ORG: BRO
EVT FACL.: BRO   ACC LEV: BRO  1            RESP DUE:  MON  04-08-2019
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 03-20-2019   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT: N DATE ENTD: 02-27-2019
REMARKS..:



               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 03-06-2019     SIS          WV    02-27-2019   INV         03-20-2019




REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █              QTR.: █████        RCV OFC: NER
REMEDY ID: 969216-R1       SUB1: 34ZM SUB2:       DATE RCV:  04-05-2019
UNT  RCV..:K           QTR RCV.: █████       FACL RCV: BRO
UNT  ORG..:K           QTR ORG.: █████       FACL ORG: BRO
EVT FACL.: BRO   ACC LEV: BRO  1            RESP DUE:
ABSTRACT.: STAFF COMPLAINT
STATUS DT: 04-08-2019   STATUS CODE: REJ STATUS REASON: CPG LEG OTH RSR
INCRPTNO.:           RCT:    EXT:  DATE ENTD: 04-08-2019
REMARKS..: PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.







G0002      MORE PAGES TO FOLLOW . . .
```

```
BROFR          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-24-2019
PAGE 012 OF 012 *               FULL SCREEN FORMAT              *     08:03:53


REGNO: 90101-053 NAME: MIRVIS, RUSLAN
RSP OF...: BRO UNT/LOC/DST: █            QTR.: ███████    RCV OFC: BRO
REMEDY ID: 974779-F1      SUB1: 26AM SUB2:      DATE RCV:  04-18-2019
UNT  RCV..:K          QTR RCV.: ███████    FACL RCV: BRO
UNT  ORG..:K          QTR ORG.: ███████    FACL ORG: BRO
EVT FACL.: BRO    ACC LEV: BRO  1             RESP DUE:  WED  05-08-2019
ABSTRACT.: WANTS TO SEE A DERMATOLOGIST
STATUS DT: 05-07-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: N EXT:  DATE ENTD: 04-18-2019
REMARKS..:



             CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 04-25-2019    MED SVC      TA    04-18-2019     INV         05-07-2019
```

```
             21 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```