

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 21, 2023

**By Hand**

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>*Mirvis v. Quay, et al.* No. 19-cv-2573 (LDH) (VMS)</u>

Dear Judge DeArcy Hall:

      This Office represents Defendants Pierre Calixte, Veronica Metzger, and Thomas Pope ("Defendants") in the above-referenced action. Pursuant to Rule II.D of Your Honor's Individual Practices, enclosed please find courtesy copies of the following papers comprising Defendants' Motion for a Pre-Motion Conference:

1. Defendants' Motion for a Pre-Motion Conference (ECF No. 97);
2. Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 (ECF No. 97-1); and
3. Declaration of Kimberly A. Francis and the exhibits referenced therein (ECF No. 97-2 to 97-13).

      Defendants thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       BREON PEACE
                                       United States Attorney

                     By:    <u>*/s/ Kimberly A. Francis*</u>
                                     Kimberly A. Francis
                                     Assistant U.S. Attorney
                                     (718) 254-6147
                                     kimberly.francis@usdoj.gov

cc:    All Counsel of Record (via ECF)