UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
RUSLAN MIRVIS,

                    PLAINTIFF,


          -against-                        Case No.:
                                           19-CV-02573
                                           (LDH)(VMS)


HERMAN QUAY, Warden; ELEAZAR GARCIA, Associate
Warden; JONATHAN WHITE, Captain; "JOHN" POE,
Lieutenant; "JOHN" METZGER, Lieutenant; "JOHN"
CALIXTE, Correction Officers; "G." GONZALEZ,
Correction Officer, "JANE DOE," Correction Officer
and Counselor MAURY "DOE,"

                    DEFENDANTS.
-------------------------------------------------X


                    DATE: November 3, 2022

                    TIME: 10:11 a.m.



         VIRTUAL DEPOSITION of the Plaintiff,

RUSLAN MIRVIS, taken by the Defendant, pursuant to

a Court Order and to the Federal Rules of Civil

Procedure, held at the above date and time, before

Kenneth Perschke, a Notary Public of the State of

New York.

1

2   A P P E A R A N C E S:

3

4   HELD & HINES, LLP
      Attorneys for the Plaintiff
5      RUSLAN MIRVIS
      2004 Ralph Avenue
6      Brooklyn, New York 11234
      BY: URI NAZRYAN, ESQ.

7

8

9   UNITED STATES DEPARTMENT OF JUSTICE
    UNITED STATES ATTORNEY'S OFFICE
10     Attorneys for the Defendants
      HERMAN QUAY, Warden, Et Al
11     86 Chambers Street, Third Floor
    New York, New York 10007
12   BY: MATTHEW MODAFFERI, ESQ.
        Matthew.Modafferi@usdoj.gov

13

14

15  ALSO PRESENT:

16     Kimberly Francis
    U.S. Attorney's Office

17

18              *         *         *

19

20

21

22

23

24

25

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6   between the counsel for the respective parties

7   herein that the sealing, filing and certification

8   of the within deposition be waived; that the

9   original of the deposition may be signed and sworn

10   to by the witness before anyone authorized to

11   administer an oath, with the same effect as if

12   signed before a Judge of the Court; that an

13   unsigned copy of the deposition may be used with

14   the same force and effect as if signed by the

15   witness, 30 days after service of the original & 1

16   copy of same upon counsel for the witness.

17

18      IT IS FURTHER STIPULATED AND AGREED that all

19   objections except as to form, are reserved to the

20   time of trial.

21

22      *      *      *      *

23

24

25

```
 1                     R. MIRVIS
 2   R U S L A N   M I R V I S, called as a witness,
 3    having been first duly sworn by a Notary Public of
 4    the State of New York, was examined and testified
 5    as follows:
 6   EXAMINATION BY
 7   MR. MODAFFERI:
 8         Q.     Please state your name for the
 9   record.
10         A.     Ruslan Mirvis.
11         Q.     What is your address?
12         A.     Essex County Correctional Facility.
13         Q.     Good morning, Mr. Mirvis, my name is
14   Matthew Modafferi, I represent a few Bureau of
15   Prisons employees, namely Lieutenant Poe,
16   Lieutenant Metzger and Officer Calixte in a
17   lawsuit that you filed in the United States
18   District Court for the Eastern District of New
19   York.  I'm going to ask you some background
20   questions today, some questions about the
21   allegations in the complaint and hopefully we can
22   get out of here in a couple hours.  Okay?
23         A.     Yes.
24         Q.     Do you understand that you just took
25   an oath to tell the truth?
```

1                    R. MIRVIS

2          A.      Yes.

3          Q.      Even though we're not in a courtroom

4    right now, the oath you took is the same that you

5    would take on the witness stand in a courtroom, do

6    you understand that?

7          A.      Yes.

8          Q.      I'm going to ask you a series of

9    questions and the court reporter will take down

10   both my question and your answers so it's

11   important that you give verbal responses, you

12   can't nod or head or use hand gestures in response

13   to a question.  Do you understand that?

14         A.      Yes.

15         Q.      Please keep your voice up and speak

16   clearly so the court reporter can transcribe the

17   deposition accurately.  Do you understand?

18         A.      Yes.

19         Q.      It's important that we don't speak

20   at the same time so please let me finish asking a

21   question before you answer, this way the court

22   reporter can take down what I'm saying and what

23   you're saying clearly and accurately.  Do you

24   understand?

25         A.      Yes.

1                          R. MIRVIS

2          Q.       If you don't understand one of my

3   questions or a part of my question, please tell me

4   that you don't understand and I will do my best to

5   rephrase it for you.  Do you understand?

6          A.       Yes.

7          Q.       We are doing this remotely,

8   hopefully that doesn't present any complications

9   but if there is any part of a question that you

10  don't hear for whatever reason, please let me know

11  and I will repeat it for you.  Do you understand?

12         A.       Yes.

13         Q.       Unless you tell me otherwise I will

14  assume that you heard and understood the entire

15  question.  Do you understand that?

16         A.       Yes.

17         Q.       I only expect you to testify about

18  tings you remember.  If you don't remember

19  something, just tell me you don't remember.  Is

20  that understood?

21         A.       Yes.

22         Q.       After this deposition is completed a

23  transcript will be generated by the court reporter

24  and you will have the opportunity to review that

25  transcript for any errors you may find.  Do you

Ruslan Mirvis 11/3/2022

Page 7

```
 1                    R. MIRVIS
 2   understand that?
 3        A.    Yes.
 4        Q.    If you do make any substantive
 5   changes to the transcript, I will be able to
 6   comment on those changes at trial.  Do you
 7   understand that?
 8        A.    Yes.
 9        Q.    If at any point during this
10   deposition you need a break let me know and we can
11   work it out.  We cannot take a break while a
12   question is pending so that means you have to
13   answer my question before we talk about taking a
14   break.  Do you understand?
15        A.    Yes.
16        Q.    Is there a counselor or officer or
17   anyone in the room with you?
18        A.    No.
19        Q.    If we do take a break do you have to
20   clear it with someone there?
21        A.    No.
22        Q.    Is there any reason why you cannot
23   testify truthfully and accurately today?
24        A.    Everything I'm going to say is the
25   truth, if there's certain questions you ask, I'll
```

Free State Reporting, Inc. 410-974-0947

1                       R. MIRVIS

2    tell you I can't answer the question.

3          Q.     Do you have any condition that might

4    affect your about to testify fully, truthfully and

5    accurately today?

6          A.     No.

7          Q.     Have you taken any prescription or

8    over the counter medication within the last 24

9    hours?

10         A.     No.

11         Q.     Have you taken any illegal drugs in

12   the last 24 hours?

13         A.     No.

14         Q.     Did you drink any alcohol in the

15   last 24 hours?

16         A.     No.

17         Q.     Do you have any medical conditions?

18         A.     Yes.

19         Q.     What medical conditions do you

20   currently have?

21         A.     You're talking about physical or

22   mental?

23         Q.     We'll break that down to separate

24   questions.  What physical conditions do you

25   currently have?

```
 1                    R. MIRVIS
 2          A.      I have a problem with my leg,
 3   arthritis, I'm overweight.  That's it.
 4          Q.      Going to the other part of that
 5   question, do you have any medical conditions that
 6   are psychology or emotional?
 7          A.      Extreme depression, anxiety.
 8          Q.      Going back to your leg for a second,
 9   when were you first diagnosed with arthritis in
10   your leg, if you can recall?
11          A.      I can't recall exactly the date.
12          Q.      Can you give me a year?
13          A.      They took me out of MDC to get
14   examined, that's when they told me I have a
15   problem with my right leg.
16          Q.      Do you know what year that was?
17          A.      I can't recall.
18          Q.      It was sometime while you were
19   assigned to MDC Brooklyn?
20          A.      Correct.
21          Q.      When were you first diagnosed with
22   depression?
23          A.      After the attack.
24          Q.      When you say the attack, what month
25   and year are you referring to?
```

1                    R. MIRVIS

2          A.     2017, June or July.

3          Q.     June and July 2017 you were also

4     assigned to MDC Brooklyn?

5          A.     I came to MDC in April.

6          Q.     You first got MDC Brooklyn in

7     April 2017?

8          A.     Correct.

9          Q.     In June and July 2017 you were still

10    housed at MDC Brooklyn, correct?

11         A.     Yes.

12         Q.     Was it a doctor at MDC Brooklyn who

13    diagnosed you with depression?

14         A.     A psychotherapist.

15         Q.     Someone in psychology at MDC

16    Brooklyn?

17         A.     Correct.

18         Q.     With respect to anxiety, when were

19    you first diagnosed with anxiety?

20         A.     After the attacks.

21         Q.     Would that also be sometime in June

22    or July or 2017?

23         A.     After the attack, I can't recall the

24    exact date.

25         Q.     So sometime after June and July of

1                    R. MIRVIS

2    2017?

3         A.    Correct.

4         Q.    Did somebody at MDC Brooklyn

5    diagnose you with anxiety?

6         A.    A psychotherapist and my own

7    psychotherapist.

8         Q.    What do you mean your own

9    psychotherapist?

10        A.    I had a psychotherapist.

11        Q.    Outside of MDC Brooklyn?  You had

12   one that was hired to assist in your criminal

13   case?

14        A.    Correct.

15        Q.    Prior to June and July of 2017 did

16   you have any medical condition?

17        A.    Overweight.

18        Q.    The arthritic leg, the depression

19   and anxiety came after that?

20        A.    Correct.

21        Q.    Prior to June of 2017 had you ever

22   seen a professional for psychotherapy?

23        A.    No.

24        Q.    Have you ever been ordered to submit

25   to a mental health examination?

```
 1                    R. MIRVIS
 2        A.    No.
 3        Q.    While you were at MDC Brooklyn were
 4   you ever hospitalized for a period of time?
 5        A.    Yes.
 6        Q.    How many different times did that
 7   happened?
 8        A.    Twice.
 9        Q.    What was the first one for?
10        A.    For my gallbladder.
11        Q.    Roughly when were you hospitalized
12   for your gallbladder?
13        A.    I can't give you the date, it was a
14   long time ago.  I'm sure it's in the medical
15   records.
16        Q.    The second time you had a stay at
17   the hospital while you were in MDC Brooklyn, what
18   was that for?
19        A.    The same issue, I wasn't getting the
20   right medication.
21        Q.    That time, was that after the
22   gallbladder stay?
23        A.    Yes.
24        Q.    About how long after?
25        A.    I can't give you the date.
```

```
 1                    R. MIRVIS
 2         Q.      Have you ever been hospitalized
 3    while at Essex?
 4         A.      No.
 5         Q.      Prior to your stay at MDC Brooklyn
 6    had you ever been inpatient at a hospital?
 7         A.      No.
 8         Q.      Switching gears, what we're doing
 9    now is called a deposition, have you ever had a
10    deposition before?
11         A.      No.
12         Q.      Apart from this lawsuit have you
13    ever filed any other lawsuits before?
14         A.      Yes, through a company, it has
15    nothing to do -- it was 2016, I was running a
16    company, I had an issue with a client.
17         Q.      Did you say 2016?
18         A.      Roughly about that.
19         Q.      When you say roughly 2016, is that
20    roughly when you filed that other lawsuit?
21         A.      I can't give you the date now.
22         Q.      What is the significance of 2016?
23         A.      A customer didn't pay their bill.
24         Q.      What business were you running?
25         A.      Event planning company.
```

1                    R. MIRVIS

2          Q.      You brought a lawsuit against a

3    customer who never paid for your services, is that

4    fair to say?

5          A.      Yes.

6          Q.      Aside from that lawsuit and this

7    current one, have you ever filed any other

8    lawsuits?

9          A.      No.

10         Q.      Do you know the result of the

11   lawsuit for the event planning?

12         A.      I dropped it.

13         Q.      Have you ever been sued before?

14         A.      No, not that I know.

15         Q.      Have you ever testified in court

16   before?

17         A.      I can't can answer that question

18   right now.

19         Q.      Is your answer to that question

20   sensitive and confidential?

21         A.      Yes.

22         Q.      I'll leave it at that.  Did you

23   review any documents to prepare for today?

24         A.      No.

25         Q.      I'm going to ask you some background

1                          R. MIRVIS

2    questions.  Have you ever been known by any other

3    name aside from the one you gave to the reporter

4    this morning?

5          A.     In MDC, inmates call me Russia.

6          Q.     While at MDC people called you

7    Russia?

8          A.     Yes, they couldn't pronounce my

9    name.

10          Q.     Do you have any other names that you

11    go by?

12          A.     No.

13          Q.     Do you have any nicknames?

14          A.     No.

15          Q.     Have you ever used the name Brian

16    Bray before?

17          A.     I can't answer that question.

18          Q.     Is that something you feel is

19    confidential?

20          A.     Yes, it is.

21          Q.     Do you have any vision problems?

22          A.     No.

23          Q.     Any hearing problems?

24          A.     No -- I'm sorry, vision, yes, I do

25    wear glasses.

1                        R. MIRVIS

2          Q.      When were you first prescribed

3    glasses?

4          A.      1996.

5          Q.      Do you have any trouble seeing me or

6    if I put a document on the screen would you have

7    any trouble reading it?

8          A.      I'll try, I'm not sure.

9          Q.      Is it correct to say that you're

10   currently incarcerated?

11         A.      Yes.

12         Q.      Where are you incarcerated?

13         A.      Essex County Correctional Facility.

14         Q.      How long have you been there?

15         A.      Roughly 19 months.

16         Q.      You mentioned that you first arrived

17   to MDC Brooklyn in April of 2017, is that right?

18         A.      Yes.

19         Q.      Were you arrested in April of 2017?

20              MR. NAZRYAN:  Objection.  I'm going

21              to instruct him not to answer and I'm going

22              to instruct him not to answer any questions

23              about the reason for his incarceration and

24              the conduct underlying it on Fifth

25              Amendment grounds.  If you're trying to

```
1                    R. MIRVIS
2          just lay a foundation that's fine but the
3          timeline would be a matter of record on the
4          other docket.
5               MR. MODAFFERI:  I'm only going to
6          about things that are public so if I'm
7          asking something that's not public you let
8          me know.  I'll try this again.
9          Q.    What I'm trying to get at is how it
10   is you ended up at MDC, were you transferred there
11   from another correctional facility, were you newly
12   arrested?
13         A.    I was newly arrested.
14         Q.    From when to when did you stay at
15   MDC Brooklyn?
16         A.    I think two years, 2017 to -- I
17   don't know.
18         Q.    If I said April 21, 2017 to July 9,
19   2019, does that sound about right?
20         A.    I don't know.
21         Q.    From April of 2017 until now is it
22   fair to say during that period of time, roughly
23   five and a half years, you were first at MDC
24   Brooklyn and then you were transferred to Essex
25   County Correction?
```

1                    R. MIRVIS

2          A.     That's correct.

3          Q.     And during that five and a half year

4    period of time you were incarcerated throughout?

5          A.     Yes.

6          Q.     Before April 2017 had you ever been

7    incarcerated before?

8          A.     No.

9          Q.     Prior to April 2017 and prior to

10   being at MDC Brooklyn, where were you living?

11         A.     1640 Ocean Avenue.

12         Q.     Is that in Brooklyn?

13         A.     Yes.

14         Q.     Were you living with anyone at that

15   address?

16         A.     With my parents.

17         Q.     Are you married?

18         A.     No.

19         Q.     Do you have any children?

20         A.     No, not that I know of.

21         Q.     Prior to your incarceration what

22   were you doing for work?

23         A.     I had an event planning company.

24         Q.     What was the name of the company?

25         A.     Mirvis Events.

1                    R. MIRVIS

2          Q.     Did you have any employees or were

3    you the sole employee?

4          A.     I had contractors depending on the

5    event.

6          Q.     Was that your only source of income?

7          A.     Yes, at that time.

8          Q.     Are you currently earning a wage

9    while incarcerated?

10         A.     No, I'm not working here.

11         Q.     When you were at MDC were you

12   working?

13         A.     Yes.

14         Q.     What job or jobs did you have at

15   MDC?

16         A.     I was suicide watch companion,

17   recreation aid and trustee, cleaning the kitchens.

18         Q.     What is your highest level of

19   education?

20         A.     High school and I received a

21   paralegal degree and a degree in criminal justice.

22         Q.     Did you complete high school?

23         A.     GED.

24         Q.     And you also received a paralegal

25   degree?

1                    R. MIRVIS

2          A.     Yes.

3          Q.     Where?

4          A.     Blackstone.

5          Q.     What year did you receive your GED?

6          A.     I was 19, I don't remember.

7          Q.     What year did you receive your

8    paralegal degree?

9          A.     December 28, 2021.

10         Q.     Did you receive that degree while

11   you were at Essex?

12         A.     Yes.

13         Q.     I heard you flip through some pages,

14   can you tell me what you have in front of you?

15         A.     I have a book where I keep my

16   educational background, all the courses I

17   completed.

18         Q.     Do you have any other papers or

19   books in front of you?

20         A.     No.

21         Q.     I'm going to ask you some questions

22   about your criminal case, I'll try to do in

23   such a way that we don't discuss anything public.

24         A.     I'm not going to answer any

25   questions about my case.

```
 1                    R. MIRVIS

 2        Q.     Have you ever been convicted of a

 3   crime?

 4        A.     No.

 5        Q.     With respect to your criminal case

 6   did you plead guilty?

 7              MR. NAZRYAN:  I'm going to object

 8         and instruct him not to answer anything

 9         about the pending case on Fifth Amendment

10         grounds.  He's been advised not to speak

11         about the ongoing criminal matter in any

12         way.

13              MR. MODAFFERI:  If it's public I

14         don't see how there's any basis to instruct

15         him not to answer.  On the docket it says

16         he pled guilty.  If he says he didn't

17         there's a question of credibility and I

18         have to explore it.

19              MR. NAZRYAN:  I hear what you're

20         saying, this is the instruction he's been

21         given to not answer any questions about

22         that.  I don't think it's fair to ask him

23         these questions right now when he's already

24         asserted his Fifth Amendment right with

25         respect to the criminal proceeding.
```

1                          R. MIRVIS

2                  MR. MODAFFERI:  Convictions are

3          highly relevant to credibility.  Everything

4          I'm going to ask is part of the public

5          record on his criminal docket.  We could

6          avoid this if you and I can stipulate that

7          he pled guilty to coercion or enticement of

8          a minor to engage in illegal sexual

9          activity.  That's on the docket.

10                 MR. NAZRYAN:  What I can stipulate

11         to is that the criminal docket appears to

12         be an accurate representation of the

13         proceedings in that case and my

14         understanding is that Mr. Mirvis has

15         entered a plea and is awaiting sentencing.

16                 MR. MODAFFERI:  To be clear, you're

17         saying everything on the public docket is

18         accurate?

19                 MR. NAZRYAN:  Of course there could

20         be, but I'm not aware of any issues on the

21         docket that would lead anyone to believe

22         it's not accurate.

23                 MR. MODAFFERI:  That's fair.

24         Q.      Aside from your federal case here in

25    the Eastern District of New York, have you ever

1                    R. MIRVIS

2    had any other criminal convictions?

3         A.    No.

4         Q.    Have you ever spent time in the New

5    York State correctional system?

6         A.    Yes, the case was dismissed.

7         Q.    When did you spend time in the New

8    York State correctional system?

9         A.    I was a kid, I think it was for

10   skipping school.  It's a sealed case.

11        Q.    Is that something that happened more

12   than ten years ago?

13        A.    Yes.

14        Q.    Aside from that one case more than

15   ten years ago, have you ever spent any other time

16   in the New York State correctional system?

17        A.    No.

18        Q.    Aside from that case when you were a

19   young kid and your current criminal case in the

20   Eastern District, were there any other criminal

21   cases that were opened against you?

22        A.    Not that I know of.

23        Q.    I want to talk about your time at

24   MDC Brooklyn.  To your knowledge were you ever

25   placed on red ID status?

1                        R. MIRVIS

2          A.      No.

3          Q.      To your knowledge were you ever

4    placed on an SRG list?

5          A.      What is that.

6          Q.      Security risk group?

7          A.      No.

8          Q.      Do you know your security level in

9    the BOP?

10         A.      Yes, when I was moved here I was put

11   in involuntary protective custody.

12         Q.      But you don't know what your

13   classification score is, what the number is?

14         A.      No.

15         Q.      When you first arrived the MDC

16   Brooklyn in April of 2017 where were you assigned

17   within the building, where is the first place you

18   went?

19         A.      Either J72 or J71, it was on the

20   seventh floor but I don't remember.

21         Q.      When you first arrived did you spend

22   time in intake?

23         A.      No, they took me straight in.

24         Q.      As far as you can recall your first

25   unit assignment was J71 or J72?

1                    R. MIRVIS

2          A.      Correct.

3          Q.      While you were in that unit were you

4    assigned to a single cell or a two man cell?

5          A.      Two man cell.

6          Q.      Can you describe generally the

7    layout of the unit?

8          A.      I'm sorry, when I went to MDC they

9    took me to the fourth floor, I stayed there for a

10   week until I got medical clearance, then they took

11   me to the seventh floor.

12         Q.      When you arrived to your unit on the

13   seventh floor, can you describe what the unit

14   looked like?

15         A.      Two floor unit, about 120 or 130

16   inmates.

17         Q.      When you say two floors, there were

18   cells on the top and cells on the bottom?

19         A.      Yes.

20         Q.      Was your cell on the top or on the

21   bottom?

22         A.      Bottom.

23         Q.      Can you describe the cell?

24         A.      A table, chair, beds.

25         Q.      That unit on the seventh floor, was

```
 1                    R. MIRVIS
 2   that considered general population?
 3        A.     Yes.
 4        Q.     Now I want to direct your attention
 5   specifically to June and July of 2017.  Can you
 6   briefly tell me what you claim happened with
 7   respect to one or two of the other inmates in the
 8   unit at that time?
 9        A.     In the beginning I was being
10   extorted by two inmates, gang members of the
11   Bloods.  One guy's nickname was Rampage, they not
12   only extorted me, they extorted my mother, they
13   made phone calls using my phone and spoke to my
14   mom and threatened my mom if she didn't send $250
15   for those two inmates each they would kill me.
16        Q.     Do you know the names of the two
17   inmates?
18        A.     It was a long time ago, it's on
19   paper.  I think William was one.
20        Q.     And you said one of them was
21   nicknamed Rampage?
22        A.     Yes, the main one.
23        Q.     You mentioned they were in the
24   Bloods gang, how do you know that?
25        A.     They were sitting at the table with
```

1                           R. MIRVIS

2    Bloods and they said they were Bloods members.

3         Q.     You mentioned you were extorting

4    your mother by using your phone and saying they

5    would kill you if she didn't send money to them?

6         A.     Yes.

7         Q.     What do you mean by your phone, your

8    PIN?

9         A.     They made me use my PIN to call my

10   mother.

11        Q.     You're referring to the PIN, you

12   didn't have your own phone?

13        A.     Correct.

14        Q.     You mentioned they were also

15   extorting you, was there anything else?

16        A.     Money was sent from my commissary

17   account to his wife.

18        Q.     How did that come about, how did you

19   do that?

20        A.     You could send a check out from the

21   computer.

22        Q.     They gave you the bank account

23   information?

24        A.     Her house address and her name.

25        Q.     How much money did you send to this

1                    R. MIRVIS

2    person?

3         A.     I think it was $100 in the

4    beginning.

5         Q.     How long did this go on for?

6         A.     A month.

7         Q.     If you could, from when to when did

8    it occur?

9         A.     From June to July.

10         Q.     How did it end, you said it lasted a

11    month so at some point it came to an end?

12         A.     Yes.

13         Q.     How did that happen, did you make a

14    complaint, did you ask to be moved, did you ask

15    for protective custody?

16         A.      In the beginning they came in my

17    cell and there's a camera so MDC would have seen

18    them coming in.  Last time they came to my cell

19    they had shanks and they said if I didn't give

20    them $1,000 each they would kill me.

21         Q.     You said you had a camera in my

22    cell?

23         A.     Right across the hall, there's a

24    camera facing my cell.

25         Q.     One of the cameras inside the unit,

1                    R. MIRVIS

2    you believe that pointed in the direction of your

3    cell?

4         A.    Yes, you could definitely see that.

5         Q.    These two inmates, can you describe

6    them, what they looked like?

7         A.    Black, black hair, Rampage was tall,

8    the other one was chubby.  He had a tattoo on his

9    neck that said Rampage.

10        Q.    At some point did you complain about

11   what was happening?

12        A.    Yes.

13        Q.    Did you ask for protective custody?

14        A.    Yes.

15        Q.    Why is it that you didn't

16   immediately complain, why did it take a month?

17        A.    I couldn't -- I did to officer G.

18   Gonzalez, I told him a couple times what was

19   happening, I wrote e-mails.

20              MR. MODAFFERI:  I'm going to try to

21         show you some records.  This will be marked

22         Exhibit 1, it's a three page document

23         titled inmate investigative report.

24              (Whereupon, the aforementioned

25         Inmate Investigative Report was marked as

1                    R. MIRVIS

2          Exhibit 1 for identification as of this

3          date by the Reporter.)

4          Q.      What I want to direct your attention

5     to is the summary paragraph of the top of the

6     second page, do you see that?

7          A.      Yes.

8          Q.      It says, "On July 12, 2017, at

9     approximately 2:00 p.m. inmate Mirvis, Ruslan,"

10    the it has your reg number, "Requested protective

11    custody."  Do you have any reason to doubt that

12    date and time?

13         A.      Yes.

14         Q.      Why?

15         A.      Before they came in my cell and

16    asked me for money, that was about 8:00 at night

17    and there's a panic button, it wasn't 2:00 p.m.

18         Q.      You hit panic button sometime at

19    night, what happened?

20         A.      Officer G. Gonzalez came there and

21    didn't do anything.  I even asked to see the

22    lieutenant, that wasn't 2:00 p.m.

23         Q.      When it has listed here July 12,

24    2017 at 2:00 p.m., was there another time on

25    July 12, 2017 that you requested protective

```
 1                    R. MIRVIS
 2   custody?
 3        A.     That's when I was jumped.
 4        Q.     During June and July of 2017 these
 5   guys were extorting you.  When did you push the
 6   panic button for the first time, what date?
 7        A.     I can't give you the date, I don't
 8   know.
 9        Q.     When was the first time you
10   specifically asked to be placed in protective
11   custody?
12        A.     I told G. Gonzalez a couple times I
13   was in danger.
14        Q.     At some point in time you were
15   assaulted, correct?
16        A.     Yes.
17        Q.     When did that happen?
18        A.     For the whole month, four or five
19   different times.  The last time was the worst.
20        Q.     When was the last time?
21        A.     I would say the 12th of July, that's
22   when they moved me.
23        Q.     The last time you were assaulted and
24   you said they moved you, who moved you?
25        A.     An officer took me to the SIS
```

1                    R. MIRVIS

2    office.

3        Q.    July 12, 2017 at approximately

4    2:00 p.m. is roughly the date and time you were

5    taken out of the unit and taken to an office?

6        A.    Correct.

7        Q.    You mentioned an officer G.

8    Gonzalez, is that right?

9        A.    Yes.

10        Q.    Do you know what the first name is?

11        A.    No.

12        Q.    Do you know what this person looks

13    like?

14        A.    Light skin, glasses, bald.  That's

15    all I know.

16        Q.    Was this one of the unit officers in

17    J71 or J72 at the time?

18        A.    Yes.  When I found out he was a

19    brand new officer, he was a probation period but I

20    told him multiple times what was happening.

21        Q.    What did he do as far as you know?

22        A.    Nothing.

23        Q.    Did he say anything?

24        A.    He said he would contact the

25    lieutenant's office, that was the last time.

1                    R. MIRVIS

2          Q.       On this particular date it says,

3    "Mirvis stated he was jumped and assaulted on unit

4    JB and was told he needed today pay him or get off

5    the unit?"

6          A.       That's not correct.

7                   MR. NAZRYAN:  Wait for the question.

8          Q.       What about that sentence is not

9    correct?

10         A.       I was bleeding, I told them about

11   the money but it wasn't to get out of the unit.

12   They did want me to pay $1,000 each.

13         Q.       You're saying the other inmate never

14   told you that you needed to pay or get off the

15   unit, it was just a threat that you had to pay?

16         A.       Correct.

17         Q.       Going to the bottom of page two

18   where it says victim statements it says, "On

19   July 24, 2017, inmate Mirvis was interviewed

20   regarding his request for protective custody.

21   Inmate Mirvis alleged inmate," blank, "Threatened

22   him with a knife if he didn't pay him $4,000.

23   Mirvis states he has been threaten and assaulted

24   by," blank, "For weeks, however he was afraid to

25   report it because," blank, "Said he was going to

1                        R. MIRVIS

2    cut him and kill his family."  Is that accurate?

3        A.      That's when they made a phone call

4    to my mother and there's receipts going to his

5    account.

6        Q.      As far as you can recall, is that an

7    accurate summary of what you told Kimberly

8    Thompson on July 24, 2017?

9        A.      Yes.

10       Q.      Going back to the top of the

11   document, I want to talk about July 12, 2017 at

12   2:00 p.m.  Earlier you mentioned that you were

13   taken to an SIS office, is that right?

14       A.      Correct.

15       Q.      Do you know where that office was

16   located within MDC?

17       A.      If I remember I think it was the

18   third floor.

19       Q.      How do you know it was the SIS

20   office as opposed to some other office?

21       A.      I was told it was an SIS office, I

22   asked where I was going.

23       Q.      What did the room look like?

24       A.      Metzger was sitting on the left

25   side, there was a couple officers in the room.

```
 1                    R. MIRVIS
 2         Q.     Was it like a conference room
 3   setting?
 4         A.     No.
 5         Q.     Can you describe it?
 6         A.     Officer Metzger sitting in the back,
 7   there was an officer in front, there was TVs
 8   everywhere.
 9         Q.     Who was present in the room when you
10   were taken there?
11         A.     Officers, I don't know their names,
12   Lieutenant Poe and Metzger.
13         Q.     Can you describe what Lieutenant Poe
14   looks like?
15         A.     Chunky, I would say lazy eye, white.
16         Q.     Can you describe Lieutenant Metzger?
17         A.     Tall, black.
18         Q.     Lieutenant Metzger is female?
19         A.     Yes.
20         Q.     And Poe is a male?
21         A.     Yes.
22         Q.     When you were first taken into this
23   office what is the first thing that happened?
24         A.     They told me to take my shirt off
25   and they took pictures of my body.
```

```
 1                    R. MIRVIS
 2        Q.    Do you know what that was for?
 3        A.    The bruises.
 4        Q.    What happened after that?
 5        A.    Then they asked me what happened.
 6        Q.    When you say they, was it both of
 7   them asking you questions?
 8        A.    Lieutenant Poe, his major concern
 9   was about my case for some reason, not what
10   happened to me.
11        Q.    Where did you have bruises?
12        A.    My chest, my hand, my ribs were all
13   red.
14        Q.    Did you understand that Lieutenant
15   Poe or SIS were going to open an investigation
16   into what happened?
17        A.    No, his concern was about my case
18   more, I don't know why.
19        Q.    Did you subsequently learn that they
20   opened an investigation into what happened?
21        A.    After that happened I was sent to --
22   I started to push them because I didn't feel
23   nothing was happening for different reasons.
24        Q.    On July 12, 2017, did you have any
25   understanding that SIS was going to open an
```

```
 1                    R. MIRVIS
 2  investigation into what happened with you and the
 3  other inmates on the unit?
 4       A.     No idea.
 5       Q.     When did you first learn that they
 6  did open an investigation into what happened with
 7  you and the other inmates on the unit?
 8       A.     I was told by an officer that they
 9  were looking into it.
10       Q.     On this date, July 12, 2017, was
11  this the first time you ever interacted with
12  Lieutenant Poe?
13       A.     Yes.
14       Q.     The same question for Lieutenant
15  Metzger, on July 12, 2017, was this the first time
16  you interacted with her?
17       A.     Yes.
18       Q.     While you were in that office on
19  that day was that the first time that you
20  complained about what happened on the unit to
21  Lieutenant Poe?
22       A.     I tried.
23       Q.     When you say you tried, were you
24  successful in telling him what happened on the
25  unit?
```

1                          R. MIRVIS

2          A.      No, I was getting mad.

3          Q.      Had you tried to tell Lieutenant Poe

4     what happened on the unit before July 12, 2017?

5          A.      E-mails were sent out.

6          Q.      You sent an e-mail to Lieutenant

7     Poe?

8          A.      I sent an e-mail to SIS.

9          Q.      The first time you said something

10    about what happened to Lieutenant Poe, would that

11    be an July 12, 2017?

12         A.      In person, yes.

13         Q.      July 12, 2017, is that the first

14    time you ever told Lieutenant Metzger about what

15    happened between you and the two other inmates on

16    the unit?

17         A.      I tried.

18         Q.      When you say you tried, is it the

19    same answer that you got frustrated because they

20    were asking you other questions?

21         A.      Correct.

22         Q.      About how long were you in that room

23    speaking to Lieutenant Poe and Lieutenant Metzger?

24         A.      About 20 minutes.

25         Q.      While you were in that room did you

```
 1                     R. MIRVIS
 2    complain of injury to Lieutenant Poe?
 3          A.      Yes.
 4          Q.      What injuries did you complain of?
 5          A.      My mouth, my ribs and my chest.
 6          Q.      You said you were photographed.  Who
 7    took the photograph?
 8          A.      An officer.
 9          Q.      Did you complain of injuries to
10    Lieutenant Metzger?
11          A.      Yes -- she was in the room.
12          Q.      What injuries did you complain of to
13    her?
14          A.      The same injuries.
15          Q.      At that time that you were in the
16    room you mentioned that you had some bruising and
17    redness to your chest, hand and rib area, did you
18    have any other visible injuries?
19          A.      Visible, no.
20          Q.      After being in that room for roughly
21    20 minutes, where did you go next?
22          A.      After they took pictures they tested
23    my blood pressure and that's it.
24          Q.      Where did that happen?
25          A.      In medical.
```

                              R. MIRVIS

1

2          Q.      After you were in that office at

3    around 2:00 p.m. on July 12, 2017, you were taken

4    to medical?

5          A.      Correct.

6          Q.      Do you know where medical or health

7    services is located within MDC?

8          A.      I don't remember, it's a couple

9    places.

10         Q.      Do you know which floor or which

11   place you went to on July 12, 2017?

12         A.      I don't remember exactly.

13         Q.      Do you know if Lieutenant Poe was

14   the individual that sent you to medical?

15         A.      I have no idea.

16         Q.      Do you know if Lieutenant Metzger

17   was the person that sent you to medical after you

18   were in that office?

19         A.      No idea.

20              MR. MODAFFERI:  I'm going to show

21         you another document.  This is a health

22         services clinical encounter, it's three

23         pages marked Mirvis BOP28 through 30.

24              (Whereupon, the aforementioned

25         Bureau of Prisons Health Services Clinical

1                              R. MIRVIS

2              Encounter was marked as Exhibit # for

3              identification as of this date by the

4              Reporter.)

5         Q.      Can you see that document?

6         A.      Yes.

7         Q.      Do you have copy of your medical

8    records?

9         A.      Not with me.

10        Q.      Do you have it in your cell?

11        A.      No.

12        Q.      Where do you have?

13        A.      My lawyers have it.

14        Q.      Looking at the top it says inmate

15   name and date of birth, that's your information,

16   correct?

17        A.      Correct.

18        Q.      Underneath that it says encounter

19   date July 12, 2017, at 1432, that's 2:32 p.m.

20   Looking at this record it says provider Jamie

21   Altman RN.  Do you recall seeing a nurse called

22   Jamie Altman?

23        A.      I don't know if that was her name.

24        Q.      Going down where it says pain scale

25   seven, where did the injury happen, J72, cause of

Page 42

1                    R. MIRVIS

2    injury I was jumped, symptoms my ribs hurt.  Did I

3    read that accurately?

4           A.     Yes.

5           Q.     Do your see where it says assessment

6    at the bottom?

7           A.     Yes.

8           Q.     It says, "34 year old male brought

9    to WSHU for a protective custody assessment.

10   Reports he has been 'jumped' daily by other

11   inmates on his unit.  States he has been choked

12   and kicked in the ribs daily for approximately one

13   month.  States he was attacked daily because,

14   'they wanted to call my people to give their

15   people money.'"  Did I read that accurately?

16          A.     Yes.

17          Q.     Looking at the next paragraph it

18   says, "Reports pain during inspiration and

19   expiration to left rib.  No respiratory distress.

20   Left rib area is tender to palpation.  Two older

21   bruises observed to left upper arm only.  Skin

22   intact.  No other marks/abrasions or injuries

23   observed.  States neck hurts because, 'they

24   grabbed me by the throat.'"  Did I read that

25   correctly?

1                    R. MIRVIS

2          A.     Yes.

3          Q.     According to this medical record it

4    seems like you were complaining of pain to your

5    neck and your ribs, is that fair?

6          A.     Yes.

7          Q.     The last paragraph says, "Informed

8    x-rays will be ordered and Motrin for pain.

9    Informed to contact medical with any questions or

10   concerns.  He verbalized understanding and was

11   agreeable with plan of care."  After you met with

12   Nurse Altman did you in fact receive Motrin or

13   ibuprofen?

14         A.     I received them and I said in one of

15   the e-mails that I needed stronger painkillers.

16   They gave me Tylenol.  The x-ray was taken almost

17   a month and a half later, after the incident.

18         Q.     I'll get to that in a second.  My

19   question was did you in fact receive the pain

20   medication after this meeting with the nurse?

21         A.     Yes.

22         Q.     It says x-rays will be ordered, were

23   x-rays in fact ordered as far as you know?

24         A.     I complained for them to give me

25   x-rays, it was taking almost a month, month and a

```
 1                    R. MIRVIS
 2  half after the incident.
 3          Q.     But x-rays were taken sometime in
 4  August?
 5          A.     Correct, I think that's the date, I
 6  don't remember.
 7          Q.     That last sentence says he
 8  verbalized understanding and was agreeable with
 9  plan of care.  Is that accurate?
10          A.     They told me x-rays would be
11  ordered, yes.
12          Q.     Were you agreeable with that plan?
13          A.     Yes, but I didn't know how long it
14  was going to take.
15          Q.     In your complaint there's a
16  reference that Lieutenants Metzger and Poe delayed
17  you getting medical treatment on July 12, 2017.
18  How did they delay treatment?
19          A.     I was in a lot of pain, I was
20  complaining and I had a ruptured tooth as well, I
21  was in extreme pain.  No one came to see me, no
22  one came to talk to me, I was alone.  They said
23  why didn't you write a cop out, I said it's
24  impossible, you have to have a pen or paper and I
25  did when I received a paper and pen but there
```

```
1                      R. MIRVIS
2    wasn't any system where you could write to
3    anybody.
4         Q.      You were taken to this office and
5    you met with Lieutenants Poe and Metzger for
6    roughly 20 minutes and then you were taken to
7    medical.  According to your, what should
8    Lieutenant Poe have done differently that day?
9         A.      I don't know.  I'm not a doctor, I
10   was in a lot of pain.
11        Q.      According to you what should
12   Lieutenant Metzger have done differently that day?
13        A.      The same answer, not going after my
14   charges, getting me help.
15        Q.      You mentioned a ruptured tooth?
16        A.      Yes.
17        Q.      What is that?
18        A.      A root canal ruptured -- it's in the
19   medical records, it had to be extracted.
20        Q.      How do you believe that the tooth
21   ruptured?
22        A.      Because I went to medical a week
23   before that and said I have to have surgery to get
24   it removed, it was infected.
25        Q.      At some point the dentist wanted to
```

```
 1                     R. MIRVIS
 2    extract the tooth, correct?
 3         A.    Yes.
 4         Q.    And you refused that treatment,
 5    correct?
 6         A.    No.  I was in pain, why would I
 7    refuse that treatment?
 8               MR. MODAFFERI:  I'm going to show
 9         you two documents, the first one we'll mark
10         as Exhibit 3.
11               (Whereupon, the aforementioned
12         Bureau of Prisons Health Services Dental
13         Soap/Admin Encounter was marked as Exhibit
14         4 for identification as of this date by the
15         Reporter.)
16         Q.    Can you see the document that we
17    have up?
18         A.    Yes.
19         Q.    It's a two page document Bates
20    numbered Mirvis BOP85 and 86.  This is a Health
21    Services Dental Soap/Admin Encounter.  In the
22    upper left hand corner where it says inmate name
23    and date of birth, that's your information?
24         A.    Yes.
25         Q.    Then it says encounter date
```

1                    R. MIRVIS

2   August 11, 2017 and where it says chief complaint

3   it says hole in tooth and under that it says,

4   "Patient presents for a routine dental call out

5   for surgical exodontia of tooth 14.  Paint stated

6   he does not want the tooth extracted.  Refusal

7   form signed."  Did I read that correctly?

8        A.    Yes.  It's not accurate.

9        Q.    How is it not accurate?

10        A.    I came to get medical attention for

11   my tooth, why would I refuse it?

12             MR. MODAFFERI:  I'm going to show

13        you Exhibit 4.  This is marked Mervis

14        BOP125

15             (Whereupon, the aforementioned

16        Medical Treatment Refusal was marked as

17        Exhibit 4 for identification as of this

18        date by the Reporter.)

19        Q.    Can you see that document?

20        A.    Yes.

21        Q.    At the top it says Medical Treatment

22   Refusal, date August 11, 2017, and it says, "I,

23   Ruslan Mirvis refuse treatment recommended by the

24   Federal Bureau of Prisons medical staff for the

25   follow conditions:  Surgical extraction of upper

```
 1                    R. MIRVIS
 2   left first molar."  Did I read that correctly?
 3        A.     Yes.
 4        Q.     Then it says in the middle, "The BOP
 5   medical staff members have explained to me the
 6   following possible consequences and/or
 7   complications may result because of my refusal to
 8   accept treatment," and it has a list including
 9   pain, infection, did I read that correctly?
10        A.     Yes.
11        Q.     Down here where it says patient
12   signature, is that your signature?
13        A.     Yes, it is.
14        Q.     Do you know if that's your
15   handwriting next to it where you wrote your name
16   and the date?
17        A.     Yes, it is.
18               MR. MODAFFERI:  We're going to take
19          a few minute break.
20               (Whereupon, a short recess was
21          taken.)
22        Q.     We're back from our short break, I
23   have some more questions for you.
24        A.     About the August document that I
25   signed, I do keep records of my schedule, I need
```

1                    R. MIRVIS

2  to go over exactly what happened that date.

3       Q.     That's fair.  After you went to that

4  office on July 12, 2017, and then were taken to

5  medical, subsequent to that I believe you said you

6  were placed in the SHU, is that right?

7       A.     Yes.

8       Q.     Approximately how long were you in

9  the SHU for?

10      A.     A month or two.

11      Q.     While you were in the SHU staff from

12 psych and staff from medical do rounds in the

13 unit, is that correct?

14      A.     Not exactly.  They do pass your cell

15 and you have to write letters and have the papers

16 sticking out of the door.

17      Q.     During your time in the SHU you did

18 in fact have meetings with psych, correct?

19      A.     I did have an outside person come

20 see me.

21      Q.     Do you recall if you also had

22 someone from MDC that you spoke to?

23      A.     I did talk to a psychologist later

24 on.

25      Q.     When you say later on, what do you

```
 1                    R. MIRVIS
 2    mean?
 3         A.     We had a whole meeting about the
 4    incident.
 5         Q.     When you say you had a whole meeting
 6    about the incident, what are you referring to?
 7         A.     What happened at MDC Brooklyn, the
 8    whole attack.
 9         Q.     Where was the meeting?
10         A.     It was in a conference room.
11         Q.     Do you know when that took place?
12         A.     I don't remember the date exactly.
13         Q.     Do you know who attended the
14    meeting?
15         A.     The psychologist, SIA, there were
16    other officers and people wearing regular clothes.
17         Q.     Did that take place in 2018?
18         A.     I don't know.
19         Q.     Do you have any understanding as to
20    what the purpose of the meeting was?
21         A.     The whole incident of the attack and
22    the PREA.
23         Q.     I want to direct your attention to
24    February 2019, what unit were you in at that time?
25         Q.     Can we talk about that meeting?
```

1                          R. MIRVIS

2          Q.     Let me finish the question where I

3    was going and then we can go back.  Directing your

4    attention to the beginning of February 2019, do

5    you recall what unit you were in at that time?

6          A.     I was in the SHU a couple times, I

7    don't know.

8          Q.     You wanted to talk more about that

9    meeting.  Is it fair to say that there was an

10   allegation made by you that fell under PREA, is

11   that right?

12         A.     It wasn't an allegation, I never

13   even wanted to bring PREA up.  I spoke with

14   Counselor Maury who had a private conversation and

15   I told him I want it between me and you, no one

16   else wanted to listen, especially Poe and Metzger.

17   I have enough evidence of what happened to me,

18   nothing was done to these individuals what they

19   have done to me, nothing was done.  The concern

20   was with those two, they were more worried about

21   my case than anything else and after me and him

22   had a talk I told him what happened and he

23   promised he would never tell anybody but he did so

24   after he did we had a meeting.

25         Q.     When you say he, referring to

1                    R. MIRVIS

2    Counselor Maury?

3        A.    Yes.  He told them I and I got mad

4    at him, you promised not to say anything and he

5    didn't answer.  In that meeting the psychologist

6    was taking notes and as soon as I went there SIA

7    asked why didn't I say anything, I said I did,

8    they were too worried about my case.  Lieutenant

9    Poe got up, apologized to me about the whole

10   meeting and then he left.

11       Q.    I'm a little confused.  The first

12   time you met with Lieutenant Poe and Lieutenant

13   Metzger it seemed to be about investigating the

14   extortion and the assault that took place in J72,

15   is that fair?

16       A.    Yes.

17       Q.    Later on you spoke to Counselor

18   Maury and mentioned a sexual assault and Counselor

19   Maury reported it and it became a PREA, is that

20   right?

21       A.    Yes.

22       Q.    I'm confused as to why if there was

23   no PREA in 2017 but there was a PREA in 2018, why

24   would anyone apologize?

25       A.    He knew what he did was wrong, I

```
 1                    R. MIRVIS
 2    couldn't say nothing to Poe or Metzger, they were
 3    too worried about my case, they wouldn't even call
 4    me by my name, I won't even say what they called
 5    me.  They only person I spoke to and I still trust
 6    is Maury, he's the only one who tried to help me.
 7         Q.    It's your belief that Lieutenant Poe
 8    and Lieutenant Metzger didn't adequately
 9    investigate the complaints that you were making,
10    is that fair to say?
11         A.    Yes.
12         Q.    After this meeting that took place
13    in 2018, did an investigation take place with
14    respect to the PREA allegation?
15         A.    I have no idea.
16         Q.    I want to go back to February of
17    2019.  You said you don't recall what unit you
18    were in at that time.  In your lawsuit you made an
19    allegation of vomiting, do you recall a time in
20    early 2019 where you were having stomach issues?
21         A.    Yes.  I told the officer I have a
22    problem, I can't eat and I'm puking blood.  She
23    said I'll call medical and medical didn't show up
24    for four or five hours.  After I called her,
25    Lieutenant Metzger came and she said the only
```

1                    R. MIRVIS
2    medical attention I'll give you is for your
3    fucking head and she said that in front of the
4    officer and the other inmates.
5          Q.    You made the complaint initially to
6    an officer, do you know which officer that was?
7          A.    I don't remember.
8          Q.    Was it a male or a female?
9          A.    I think it was a female, I don't
10   remember.
11         Q.    You said that officer called medical
12   but they didn't show for roughly four or five
13   hours?
14         A.    Yes.
15         Q.    When medical showed up --
16         A.    They didn't show up, I asked for a
17   lieutenant because they weren't showing up and
18   Metzger came.
19         Q.    Did Metzger get medical or bring you
20   to medical?
21         A.    After I started yelling at her
22   because of what she said, she said it in front of
23   the whole unit and in front of the inmates.
24         Q.    You told the officer, the officer
25   called medical and they didn't show so you asked

1                           R. MIRVIS

2    for a lieutenant, Metzger showed up, she made some

3    comments you didn't appreciate so you started

4    yelling and then she called medical?

5           A.     Correct.

6           Q.     Do you recall if the name of the

7    officer was Calixte?

8           A.     I don't remember that name but I

9    don't know if that was them.

10          Q.     That officer that you made the

11   initial complaint to, did he or she say anything

12   to you after you made the complaint?

13          A.     In the unit when I was having

14   problems with my stomach?

15          Q.     Yes.

16          A.     They said they were going to call

17   medical but they didn't come for a while.  I was

18   puking blood in the cell and then Metzger came.

19          Q.     That's what you had your

20   interactions with her and she eventually called

21   medical?

22          A.     Yes.

23          Q.     Did medical come to you or were you

24   escorted to medical?

25          A.     They came to me.

1                    R. MIRVIS

2        Q.      What did you say to medical and what

3   did they say to you?

4        A.      I have a lot of pain and I think

5   they took tests and they said I have to be rushed

6   to the hospital.

7        Q.      Did that happen all in the same day,

8   you made the complaint to the officer, then

9   Metzger showed up, then medical showed up and then

10  you went to the hospital?

11       A.      The complaint happened the day

12  before that because I couldn't eat and the next

13  day is when I was sent to the hospital.

14       Q.      You mentioned when Metzger made

15  those comments you yelled at her, what

16  specifically did you say?

17       A.      I said you said that in front of the

18  inmates and the officers, if you don't contact

19  medical I'm going to contact my lawyer.  How can

20  you see that?

21       Q.      Did you see her contact medical?

22       A.      She walked away so I don't know.

23       Q.      How long after you had that exchange

24  with her did medical show up?

25       A.      Half an hour to an hour.

1                     R. MIRVIS

2          Q.    At that time when you were vomiting

3    up blood, did you have any visible signs of

4    injury, were you bleeding anywhere?

5          A.    I couldn't stand up, I was curled

6    up, I couldn't walk.

7          Q.    Did you make the complaints to the

8    officers at their station at the bubble or were

9    you by yourself?

10         A.    At the bubble.

11         Q.    You were able to walk ever there?

12         A.    Yes, but there I curling up and I

13   had another inmate walk with me.

14         Q.    You said you were eventually

15   transported to the hospital, correct?

16         A.    Yes.

17         Q.    Do you know which hospital it was?

18         A.    I don't know.

19         Q.    Was it Kingsbrook Jewish Medical

20   Center?

21         A.    Yes.

22         Q.    How long were you in the hospital

23   for?

24         A.    I think 10 to 11 days.

25         Q.    Did the doctors or the staff at the

```
 1                    R. MIRVIS
 2   hospital tell you what was wrong?
 3        A.     I think, I'm not a doctor, I had a
 4   major infection in my gallbladder, it had to be
 5   removed.
 6        Q.     The issue with your gallbladder, did
 7   that happen before the time when you were throwing
 8   up in your cell?
 9        A.     No, I was throwing up first.
10        Q.     As you sit here today you believe
11   the issue you were having when you were vomiting
12   in the unit, you were taken to the hospital and
13   then you had the gallbladder surgery?
14        A.     Yes.  I was in the cell, I felt
15   extremely sick, I was puking.
16             MR. MODAFFERI:  I'm going to show
17        you this to refresh your recollection.
18             (Whereupon, the aforementioned
19        Kingsbrook Jewish Medical Center Discharge
20        Summary dated 12/28/2018 was marked as
21        Exhibit 5 for identification as of this
22        date by the Reporter.)
23        Q.     Can you see the record I put before
24   you?
25        A.     Yes.
```

1                        R. MIRVIS

2           Q.      This is a discharge summary from

3    Kingsbrook Jewish Medical Center, admit date

4    12/28/2018.  I want to direct your attention to

5    reason for admission, "RUQ pain, 2/2 gallstone."

6    Do you see that?

7           A.      I want to the hospital twice, this

8    is the first time or the second time?

9           Q.      That's what I'm trying to do is

10   refresh your recollection.  This is the first time

11   as far as I'm aware that you went to Kingsbrook, I

12   think it was the end of 2018 and they took a CT

13   scan that showed acute pancreatitis and you were

14   sent for surgery and you had a laparoscopic

15   cholecystectomy.  Do you recall having that

16   surgery the end of 2018 or beginning of 2019?

17          A.      I had surgery done, yes.

18               MR. MODAFFERI:  I'm going to show

19          you another record, this will be marked as

20          Exhibit 6, it's another discharge summary

21          from Kingsbrook Jewish Medical Center dated

22          February 7, 2019, a little over a month

23          after your surgery.

24               (Whereupon, the aforementioned

25          Kingsbrook Jewish Medical Center Discharge

1                     R. MIRVIS

2           Summary dated 2/7/2019 was marked as

3           Exhibit 6 for identification as of this

4           date by the Reporter.)

5           Q.     It says, "Reason for admission:

6    Vomiting and diarrhea of one week duration."

7           A.     After the surgery I couldn't hold

8    nothing, they told me it was going to happen.

9           Q.     What did they tell you was going to

10   happen?

11          A.     When you lose the gallbladder, all

12   the fat, I couldn't eat the same amount of food so

13   I had to be on a liquid diet for a while.

14          Q.     At the end of the 2018 you had

15   gallbladder surgery and then in the beginning of

16   February 2019 you were vomiting in your cell, you

17   made the complaint to the officer and Lieutenant

18   Metzger and you were taken to Kingsbrook Jewish

19   Medical Center a second time for the vomiting, is

20   that correct?

21          A.     Yes.

22          Q.     It says, "36 year old male with PMH

23   of anxiety disorder was admitted after he

24   presented with vomiting and nausea associated with

25   diarrhea.  As per patient, this started after he

1                          R. MIRVIS

2      was started on new meds for his psychiatric

3      illness."  Do you recall telling anybody in the

4      hospital that your stomach was bothering you

5      because of new psychiatric medication?

6          A.     No.

7          Q.     Do you recall what the medical staff

8      at this particular time at the hospital diagnosed

9      you with or said what the issue was?

10         A.     They said it's a probably because I

11     have to get used to do food, losing the

12     gallbladder, because of the fat my system has to

13     get used to it.  That's what I was told.

14         Q.     Where it says final diagnosis and

15     comorbidities, anxiety disorder and acute

16     gastroenteritis?

17         A.     They put me in a scanning machine

18     and I couldn't be in the machine, I was having an

19     anxiety attack in the machine.

20         Q.     Did the hospital prescribe you any

21     medications after his visit?

22         A.     They did, I was supposed to be on a

23     liquid diet for a while.

24         Q.     Did you suffer any physical injury

25     as a result of the delay in getting medical

1                    R. MIRVIS

2    treatment in the beginning of February 2019 when

3    you were vomiting?

4         A.    You're talking about the first

5    incident or?

6         Q.    Particularly in the beginning of

7    February 2019 when you asked the officer to get

8    health services and then you asked Lieutenant

9    Metzger and there was some delay there, did you

10   suffer any physical injury from that delay?

11        A.    Yes, I was in extreme pain.

12        Q.    Anything else?

13        A.    Physically -- mentally and

14   physically I was in extreme pain.

15        Q.    The same question with respect to

16   the alleged delay in treatment in July of 2017

17   when you were meeting with Lieutenant Metzger and

18   Lieutenant Poe, did you suffer any physical

19   injuries from that 20 minute delay in getting

20   treatment from medical?

21        A.    Talking about the second time I was

22   in the hospital?

23        Q.    No, going back to that meeting in

24   the office on July 12, 2017?

25        A.    Metzger wasn't there.

1                    R. MIRVIS

2          Q.    I believe you said Poe was at the

3    front desk?

4          A.    That's going back to the beginning

5    of the whole assault.

6          Q.    That is what I'm asking about.

7    Going back to that event, did you suffer any

8    physical injury from that delay in you seeing

9    medical?

10         A.    I was in extreme pain.

11         Q.    Anything else, did you suffer any

12   other consequences or injuries?

13         A.    Mental pain as well, I went through

14   hell, I didn't know why I was being punished and

15   put in the SHU.

16         Q.    Going back to February of 2019 when

17   you had the stomach issues, did the stomach issues

18   resolve?

19         A.    Can I say something.

20         Q.    Sure.

21         A.    When they take a person to the SHU,

22   there's no computer, there's no way to make a

23   complaint.  I couldn't write letters, I couldn't

24   talk to my family for a whole month.

25         Q.    You said the only way to get medical

1                    R. MIRVIS

2    attention is to put a piece of paper through the

3    coal door?

4          A.     If you're lucky enough to get a

5    pencil.

6          Q.     I want to repeat the question that I

7    asked.  In February of 2019 you were vomiting and

8    had stomach issues, did that eventually resolve?

9          A.     There's still food I can't eat, I'm

10   still having problems digesting everything.

11         Q.     As far as you know the issue with

12   digesting fatty foods, that's because you had your

13   gallbladder removed?

14         A.     I think so, I'm not a doctor.

15         Q.     You mentioned after that July 12,

16   2017 encounter with Lieutenant Poe and Lieutenant

17   Metzger you were placed in the SHU.  To be clear,

18   you were placed in the SHU for protective custody,

19   not for disciplinary measures as far as you know?

20         A.     The way they acted, they were too

21   worried about my case -- I don't know, I can't

22   give you that answer.

23         Q.     Before we talked about that you had

24   bruising to your ribs and a CT scan was performed

25   and there were in fact fractures, correct?

1                    R. MIRVIS

2         A.     Yes.

3         Q.     Did your ribs eventually heal?

4         A.     Eventually, yes.  Can I say

5    something?

6         Q.     Go ahead.

7         A.     My incident, I'm not going to give

8    you the name, it has nothing to do with me but

9    there was another inmate who had the same problem,

10   that inmate was transsexual, he was being raped by

11   the same inmates.

12        Q.     That was also on J72 around the same

13   time in June and July of 2017?

14        A.     I have no idea.

15        Q.     How do you know that?

16        A.     That individual went to the same

17   unit I was in.

18        Q.     Did that transgender inmate tell you

19   that it happened?

20        A.     I asked what are you doing in my

21   unit and they told me what happened.

22        Q.     You didn't witness those two gang

23   members sexual assault somebody, you learned that

24   information from speaking to that transgender

25   inmate, correct?

1                    R. MIRVIS

2          A.     Yes.

3                 MR. MODAFFERI:  I'm going to take a

4          two minute break to look at my notes.

5                 (Whereupon, a short recess was

6          taken.)

7                 MR. MODAFFERI:  I don't have any

8          further questions.

9                 MR. NAZRYAN:  I have a few follow up

10         questions.

11    EXAMINATION BY

12    MR. NAZRYAN:

13         Q.     This is your attorney, Uri Nazryan,

14    I'm going to ask you a few follow up questions.

15    You are still under oath and all the rules that

16    counsel mentioned before are still in effect.

17                 Do you recall a discussion with

18    counsel earlier about a record from July 12, 2017,

19    at approximately 2:00 p.m.?

20         A.     Yes.

21         Q.     Was it your understanding that that

22    record involved a meeting with you at the SIS

23    location about the recent attack?

24         A.     I would have to see the record

25    again.

1                          R. MIRVIS

2          Q.      That meeting at the SIS location was

3    concerning the attack that had recently happened

4    to you, correct?

5          A.      Yes.

6          Q.      That attack that had recently

7    happened, did that happen the same day or the

8    night before?

9          A.      The night before and they came

10   inside the cell again, the same inmates but they

11   didn't do as much damage as the night before.

12         Q.      That attack that you mentioned the

13   night before, was that when you hit the panic

14   button?

15         A.      Yes.

16         Q.      Did you request any medical

17   treatment the night before?

18         A.      Yes.

19         Q.      From whom did you request medical

20   treatment?

21         A.      Officer G. Gonzalez.

22         Q.      How did you request medical

23   treatment that night before?

24         A.      I pressed the panic button and the

25   officer came to my door.

1                    R. MIRVIS

2        Q.      What did you tell that officer?

3        A.      I told them I was attacked and I was

4   in a lot of pain and I need medical attention.

5        Q.      Did you receive any medical

6   treatment that night?

7        A.      I did not.

8        Q.      Did you receive any explanation why

9   you did not receive medical treatment that night?

10       A.      I did not.

11       Q.      Were you in pain that night?

12       A.      Extreme pain, yes.

13       Q.      Were you able to request medical

14   treatment from anybody else that night and into

15   the morning?

16       A.      No.

17       Q.      It's your recollection that you

18   stayed in your cell after the attack that night?

19       A.      Yes.

20       Q.      Approximately when is your

21   understanding that you went to this SIS location?

22       A.      The next morning, I don't know

23   exactly the time.

24       Q.      What did you do to enable you to go

25   to that SIS location?

```
 1                    R. MIRVIS
 2        A.    What made me go there?
 3        Q.    How did you request to go to an SIA
 4   location the next morning?
 5        A.    Before they opened our cells I
 6   waited for an officer to come and I said I'm in
 7   danger, can you take me out before the other
 8   inmates.
 9        Q.    It's your understanding this was
10   sometime before they opened the gates to let all
11   the other inmates out?
12        A.    Correct.
13        Q.    Do you know what time that usually
14   is?
15        A.    6:45, 7:00.
16        Q.    Did that officer agree?
17        A.    Yes, but they let the inmates out
18   anyway.
19        Q.    If this is approximately 6:45 to
20   7:00 a.m. when they opened the gates, is that when
21   you were taken to an SIS location?
22        A.    Yes.
23        Q.    Do you know how long you stayed at
24   this SIS location?
25        A.    20 to 30 minutes.
```

```
 1                    R. MIRVIS
 2        Q.      It was after being there for 20 to
 3   30 minutes that you finally received medical
 4   treatment?
 5        A.      I didn't get medical treatment, they
 6   just gave me Tylenol.
 7        Q.      After you were in the SIS location,
 8   it was after that you went to an SHU, correct?
 9        A.      Yes.
10        Q.      You said you can't formally request
11   sick call at SHU?
12        A.      You cannot.
13        Q.      You said the only way you can do it
14   is with a pencil and paper and putting it through
15   the cell?
16        A.      If you're lucky and have a pencil to
17   do that and the offer picks it up, that's the only
18   way of doing it.
19        Q.      When you were in your original cell
20   how would you request sick help?
21        A.      Using the computer.
22        Q.      Is it fair to say you did not submit
23   any sick call request through TRULINCS while you
24   were in SHU?
25        A.      No, it's impossible.
```

1                       R. MIRVIS

2          Q.      While you were in the SHU unit were

3    you in pain?

4          A.      Extreme pain, yes.

5          Q.      What was causing this pain to your

6    understanding?

7          A.      My mouth and my ribs.

8          Q.      How often did you attempt to request

9    sick call in the SHU, in whatever form that took?

10         A.      Almost every day.

11         Q.      How did you try to request medical

12   treatment in the SHU?

13         A.      I had to wait a week and a half to

14   order a pen.

15         Q.      Would you ever yell out to someone

16   and say I need medical treatment?

17         A.      Yes, that doesn't work.  If you look

18   on my record there was an inmate with me who tried

19   to commit suicide, it took 45 minutes for them to

20   come and help.

21         Q.      Is it true that one of the ways in

22   which you requested medical treatment while you

23   were in the SHU was by asking an officer or guard

24   for medical treatment?

25         A.      Correct but that's impossible, you

1                         R. MIRVIS

2    to kick the door, yell, curse, do anything to

3    possible to get their attention.  I couldn't kick,

4    I couldn't get out the bed, I was in a lot of

5    pain.

6          Q.    What medical treatment did you

7    receive while you were in the SHU?

8          A.    I didn't get no treatment.

9          Q.    When you say no treatment, do you

10   mean you didn't receive any medication or any

11   diagnosis or anything else?

12         A.    Medication, I used to get on and

13   off, one day yes, one day no and it was Tylenol

14   that didn't do anything.

15         Q.    Eventually you were transferred out

16   of the SHU, correct?

17         A.    Yes.

18         Q.    Do you know why you were transferred

19   out?

20         A.    They took me to another jail

21   population but because I'm Jewish they put me in a

22   cell with one of the guys who was an Aryan gang

23   member and they know, why would you put me over

24   there?

25         Q.    Why did they take you out of SHU and

1                    R. MIRVIS

2    put you back in general population?

3         A.    I have no idea.

4         Q.    Were you still in pain at that point

5    when you left the SHU?

6         A.    Yes.

7         Q.    It was around this time that you

8    learned that you had rib fractures?

9         A.    They did x-rays I think a month,

10   month and a half, I don't know the date but when

11   they did the x-rays I found out.

12        Q.    After you learned that you had the

13   rib fractures because of the x-rays, did you

14   receive any treatment or medication for that

15   diagnosis?

16        A.    No, they said they couldn't do

17   anything about it because it was too old, it was a

18   month already.  Can I say something?

19        Q.    Wait for a question.  I'm going to

20   bring you now to February of 2019, I believe

21   counsel asked you some questions and showed you

22   medical records regarding the gallbladder surgery

23   you had a month or so before, do you recall that?

24        A.    Yes.

25        Q.    When were you starting to feel pain

1                        R. MIRVIS
2    from that surgery?
3         A.      I started feeling it that night, I
4    was having a little pain and then it grew.
5         Q.      When with respect to the blackout
6    did you start feeling pain or vomiting or diarrhea
7    in connection with the surgery?
8         A.      Every time I ate something because I
9    was supposed to have a liquid diet and they were
10   giving us cold sandwiches they gave every inmate.
11        Q.      Was this before the blackout, during
12   the black or after the blackout?
13        A.      During the blackout.
14        Q.      This was late January to early
15   February?
16        A.      Yes.
17        Q.      That's when you started to
18   experience more serious systems of vomiting?
19        A.      Yes, the food they were giving me,
20   they didn't give me the liquid diet I was supposed
21   to get.
22        Q.      You were saying because of the
23   blackout you weren't receiving the food you were
24   supposed to be receiving?
25        A.      Yes, a lot of inmates got sick.

1                    R. MIRVIS

2         Q.      During the blackout did you request

3    medical treatment?

4         A.      Yes.

5         Q.      How did you request medical

6    treatment during the blackout?

7         A.      The same thing, paper, we couldn't

8    come out, it was dark, you couldn't see nothing,

9    you had to write a piece of paper and put it

10   through the door.

11        Q.      You were not able to use the

12   TRULINCS sick call request?

13        A.      No.

14        Q.      When were you first able to use the

15   TRULINCS sick call request again?

16        A.      After the blackout.

17        Q.      Do you remember when that was?

18        A.      I don't remember.

19        Q.      Did you submit a sick call request

20   through TRULINCS after the blackout?

21        A.      I think I did, I don't remember.

22        Q.      You're saying during the blackout

23   before you did the TRULINCS request you were also

24   trying to ask guards for treatment and things like

25   that?

 1                      R. MIRVIS

 2          A.      Treatment, there was no blankets, it

 3   was freezing.

 4          Q.      Do you remember any of the guards or

 5   officers to whom you requested treatment during

 6   the blackout?

 7          A.      No, a lot of the officers keep

 8   changing, it wasn't the regular officers.

 9          Q.      When you did request sick call you

10   said you did that through TRULINCS, what did you

11   say was bothering you at the time?

12          A.      I couldn't eat, I was vomiting, I

13   was bleeding when I used the bathroom, I was in

14   pain.

15          Q.      Did you receive any medical

16   treatment that day that you sent the TRULINCS sick

17   call request?

18          A.      I don't remember, I don't think so,

19   I think I had to wait.

20          Q.      Do you think it was the next day

21   that you received medical treatment?

22          A.      I can't give you the date, I don't

23   know.

24          Q.      Do you have an approximate of time

25   in days or hours that you waited to receive

1                           R. MIRVIS

2    medical treatment after you sent the TRULINCS sick

3    call request after the blackout?

4         A.     I would say it was days, a lot of

5    people were complaining.

6         Q.     When someone did address your

7    request for medical treatment, did they bring you

8    someplace at MDC or did they take you straight to

9    the hospital?

10        A.     They look at you, they saw blood in

11   the toilet and they took me to the hospital again.

12        Q.     They took you someplace in MDC?

13        A.     I don't remember the second time,

14   either they just looked at the toilet and took me

15   out of the cell and straight to the hospital, I

16   don't remember that.  I know they looked at the

17   toilet and they did see blood, I don't remember if

18   they took me to the office first and then the

19   hospital or if they took me straight to the

20   hospital -- an officer picked me up, he took me to

21   the basement, I think I fell down, he picked me up

22   and I was taken to the hospital.

23        Q.     If you received any medical

24   treatment or if you were examined at MDC, is it

25   your understanding there would be a medical record

1                          R. MIRVIS

2    of when that took place?

3          A.      They should have that.

4          Q.      Do you know if there are any records

5    of your sick call request that you submitted while

6    you were in SHU in paper form?

7          A.      I did give multiple to my social

8    worker.

9          Q.      What did you give your social worker

10   while you were in SHU in July of 2017?

11         A.      I think once a week they do rounds,

12   they do water, medical, a group of people walking

13   around so I saw my social worker so I said can I

14   please have a form for sick call and they gave me

15   the form and I gave it back to them.

16         Q.      It's your understanding you filled

17   out some of those forms and gave it to your social

18   worker?

19         A.      Once, in front of the social worker

20   I did it.

21         Q.      Other than that is it your

22   understanding that there were any records that you

23   gave to any of the officers or guards while you

24   were at SHU requesting medical treatment?

25         A.      No, it's impossible.

                         R. MIRVIS

1

2        Q.      During the blackout before the

3   TRULINCS sick call request went back up, are you

4   aware of any records or papers that you sent to

5   the guards requesting medical treatments?

6        A.      On my TRULINCS account there should

7   be.

8        Q.      I'm saying before the TRULINCS went

9   back up, during the blackout?

10       A.      No, a lot of people were complaining

11  about sick calls.

12              MR. NAZRYAN:  I don't have any

13          further questions.  Thank you.

14              MR. MODAFFERI:  I just have one more

15          question.

16  EXAMINATION BY

17  MR. MODAFFERI:

18       Q.      Do you know whether medical staff or

19  medical services are present at MDC or working at

20  night?

21       A.      I have no idea.  Can I say

22  something?  They took me to four different general

23  populations, with my issues that I had MDC has a

24  unit for protective custody, I was never sent

25  there, I was requesting to go to a protective

```
 1                    R. MIRVIS
 2   custody unit and they denied me going.
 3       Q.     Which unit is protective custody?
 4       A.     K81.  Four times they put me in
 5   general population but these lieutenants only care
 6   about my case.  I wanted to bring criminal charges
 7   against those two individuals but that never
 8   happened when there's evidence in the medical
 9   records, I don't understand why criminal charges
10   were never filed.
11                    MR. MODAFFERI:  I have no further
12            questions.  Thank you for your time today.
13                    (Whereupon, at 12:32 p.m. the
14            Examination of this witness was concluded.)
15
16            °         °         °         °
17
18
19
20
21
22
23
24
25
```

1

2                    D E C L A R A T I O N

3

4        I hereby certify that having been first

5    duly sworn to testify to the truth, I gave the

6    above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript of the

10   testimony given by me at the time and place

11   specified hereinbefore.

12

13

14                    _____

15                         RUSLAN MIRVIS

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 2022.

20

21

22   _____
         NOTARY PUBLIC

23

24

25

1

2                    E X H I B I T S

3

4    EXHIBIT    EXHIBIT                              PAGE

5    NUMBER     DESCRIPTION

6    1          Inmate Investigative Report           29

7    2          Bureau of Prisons Health              40
                Services Clinical Encounter
8
     3          Bureau of Prisons Health              46
9               Services Dental Soap/Admin
                Encounter
10
     4          Medical Treatment Refusal             47
11
     5          Kingsbrook Jewish Medical Center      58
12              Discharge Summary dated
                12/28/2018
13
     6          Kingsbrook Jewish Medical Center      59
14              Discharge Summary dated 2/7/2019

15

16

17                    I N D E X

18

19   EXAMINATION BY                                   PAGE

20   MR. MODAFFERI                                 4, 79

21   MR. NAZRYAN                                      66

22

23

24

25

1

2                  C E R T I F I C A T E

3

4    STATE OF NEW YORK      )
                            :  SS.:
5    COUNTY OF QUEENS       )

6

7         I, KENNETH PERSCHKE, a Notary Public for

8    and within the State of New York, do hereby

9    certify:

10        That the witness whose examination is

11   hereinbefore set forth was duly sworn and that

12   such examination is a true record of the testimony

13   given by that witness.

14        I further certify that I am not related to

15   any of the parties to this action by blood or by

16   marriage and that I am in no way interested in the

17   outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto set my

19   hand this 13th day of November, 2022.

20

21

22                        KENNETH PERSCHKE

23

24

25

Ruslan Mirvis 11/3/2022

```
 1
 2              DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____Change to:_____
 4   _____
 5   Reason for change:_____
 6   Page No._____Line No._____Change to:_____
 7   _____
 8   Reason for change:_____
 9   Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24   Signature:_____DATE:_____
25                  Ruslan Mirvis
```