Inmate   Institution   Help   System                                           BRO TF57175 PROD v2.0

**J72**

## Daily Activity Log Entry

**Location**
J72

**Highlight Log Entry**

☑ Highlight Log Entry

Check the Highlight Log Entry box to place a yellow highlight on this Daily Activity Log Entry to identify it as a significant or non-routine log entry that staff may want to review closely.

**Shift**
Evening

**Activity Type**
General

**Inmates**

| | R... | N... | Reg # |
|---|---|---|---|
| MOVE | 901... | MIR... | Inmate Name |

ADD   DELETE   CANCEL

1 rows

**Activity Description**
Inmate activated duress alarm. Inmate stated he does not feel safe safe on the unit because he is being extorted. Inmate

**Summary Text**
Inmate: 90101053 MIRVIS, RUSLAN. Inmate activated duress alarm. Inmate stated he does not feel safe safe on the unit

☐ Error Entry

**Original Entered By**
[REDACTED] GONZALEZ

**Original Entered Date**
07/07/2017 11:55:34 PM

ADD ENTRY   CANCEL

MIRVIS-BOP-000686

Inmate   Institution   Help   System                   BRO TF57175 PROD v2.0

**J72**

## Daily Activity Log Entry

**Location**
J72

**Highlight Log Entry**

☑ Highlight Log Entry

**Shift**
Day

Check the Highlight Log Entry box to place a yellow highlight on this Daily Activity Log Entry to identify it as a significant or non-routine log entry that staff may want to review closely.

**Activity Type**
General

**Inmates**

| | R... | N... | |
|---|---|---|---|
| MOVE | 901... | MIR... | |

Reg #

Inmate Name

ADD   DELETE   CANCEL

1 rows

**Activity Description**
Inmate sent to LT office to speak with LT. All appears normal with Inmate

**Summary Text**
Inmate: 90101053 MIRVIS, RUSLAN. Inmate sent to LT office to speak with LT. All appears normal with Inmate

☐ Error Entry

**Original Entered By**
█████ COOMBE

**Original Entered Date**
07/08/2017 08:51:32 AM

ADD ENTRY   CANCEL

MIRVIS-BOP-000687

Inmate    Institution    Help    System             BRO TF57175 PROD v2.0

**J72**

## Daily Activity Log Entry

**Location**
J72

**Shift**
Day

**Activity Type**
General

**Highlight Log Entry**

☑ Highlight Log Entry

Check the Highlight Log Entry box to place a yellow highlight on this Daily Activity Log Entry to identify it as a significant or non-routine log entry that staff may want to review closely.

**Inmates**

| R... | N... | Reg # |
|------|------|-------|
| MOVE 901... | MIR... | Inmate Name |

ADD    DELETE    CANCEL

1 rows

**Activity Description**
Inmate stated he is fearful for his life, he has been threaten multiple times and inmate stated he has black and blue bruises

**Summary Text**
Inmate: 90101053 MIRVIS, RUSLAN. Inmate stated he is fearful for his life, he has been threaten multiple times and inmate

☐ Error Entry

**Original Entered By**
▓▓▓▓ROBERTS

**Original Entered Date**
07/12/2017 09:06:51 AM

ADD ENTRY    CANCEL

MIRVIS-BOP-000688



Inmate   Institution   Help   System

BRO TF57175 PROD v2.0

K84

### Change to Base Count Log Entry

○ In   ⊙ Out

Property Location Type

⊙ Property Remained with/Taken by Inmate
○ Property Remains on Unit
○ Property to be Removed from Unit by Staff

☐ Property Secured

Inmates

Reg #
90101053

Reg #

Name

ADD   DELETE   CANCEL

1 rows

Text
Outside Hospital during E/W

Summary Text
Inmate: 90101053 - MIRVIS, RUSLAN. Outside Hospital during E/W

☐ Error Entry

Original Entered By
[redacted] CLINTON

ADD ENTRY   CANCEL

MIRVIS-BOP-000690











**K84**

LOG | ROLL CALL * | HIGH RISK | INMATE LISTS | 583S | SIS CONTRABAND | BAS | UAS | DAILY ACTIVITY | STG # | NEW INMATES

### Change to Base Count Log Entry

**Location:** K84
**Event Date:** 2/6/2019 11:57 PM
**Shift:** Evening

**Movement**
New Base Count: 20

**Movement**
○ In   ● Out

**Property Location Type**
● Property Remained with/Taken by Inmate
○ Property Remains on Unit
○ Property to be Removed from Unit by Staff

☐ Property Secured

**Inmates**

| Reg # | Name |
|---|---|
| 90101053 | MIRVIS, RUSLAN |

1 rows

Reg #
Name
ADD   DELETE   CANCEL

**Text:** Outside Hospital during E/W

**Summary Text:** Inmate: 90101053 - MIRVIS, RUSLAN. Outside Hospital during E/W

☐ Error Entry

**Original Entered By:** ▮▮▮ CLINTON
**Original Entered Date:** 02/06/2019 11:58:12 PM

MIRVIS-BOP-000695