```
RUSLAN MIRVIS, 90101-053
BROOKLYN MDC    UNT: K    QTR: K07-804L
P.O. BOX 329001
BROOKLYN,  NY 11232
```

Plaintiff 088

Remedy Number 974779-F1
MIRVIS, Ruslan
Reg. No. 90101-053

This is in response to your Request for Administrative Remedy dated April 10, 2019.  You state that you have dermatology issues that have caused you to experience inflamed skin, headaches and bloodshot eyes. You requested medical attention, specifically from an outside dermatologist, as your remedy.

A review into this matter reveals you were evaluated by the Nurse Practitioner on April 5, 2019, and doctor on April 23, 2019. During your most recent clinical encounter, you reported an improvement in your skin condition since initiating Methotrexate Sodium and a variety of prescription creams, and prefer not to return to the outside Dermatologist.  You were also prescribed a Coal-tar shampoo to address your medical condition of scalp psoriasis.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs house, 2nd and Chestnut Street, Philadelphia, PA. 11906.  Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.

_____          _____
H. Quay, Warden                                           Date

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

4/4/19 NW

**REQUEST FOR ADMINISTRATIVE REMEDY**

4/16/19

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirvis Ruslan          90101-053          8mk          MDC Brooklyn
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT           INSTITUTION

**Part A– INMATE REQUEST**

On or about April 4/5 I was called to Health Service to see the nurse regarding my skin condition. The nurse prescribed me lotion and tablets. Since taking the medication, my condition has worsened. It seems to have given me allergic reaction. I have waited for a dermatologist appoint for over two years. Finally we I receive the appoint, I see a nurse and not a dermatologist. As a result, my condition has caused me to experience inflamed skin, headaches and bloodshot eyes. I'm make another request to see a dermatologist who can deal with my condition. This stop gap method has made matters worse to the point I can't shower at all. The pain is to severe.

10/2019
DATE

Ruslan
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED
KS
APR 18 2019

80 29th STREET
BROOKLYN, NY 11232

_____          _____
DATE                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                CASE NUMBER: 974779-F1

                                             CASE NUMBER: 974779-F1

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Plaintiff 090

4/2/19

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: Ruslan Mirvis                    REG. 90101-053

UNIT: 84K

SPECIFIC ISSUE NEEDING
RESOLUTION: _I Need to see the dermatologist ASAP. Numerous_
_appointments have been canceled or rescheduled. A biopsy was recommended_
_almost a year ago. The last time I was denied medical attention at MDC, I was rushed to_
_the hospital for_

EXPLAIN, IN DETAIL, THE ISSUE: _I have been          to                    emergency_
For 2 years suffering with Rash That Causes My Skin Crack lesions and welts surgery.
Throughout My Body. I have been complaining about This For The Past 2 years
on 6/4/18 a biopsy was recommended. It Never happened The Symptoms
are getting worse. I'm crying out For assistance. At times This puts me in
a depressive state. I'm unable to sleep most nights due to Rash i a in
Extream pain

INMATE SIGNATURE: _Ruslan_                    DATE: _____

### TO BE COMPLETED BY COUNSELOR

DATE RECEIVED: _4/2/19_

ACTION TAKEN: _As per Medical you been approved_
_to see the dermatologist this y an outside_
_appointment. We cannot divulge the date and_
_time due to safety and security concerns._

COUNSELOR SIGNATURE: _____    DATE: _4/3/19_

### TO BE COMPLETED BY UNIT MANAGER

INFORMAL RESOLUTION RECEIVED _____

UNIT MANAGER SIGNATURE _____    DATE: _____

EXTENSION GRANTED _____    DATE DUE _____

REASON FOR EXTENSION _____

UNIT MANAGER APPROVAL _____    DATE _____

TRULINCS  90101053 - MIRVIS, RUSLAN - Unit: BRO-K-D

---------------------------------------------------------------------------------------------

FROM: 90101053
TO:
SUBJECT: ATTACMENT
DATE: 04/18/2018 12:29:08 PM

REASON FOR APPEAL ADMINISTRATIVE REMEDY CASE NUMBER:931884-F1

1) The BP-8 form was given to Counselor L.murray I did not get my response back

2) Filed B-P 9 for administrative remedy part (B)-response
received on February 26,2018
   On the original B-P 9 was stamped on February 23,2018

3) Extension of time for response-Aministrative remedy was asked
                Response due April 7,2018
                Part (B) Response was given 4-12-2018

4) Detailing on assault against another inmate I reported to s.i.s and other staff members there were more than one person who assaulted me and extorted me. Mulipule cop-outs were made and I was interviewed and receipts, trulinks records, and medical reports states there were more than one inmate involved in this matter.

5) I've asked for f.b.i to be involved in this matter because serious threats were made against me and my family
    multiple cop-outs were made. I did not get a reply back.
    I was told muliple investigations were conducted.
    I am not asking to disclose any findings or results of this matter but what i am asking for is for the b.b.i to be involved in this matter for my family safety and mine serous threats were made
                        Administraive Remedy
subject 2: medical care-Delay or access to
I was taken to the WSHU for protective custody on 07/12/2017
Picture's were taken but no medical treatment was done where i made cop-outs that my chest and ribs hurt.
I was only given Ibuprofen 600 mg; about a month later x-ray was done STATRAD medical Report Fractures seventh through ninth rib

Plaintiff 092

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mirvis Ruslan                    90101-053
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT            INSTITUTION

**Part A - REASON FOR APPEAL** Failure to reply B.P 9 Deadline was April 7, 2018
on 07/11/2017 i was Confronted by two Bloods Gang members who went inside My Cell and took My Family pictures and Letters that had My Family address's and personal information. They told Me, iF i do not pay them $4000.00 Each They would kill Me and My Family. i was Beaten and Extorted For over one month on 07/11/2017 They returned to My Cell with (Jail knives) it was around 3:30 pm just before Lock down, i pressed The panik button and told the officer what happened i have Marks on My Neck, and he told me, iF i was Safe in My Cell i told him i was Safe in My Cell an till Lock out. i was not Safe in the unit and afraid For My Family's LiFe The officer told Me to wait 10 minutes and he would get Me out of the unit He never Came Back For me, at Lock out The Bloods Entered My Cell Covered The Cell window with towel and Beat Me, and other Stuff happend as usall, I told the reliving officer to get Me out of The unit only Month Later x-ray was did took pictures of My body no medical treatment was done only month Later x-ray was Taken, x-ray was taken on 08/04/17 the StatRead Statwos Fractures of the LeFt anterior seventh through ninth ribs.

May 1
░░ ░, 2018                                    [signature]
    DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**


    DATE                                    REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                        CASE NUMBER: 931884R4

**Part C - RECEIPT**
                                        CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT            INSTITUTION
SUBJECT: _____


    DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                PRINTED ON RECYCLED PAPER

Plaintiff 093

BP-230(13)
JUNE 2002

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mirris Ruslan     90161-053

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**  Failure to reply BP 9. Deadline was April 7, 2018

On 07/11/2017 i was Confronted by two Bloods Gang members who went inside My Cell and took My Family pictures and Letters that had My Family address and Personal information They told Me, it i do not pay them $40000 each they would kill Me and my family. i was Beaten and toured for over ___ minum on 07/11/2017 they returned to my Cell ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ on 08/11/17 he stabbed Stupes fracturing on the Left anterior ___ ___ ___ through ninth rib.

May 10 2018

| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

MAY 04 2018

NERO-PHILADELPHIA

| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY     CASE NUMBER: 931884R4

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |

Plaintiff 094

UPN LVN

BP-230(13)
JUNE 2002

BRO-1330.13E
ATTACHMENT 1
PAGE 1

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME Ruslan Mirvis          REG. NO. 90101-053     UNIT 84K

Specific Issue Needing Resolution: Would like to know why No dental Treatment was done on 06/29/2017, i was in alot of Pain For That whole month and would Like to know if it was Safe taken 400MG Ibuprofen while i was taken 600MG?

Explain, in detail the issue: On 06/29/2017, I went to dental Clinik, Hole in tooth Tooth #14 Pain Scale 10, i needed Extraction, Erupted tooth #14 and Alveoloplasty/Alveoplasty, I was Given Pcnicillin VK tablet 500 MG and Ibuprofen Tablet 06/29/2017 400 MG three times a day PRN x 7 day (s), Please note on 07/12/2017, i was Sent to USNY For Pc.
(See Attachment ) Back Page 3

INMATE SIGNATURE _____ DATE 5/23/18

### TO BE COMPLETED BY COUNSELOR
Date Received: ___5/24/18___

Action Taken: No response at this level. You may move on to the next level at this time

COUNSELOR SIGNATURE _____ DATE 6/4/18

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received _____

Unit Manager Signature Date _____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____ DATE _____

Plaintiff 095

From The attack That Happen ON 7-12 I was given on 07/12/2017 600mg three times a day Ibuprofen tablet for My Three R/O Fracture Ribs, I was in alot of pain Could Not Sleep OR Eat, on 08/11/2017 15:43 i was taken to See the dentist for Extraction, Erupted teeth, and Alveoloplasty/Alveoplasty States i Refused treatman, Please note i made Multiple Cop-out On telling the dentist i did not Feel Safe going downStairs With other inmates From diffrent Floors, after the attack and Serious Threats were made on My Life. I've also asked Multiple times if i Can be Excorted to See the dentist, For Sxfty Reasons, No answers.

Plaintiff 096

BRO-1330.13E
ATTACHMENT 1
PAGE 1

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME Ruslan Mirvis            REG. NO. 90101-053    UNIT 84k

Specific Issue Needing Resolution: Why was I not taken to The Hospital For My injuries on 07/12/2017, I was in Extram pain.

Explain, in detail the issue: Date of injury: 07/12/2017 Provider Altman Jaime cause of injury "I was jumped" i made a cop-out to Sick-Call on 07/12/2017 i Stated! that My Chest and Rib, Paib, x-ray was done on 08/04/2017 after The attack, STATRAD Report, Fractures: Seventh Through ninth Rib. I would Like to know why i was Taken to wHSU with out Medical treatment, or Send to the Hospital, / See Attachment Back Page

INMATE SIGNATURE _Ruslan_ DATE 5/23/18

### TO BE COMPLETED BY COUNSELOR

Date Received: _5/24/18_

Action Taken: _No response at this level, You may move on to the next level at this time._

_____

_____

_____

_____

COUNSELOR SIGNATURE_____ DATE _6/4/18_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____

_____

UNIT MANAGER
APPROVAL _____ DATE_____

Plaintiff 097

Page (Two)

I couldn't sleep, hard to breath at SHU, I wrote Cop-outs while in the WSHU, all I was given was Ibuprofen tablet 600 mg Three Times a day x 5 day (s)

Plaintiff 098

BRO-1330.13E
ATTACHMENT 1
PAGE 1

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME _Ruslan Mirvis_ ___ REG. NO. _90101-053_ UNIT _84-k_

Specific Issue Needing Resolution: _Requesting copy of the officers inventory for the Times i was placed in the SHU, I wrote to warden and captain about this matter_

Explain, in detail the issue: _on 05/11/17 i went to the store and i got New Balance MX 409 and food, and on 05/25/17 i went to the store again i got plastic bowl with lid photo album, master lock, family pictures, letters, book that were send by my family and very important legal work that 4 Times. That i went to the shu 4 times, numerously time disipared (see Attachment)_ →

INMATE SIGNATURE _[signature]_ ___ DATE _5/23/18_

### TO BE COMPLETED BY COUNSELOR

Date Received: ___ _5/24/18_ ___

Action Taken: ___ _No Response at this level you may move on to the next level._

COUNSELOR SIGNATURE _[signature]_ ___ DATE _6/4/18_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received _____

Unit Manager Signature Date _____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____ DATE_____

Plaintiff 099

I would like to know who is Responsibal For My Legal work, pictures, Books, That was destroyed all of

Two Occasions

1) C.O Shu property officer asked me to give him the List of My missing property, and i did I received an incomplite bag of items and used items, My Legal work was not there Books That Family ordered For me, Letters, pictures, were not There, and Food That was not there. There was Hair Gel, 30 Marks That I dont Eat i was told to trade it, and half used Notepad, and one Can Soda, I was asked to Sign the Form in a room with out him showing me whats in side That Bag I would Like, Copy of IT

2) Last time i was in The Shu My property went missing again Same Thing happen They brought My property. Sign The form, and i did trusting The officer I would Like a copy of what i Sighed, when i opened The bag again Max Fish i dont Eat and stuff That was not Mine, and Legal were went Missing again

I have made attempts, asking The Captain, or worden about This matter and i was told it was not Officers Neglact about Missing property, IF it was not officers Fault Can I please have

1) Copy What i Sighed

2) who is Responsibal For My property That was Destroyed. When The sprinklers only in My Shu Cell went of.

3) I was asked to File a tert Claim.

how Can i File a tert Claim. on My Family pictures, Letters Legal work, and Books
and How Can i File a tert Claim, when i Sighned something That i was Lied about.

I would Like to know if i can give a List Things That were missing, and Be Reinburst,

Pepsi, Snikers bar,(2), (2) reeses Peanut butter cups Mini, (2) Chocolate Cream-e Cookies (2) hershey bars, Stamps, Envalops, Velvecta Cheese, (2) Cox Chips, (3) Combos Cheddar, Pretzel, (2) Chips Ahoy, Jalapeno Wheels, Jalapeno Cheese Squeeze, plastic Bowl with Lid, (2) Penut Butter, (3) tootsie pop drops, (3) Rice, Soups, Coffe, (2) pineapple Drinks, (1) Oatmeal Cookies, (2) Hot Chilly beans, (4) Sumer Sausages,

This is only 20% of Items that are missing i am not including Sneakers, and Legal and Personal Items, I Will Be ok with This, That w...

BRO-1330.13E
**ATTACHMENT 1**
**PAGE 1**

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME _Ruslan Mirvis_    REG. NO. _90101-053_    UNIT _84k_

Specific Issue Needing Resolution: _I would Like to know why i was not Taken out of The unit on 07/11/2017. unit J-72 When i Pressed The Panic button, And why did i not get a Response back. Last time i Filed B.P.S_

Explain, in detail the issue: _on 07/11/2017 i Pressed The Panic botton, in unit J-72 C.O. G. Gonzales askrd Me what happend i had Marks on My neck and told him i was attackrd, and Extortrd. He told me; if i was Safe in My Cell? i told him, i was i was Safe in My Cell But not in My unit, and i was in Pain. He neve get Me out of The unit See Attachment (A)(B) →_

INMATE SIGNATURE _Ruslan_    DATE _5/23/18_

### TO BE COMPLETED BY COUNSELOR

Date Received: _5/24/18_

Action Taken: _No response at this level. You may move on to the next level. at this time._

COUNSELOR SIGNATURE _[signature]_    DATE _6/4/18_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____    DATE_____

(A) Specific issue needing Resolution —

I told C.O G-Gonzales, i was afraid For My Life, he Never took me out, Next morning relieving OFFiceR. took me out after i told relieving officer what happend,

I would like to know why C.O. G.Gonzales Never answered My B-P8 Form, and i would like to know why The Sprinklers Suddenly Went of only in My Shu-CeLL.

C.O Rodrigus was a witness, Destroying My property, Letters Pictures, Book'S, Food,

I would like to know who is resposibal For My property That get destroyed, after Sprinklers Went OF,

BRO-1330.13E
ATTACHMENT 1
PAGE 1

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME _Ruslan Mirvis_      REG. NO. _90101-053_   UNIT _84k_

Specific Issue Needing Resolution: _I would Like to know what does My Criminal Case have anything to do with My attack That happend J-72 on 07/11/2017 and why was I not allowed to speak Numerous occasions.?_

Explain, in detail the issue: _I was moved to almost every Unit in MDC, I have Tried to talk to the S.i.s and ExPlain to Them The whole Situation, But all i get From both Lt. from S.i.S i was not allowrd to speak, when i wantd to ExPlain, and They kept on bringing up My Criminal Case, I would Like to know why?, It was done in front of Couple different officers_
(See Attachment)
Back Page

INMATE SIGNATURE _Slan_      DATE _5/23/18_

### TO BE COMPLETED BY COUNSELOR

Date Received: _5/24/18_

Action Taken: _NO Response at this level Please move to the next level._

COUNSELOR SIGNATURE _____      DATE _6/4/18_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____DATE_____

Plaintiff 103

→ It was very embarrasing, humalating, and degrating.
They dont know whats happening in My criminal case and
why they are Judging me this way? why am i treated this way
when all i wanted is to be heard, about what happend with
out being Judged. by My Federal case, I would like to know
how can they do any investigation with-out hearing the whole story
they brought me down For a Meeting about (PREA) Lt pope
and sia both said: they dont trust me: I would like to know
what makes them Feel this way, and I would like to know
why Lt pope left the meeting, after i was asked why i did
not say anything about (Prea) I said at that meeting i was not allowed
to speak numerous occasions. I would like to know why he left
that meeting after i said that.

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | |
|---|---|
| Inmate Name: MIRVIS, RUSLAN | Reg #: 90101-053 |
| Date of Birth: | Sex: M  Race: WHITE  Facility: BRO |
| Encounter Date: 07/12/2017 14:32 | Provider: Altman, Jaime  Unit: Z04 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1**    **Provider:**   Altman, Jaime RN/IDC/IOP

     **Date of Injury:**   07/12/2017 14:00      **Date Reported for Treatment:**   07/12/2017 14:33

     **Work Related:**   No      **Work Assignment:**   UNASSG

     **Pain Location:**

     **Pain Scale:**   7

     **Pain Qualities:** Aching

     **Where Did Injury Happen (Be specific as to location):**

         J-72

     **Cause of Injury (Inmate's Statement of how injury occurred):**

         "I was jumped."

     **Symptoms (as reported by inmate):**

         "My ribs hurt."

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 07/12/2017 | 14:32 | BRO | 95 | | | Altman, Jaime RN/IDC/IOP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/12/2017 | 14:32 BRO | 130/79 | | | | Altman, Jaime RN/IDC/IOP |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 07/12/2017 | 14:32 BRO | 99 | Room Air | | Altman, Jaime RN/IDC/IOP |

**Exam:**

     General

         **Affect**

             Yes: Cooperative

         **Appearance**

             Yes: Appears Well, Alert and Oriented x 3

             No: Appears Distressed

     Skin

         **General**

             Yes: Skin Intact

     Head

         **General**

             Yes: Symmetry of Motor Function

**ASSESSMENT:**

     Pain - Other

     34 yr old male brought to WSHU for a protective custody assessment. Reports he has been "jumped" daily by other

Plaintiff 105

| Inmate Name: | MIRVIS, RUSLAN | | | Reg #: | 90101-053 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race:   WHITE | Facility: | BRO |
| Encounter Date: | 07/12/2017 14:32 | Provider: | Altman, Jaime | Unit: | Z04 |

inmates on his unit. States he has been choked and kicked in the ribs daily for approximately 1 month. States he was attacked daily because, "They wanted me to call my people to give their people money."

Reports pain during inspiration and expiration to left rib. No respiratory distress. Left rib area is tender to palpation. Two older bruises observed to left upper arm only. Skin intact. No other marks/abrasions or injuries observed. States neck hurts because "they grabbed me by the throat." Denies difficulty swallowing or chewing. ROM intact. No impairments observed.

Informed x-rays will be ordered and Motrin for pain. Informed to contact medical with any questions or concerns. He verbalized understanding and was agreeable with plan of care.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date | Prescriber Order |
|---|---|---|---|---|
| | Ibuprofen Tablet | | 07/12/2017 14:32 | Take one 600mg tablet Orally - three times a day x 5 day(s) -- Take with food. |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ribs-General, General Radiology-Neck-Soft Tissue | One Time | | 07/13/2017 | Routine |

Specific reason(s) for request (Complaints and findings):
    R/O fracture

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/12/2017 | Counseling | Access to Care | Altman, Jaime | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Bialor, Bruce MD

**Telephone or Verbal order read back and verified.**

Completed by Altman, Jaime RN/IDC/IOP on 07/12/2017 14:46
Requested to be cosigned by Bialor, Bruce MD.
Cosign documentation will be displayed on the following page.

Plaintiff 106

*F/M COPY*

BP-A0288
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

## INCIDENT REPORT

**FEDERAL BUREAU OF PRISONS**

| Part I – Incident Report | | | |
|---|---|---|---|
| 1. Institution: MDC BRO | | Incident Report Number: | |
| 2. Inmate's Name: Mirvis, Ruslan | 3. Register Number: 90101-053 | 4. Date of Incident: 04/19/2019 | 5. Time: 0940 |
| 6. Place of Incident: Unit K-84 Officer Station | 7. Assignment: Unassg | | 8. Unit: K-84 |
| 9. Incident: Refusing a direct order | | 10. Prohibited Act Code (s): 307 | |

11. Description of Incident (Date: 4/19/2019      Time: 0940      Staff became aware of incident):

On 4/19/2019 at 0940am while counseling inmate Mirvis, Ruslan, #90101-053 in the unit K-84 officer station/office, inmate Mirvis became argumentative with me and started to raise his voice in an aggressive manner. I ordered inmate Ruslan to leave the office immediately. Inmate Ruslan did not leave the office when ordered, and continued arguing raising his voice further despite my ordering him to leave the office twice. It was not until the third time I ordered inmate Ruslan to leave the office, approxametly one minute later that he finally stepped out of the doorway and left the office.

| 12. Typed Name/Signature of Reporting Employee: LCDR Gerson | | 13. Date And Time: 04/19/2019  10:17am | |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) Ti Hays LT | | 15. Date Incident Report Delivered: 4/19/19 | 16. Time Incident Report Delivered: 8:45 PM |

| Part II – Committee Action | |
|---|---|

17. Comments of Inmate to Committee Regarding Above Incident:




18. A. It is the finding of the committee that you:

☐ Committed the Prohibited Act as charged:
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s). _____

B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing
C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:



20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):



21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): _____    Member (Typed Name): _____    Member (Typed Name): _____

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.



Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF                          Prescribed by P5270                     Replaces BP-A0288 of AUG 11

RECEIPT - ADMINISTRATIVE REMEDY


DATE: MARCH 5, 2018



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 931884-F1
DATE RECEIVED   : FEBRUARY 28, 2018
RESPONSE DUE    : MARCH 18, 2018
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       : MEDICAL CARE - DELAY OR ACCESS TO

Plaintiff 108

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 6, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 936285-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : APRIL 6, 2018
SUBJECT 1       : PRESCRIPTIONS, MEDICATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS         : WHAT IS YOUR REQUEST

Plaintiff 109

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: MARCH 15, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

```
REMEDY ID      : 931884-F1
DATE RECEIVED  : FEBRUARY 26, 2018
RESPONSE DUE   : APRIL 7, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
```

Plaintiff 110

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 14, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO   : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K     QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 943742-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 14, 2018
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 14, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K     QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 943722-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 14, 2018
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

Plaintiff 112

**Mirvis, Ruslan**
Reg. No. 90101-053
ADMINISTRATIVE REMEDY No.: 931884—F1

---

### PART B – RESPONSE

This is in response to your Request for Administrative Remedy
received on February 26, 2018.  You stated you submitted a BP-8
detailing an assault against you from another inmate but did not
get a response.  You are requesting that the F.B.I. be involved
in this matter.

It is the policy of the Federal Bureau of Prisons and the
practice followed by the facility to treat all inmates in a fair
and impartial manner.  Allegations such as yours are taken
seriously.  Multiple investigations were conducted based on your
allegations and appropriate actions taken at the conclusion of
those investigations.  However, we are unable to disclose to you
any findings or results of the review of this matter.

If you are dissatisfied with this response, you may appeal to the
Regional Director, Federal Bureau of Prisons, U.S. Customs House,
2nd and Chestnut Street, Philadelphia, PA. 19106, within 20
calendar days of the date of this response.


H. Quay, Warden                          Date  4-12-18

Plaintiff 113

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 14, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 943739-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 14, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

Plaintiff 114

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MiRViS  Ruslan                    90101-053              MDC
      **LAST NAME, FIRST, MIDDLE INITIAL**      **REG. NO.**        **UNIT**        **INSTITUTION**

**Part A– INMATE REQUEST** ON Wed February 15 2018 I Subitted a BP-8 Form Detailing The Assult [injory to My Ribs] against Me by members By the gang Bloods and Threats against Me and My Family which INCluded Extotortion. Counselor Marray was given; By Me! The BP-8 Form on the above date to which i did not Received a Reply. My Summery i have Submitted to SiS a Conversation with Mr parker of your office a Summary of My Assult was given to Mr parker, Mr parker Response was: There was Two invastigation was done and They Couldnt Find any Evidence, I have Medical Report, rips that Money was said, I've Made Coprosnt's to the Warden, and Captain, rst no one answered, also pictures was taken, and Encounter Report, No treatment as done, I was only Given Ibuprofen, oNly a Month Later X-ray was Taken Gtvad Report Fractures Seventh Trom'n Ninth Ribs
AM Requesting INterventen OF The FBI in This Matter

2/22/18
**DATE**                                                      **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

RECEIVED
BY: CMN

**DATE**                                                      **WARDEN OR REGIONAL DIRECTOR**

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

**ORIGINAL: RETURN TO INMATE**                               **CASE NUMBER:** 931884-F1

**Part C– RECEIPT**                                          **CASE NUMBER:**

Return to: _____
          **LAST NAME, FIRST, MIDDLE INITIAL**     **REG. NO.**     **UNIT**     **INSTITUTION**

SUBJECT: _____

**DATE**                              **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

Plaintiff 115

USP LVN                                                      BP–229(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 7, 2018

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 931884-R3        REGIONAL APPEAL
DATE RECEIVED  : MAY 3, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 2: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 3: YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR    A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 4: SEE REMARKS.

REJECT REASON 5: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOU DID NOT SUBMIT AN ORIGINAL DUPLICATE (ONE OF THE
                 BLUE CARBON COPIES) OF THE BP10. ALL DOCUMENTS MUST
                 BE SUBMITTED TOGETHER AT THE SAME TIME.

Ruslan [...]
90101-053
Brooklyn MDC
P.O. Box 329001
Brooklyn, NY 11232

On April 18, 2018 I Submitted B-P 10 Form
and The Attachedments (In Separate envalope)
also dated April 18, 2018 Both manila envalops
were Sent Simultanaously and Routed
By your office. I recieved your mailing
Rejection notice — admistrativa Remedy
On April 30, 2018. I dont have enough time
To make Copys. Copy dates are only on
Thursday's and This does not allow time
For Copying (10 days of your mailing — april 25, 2018

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

MAY 03 2018

NERO-PHILADELPHIA



Page
One

Reason For Appeal Administrativ
Remedy Case number 931884-FI

(1) The BP-8 Form was given to
Counselor L. Murray i did not
get My Response back

(2) Filed BP-9 For Administrative
Remedy
            Part (B) - Response
received on February 26, 2018
on the original BP-9 was Stamped
on February 23, 2018

(3) Extension of time For response -
Administrative remedy was asked
Response due April, 7, 2018
            Part (B) Response was given 4-12-2018
Detailing on assault against another inmate
i reported to S.i.S and other Staff members There
were more Than one person who Assaulted me
and Extorted me, Multipule coprints were made
and i was interviewed and receipts, trulinks records,
and medical records States There were more Than
one inmate invoived in this matter

*Page Two*

I've asked For F.B.I to be involved in this matter because Serious Threats were made against me and my Family Multiple Reports were made. I did Not get a reply back

I was told Multiple investigations were Conducted

I am not asking to disclose any findings or results of this matter But what i am asking For is For the F.B.I or NYPD to be involved in this

*[several illegible lines]*

Subject 2: Medical Care-delay or Access to

I was Taken to the _____ For protective Custody on 07/21/2017 pictures were taken but no medical Treatment was done where i made Reports That My Chest and Ribs hurt

I was Only given Ibuprofen 600mg about a month Later X-ray was done Stat rad Medical Report Fractures Seventh Through Ninth Rib

I Would Like to know Why i was not taken to the hospital

**Mirvis, Ruslan**
Reg. No. 90101-053
ADMINISTRATIVE REMEDY No.: 931884-F1

### PART B - RESPONSE

This is in response to your Request for Administrative Remedy received on February 26, 2018. You stated you submitted a BP-8 detailing an assault against you from another inmate but did not get a response. You are requesting that the F.B.I. be involved in this matter.

It is the policy of the Federal Bureau of Prisons and the practice followed by the facility to treat all inmates in a fair and impartial manner. Allegations such as yours are taken seriously. Multiple investigations were conducted based on your allegations and appropriate actions taken at the conclusion of those investigations. However, we are unable to disclose to you any findings or results of the review of this matter.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA. 19106, within 20 calendar days of the date of this response.

H. Quay, Warden                         Date 4-12-18

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 25, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 931884-R1      REGIONAL APPEAL
DATE RECEIVED  : APRIL 23, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : THE BP10 SAYS "SEE ATTACHED PAGES ONE AND TWO."
                 HOWEVER, THERE WAS NOTHING ATTACHED TO THIS BP10.

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Mirvis Ruslan_ _90101-053_ _84K_ _MDC_
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A - REASON FOR APPEAL**

See Attached

Pages one and Two

_04/18/2018_
　　　DATE

_[signature]_
　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
　　　DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

REGIONAL DIRECTOR

CASE NUMBER: _931884 R X_ 3

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____
　　　DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 122

UPN LVN

BP-230(13)

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ___Mirvis Ruslan___ ___90101-053___ ___84K___ ___MDC___
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

See Attached
Pages one and Two

___04/18/2018___                                    _signature_
DATE                                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

APR 23 2018

NERO-PHILADELPHIA

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

MAY 03 2018

NERO-PHILADELPHIA

_____                    _____
DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                    CASE NUMBER: __931884 R__ __3__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

Plaintiff 123

_____                    _____
DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                          BP-230(13)
                                                                 JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 943742-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED  : JULY 10, 2018
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS        : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
                 NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                 ORIGINAL REJECTION

Plaintiff 124

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__  __90101-053__  __84k__  __MDC Brooklyn__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A - REASON FOR APPEAL** I Was Confined in the special housing unit (SHU) During the process of appeal and did not have access to all of the necessary Information, and Medical reports, about My injury [x-ray, lab test. and other results] it was one month later that i received the needed information. My BP8 Form was Filed on time but i did not recive a reply, upon Entry to My new unit i Started the Fileing Process a new, their response contained over lapping dates, My Legal Papers were Missing during housing relocation

__7/3/2018__　　　　　　　　　　　　　　　　__Ruslan__
DATE　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 10 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____　　　　　　GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE　　　　　CASE NUMBER: __943742-A1__

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

Plaintiff 125

_____　　　　_____
DATE　　　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 943742-R1      REGIONAL APPEAL
DATE RECEIVED : JUNE 21, 2018
SUBJECT 1     : OTHER MEDICAL MATTERS
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS       : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                THE EVENT YOU ARE COMPLAINING ABOUT IS FROM
                JULY 2017.

Plaintiff 126

6/15/18
(2)

**Regional Administrative Remedy Appeal**

U.S. Department of Justice

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis   Ruslan__     __90101-053__     __84K__     __MDC__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**   Administrative   Remedy  943742-F1

• Made attempts on this Matter befor

• Rejected Reason - Must Receive w/20 days on This
Matter Complained, BP-8 signed and dated by the
Counselor 6/4/18 Respons to BP9 Jun 14, 2018,
How is it untimely ?

__6/15/2018__                                    __Ruslan__
DATE                                         SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                              REGIONAL DIRECTOR
DATE
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                   CASE NUMBER: __943742R__

**Part C - RECEIPT**                         CASE NUMBER: _____

Return to: _____     _____     _____     _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

Plaintiff 127

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(
JUNE 20

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mirvis Ruslan                   90101-053        84K          MDC
     LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**   ADMINistrative Remedy 943742-F1

• Made attempts on this Matter befor

• Rejected Reason: Must Receive w/20 days on This Matter Complained, BP-8 Signed and dated by the Counsler 6/4/18 Respons to BP9 Jun 14, 2018, How is it untimely?

6/15/2018                                    _Ruslan_
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE
JUN 20 2018
NERO-PHILADELPHIA

_____                    _____
DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY          CASE NUMBER: 943742R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
DATE                         SIGNATURE, RECIPIENT OF REGIONAL APPEAL          **Plaintiff 128**

UPN LVN                                                        BP-230(13)
                                                              JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mirvis Ruslan          90101-053      84K        MDC
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** Date Of injury: 07/12/2017, Provider Altmann, Jaime RN/IDC/IOP Cause of injury (Inmates statement of How injury occured) "I was jumped Symptoms (as reported by Inmate) "My Ribs hurt" please note i made a cop-out to Sick call on 07/12/2017 Stated My chest and Ribs Hurt, I was only given Ebuprofen tablet 600mg, X-ray was done on 08/04/17 after The attack Stated Medical report, Fractures" Seventh Through Ninth Rib I would like to know why i was taken to wshu with-out Medical treatment, or send to The hospital, For a whole month i Could not move, Sleep, hard to breath, I was in Extreen pain, I wrote cop-out while in Shu no answer, I Emailed Staff no answer

_____          _____
DATE                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29th STREET
BROOKLYN, NY 11232

_____          _____
DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 943742
_____
                                                  CASE NUMBER: 943742

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          _____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)



USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                                    APRIL 1982

Plaintiff 129

Case 1:19-cr-02573-LDH-VMS    Document 99-12    Filed 01/17/24    Page 43 of 77 PageID #: 1460

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MiRViS RuSlan _____ 90101-053 _____ 84k _____ Metropolitan DC
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** I was Moved to almost every unit in MDC
I have tried to talk to the S.i.S and Explain to Them The whole
Situation, two Lt From S.i.S who Spoke to Me, Lt PoPe Never Let
Me Speak and The Second Lt kept on bring up My Criminal
Case, I would Like to know what My Criminal Case has to do
with J-72 attack It was done InFront oF a Couple of diFFrent C.oS
It was very embarrassing, humalating and degrating, This was
Done 4 diFFrent times They do not know My Case why am I being
treated This way Two Time i asked The Captain to talk to him he said
He will Call Me down Never did, I would also Like to know
why Lt PoPe LeFt the meeting about (prea) all I wanted was to
be heard, Two time Filed B-PS about this did not get an answer
and I would also Like iF My Criminal Case not be used by Lt PoPe

_____                    ~Ruslan~
         DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
         DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 943799

                                                         CASE NUMBER: 943799

**Part C– RECEIPT**
Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____          _____
         DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 130
BP–229(13)
APRIL 1982
USP LVN

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __MirVis  Ruslan__  __90101-053__  __84k__  __Metropolitan, DC__
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

Part A– INMATE REQUEST  I was Moved to almost every unit in MDC

I have tried to talk to the S.i.S and Explain to Them The whole
Situation, Two Lt Frome S.i.S who Spoke to Me, Lt Pope Never Let
Me Speak and The Second Lt, kept on bring up My Criminal
Case, I would Like to know what My Criminal Case has to do
with J-72 attack It was done infront of a Couple of diffrent, C.OS
It was very embarrassing, humalating, and degrating, This was
Done 4 diffrent times, They do not know My Case. why am I being
Treated This way, Two Time i asked The Captain to talk to him he Said
He will call Me down Never did, I would also Like to know
why Lt pope Left the meeting about (prea) all I wanted was to
Be heard, Two time Filed B-Ps about this did not get an answer
and I would also Like, if My Criminal case not be used By Lt pope

_____　　　　　　　_____
DATE　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 1 4 2018

80 29th STREET
BROOKLYN, NY 11232

_____　　　　　　　_____
DATE　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　　CASE NUMBER: ___443799___

Plaintiff 131

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirvis Ruslan          90101-053    84k      MDC
_____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** On 07/11/2017 I pressed the panic botton around
11:30 or 11:45 pm in unit J.72 C.O. B.Gonzales walked to My Cell,
asked Me what happend? I had Mark on My neck and I told
him i was attacked and Extorted, and That the two inmate That
attacked Me took My Family, Pictures, Letters and made very Serous
threats against My Family, iF i did not pay them $4000.00
officer B.Gonzales asked Me iF i was safe in My Cell? I told
him i was safe in My Cell chtill lock out i did not Fell safe
in The unit officer B.Gonzales asked Me to wait 10 min He will get
Me out. he Neve Came back For Me I would Like to know why
B.Gonzales LeFt Me when i was looking For help, and i was serbusly
injured, I was Sent to WCHU, No Medical treatment I would like to know
why when I Filed B-P8 He did not answer, and would also Like to
know why suddenly sprinklers in My Cell went oF Destroying My property?

_____               _____
              DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____               _____
              DATE                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**        CASE NUMBER: 943 DO

                                                           CASE NUMBER: 943122

**Part C– RECEIPT**
Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____               _____
              DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)
                                                                    Plaintiff 132
                                                                    BP-229(13)
USP LVN        PRINTED ON RECYCLED PAPER                             APRIL 1982

U.S. DEPARTMENT OF JUSTICE
**REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mirvis Ruslan**       **90101-053**    **84K**    **MDC**
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A– INMATE REQUEST** On 07/11/2017 pressed The panic botton around
11:30 or 11:45 pm in unit J-72 C.O. C. Gonzales walked to My Cell,
asked Me what happened? I had Mark on My neck and I told
him i was attacked and Extorted, and That the two inmate That
attacked Me took My Family, Pictures, Letters and made very Serous
Threats against My Family, if i did not Pay Them $4,000.00
officer C. Gonzales asked Me if i was Safe in My Cell? I told
him i was Safe in My Cell untill Lock out i did not Fell Safe
in The unit officer G. bonzales asked Me to wait 10 min He will get
Me out, he Neve Came back For Me I would Like to know why
2. Gonzales Left Me when i was Looking For help, and i was Serously
injured, I was Sent to wSHU, No Medical treatment. I would like to know
why when i Filed B-P8 He did not answer, and would also Like to
know why suddenly Sprinklers in My Cell went of Destroying My property?

_____                    _____
DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

[Stamp, rotated 180°:]
BROOKLYN, NY 11232
80 29TH STREET
JUN 14 2018
RECEIVED
WARDEN'S OFFICE
MDC BROOKLYN

_____                    _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 943702
                                              ─────────────────────────
                                              CASE NUMBER: 943702

**Part C– RECEIPT**
Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                    _____
DATE                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER        Plaintiff 133        BP-229(13)
                                                                     APRIL 1982

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MirViS RuSlan**               **90101-053**    **84k**    **MDC**
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT     INSTITUTION

Part A– INMATE REQUEST On 07/11/2017 I pressed The panic botton around
11:30 or 11:45 pm in unit J-72 C.O. G. Gonzales walked to My Cell,
asked Me what happend? I had Mark on My neck and I told
him i was attacked and Extorted, and That the two inmate That
attacked Me took My Family, Pictures, Letters, and made very Serous
Threats against My Family, if i did not Pay Them $4000.00
officers G. Gonzales asked me if i was safe in My Cell? I told
him i was safe in My Cell ontill Lock out i did not Fell safe
in The unit officer G. Gonzales asked Me to wait 10 min He will get
Me out, he Neve came back for me I would Like to know why
G. Gonzales Left Me when i was Looking for help, and i was serusly
injured, I was sent to wSHU, No Medical treatment, I would like to know
why when i Filed B-P8 He did not answer, and would also Liketo
know why suddenly Sprinklers in My Cell went of Destroying My property?

_____        _____
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

[stamp, inverted:]
MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED
JUN 14 2018
80 29TH STREET
BROOKLYN, NY 11232

_____        _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 943722

                                              CASE NUMBER: 943722

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        ♻ PRINTED ON RECYCLED PAPER    _____
DATE                                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                       Plaintiff 134
                                                             BP–229(13)
                                                             APRIL 1982

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirvis  Ruslan          90101-053      84k        MDC
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** On 05/11/17 Receipt #6, i Spend $127.50 on Commisary. New Balance Mx409, and Food, and on 05/25/17 i went To the Store again were i got Masterlock, and Food, i was Moved to the Shu 4 times, ~~a time~~, I would Like Copys of the Officers inventory For The times i was Placed in the Shu. I would also Like to know were is all My Legal work, i am Missing very important Legal work, Tree Seprit times i Signed For My proprnty were i was Lied to. i would Like Copy of what i Signed, But what i am asking The most is For very important papers, i need My Legal work. That i only had one Copy Of and who is Responsebol For My Family Books Letters, Pictures That was Destroyed when sudd'enly Sprinklers wentof in only My Cell The Shu.

_____      _____
DATE                  SIGNATURE OF REQUESTER

**Part B– RESPONSE**

#8

_____                          _____
DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**      CASE NUMBER: 943778

CASE NUMBER: 943778

**Part C– RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. DEPARTMENT OF JUSTICE  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mirvis Ruslan**          **90101-053**      **84K**      **MDC**
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A– INMATE REQUEST On 05/11/17 Receipt #6, i Spend $127.50 on Commisary, New Balance MX409, and Food, and on 05/25/17 i went To the Store again were i got Masterlock, and Food, i was Moved to the Shu 4 times, ~~this~~, I would Like Copys of the Officers inventory For The times i was Placed in the Shu. I would also Like to know were is all My Legal Work, i am Missing very important Legal Work, Two Sefret times i Signed For My property were i was Lied to, i would Like Copy of what i Signed, But what i am asking The most is For very important papers, i need My Legal Work, That i only had one Copy of and who is Responsebel For My Family Book&Letters, Pictures That was Destroyed when Suddenly Sprinklers wentof in only MyCell & The Shu

_____        Ruslan
DATE        SIGNATURE OF REQUESTER

Part B– RESPONSE

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29th STREET
BROOKLYN, NY 11232

_____        _____
DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 943778

                                               CASE NUMBER: 943778

Part C– RECEIPT

Return to: _____   _____   _____   _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____        Plaintiff 136
DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)        BP-229(13)
                                                                      APRIL 1982

Case 1:19-cv-02573-LDH-VMS    Document 99-13    Filed 01/17/24    Page 50 of 77 PageID #: 1467

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mirvis Ruslan**        **90101-053**    **84k**    **MDC**
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT    INSTITUTION

Part A– INMATE REQUEST  On 05/11/17 Receipt #6, i spend $127.50 on Commisary, New Balance MX40%, and Food, and on 05/25/17 i went to the store again were i got Masterlock, and Foal, i was Moved to the Shu 4 times, ~~[redacted]~~, I would Like Copys of the OFFilers inventory For the times i was placed in the Shu. I would also Like to know were is all My Legal Work, i am Missing very important Legal Work, Two Sepret times i Signed For My property were i was Lied to, i would Like Copy of what i Signed, But what i am asking the most is For very important papers, i need My Legal Work, That i only had one Copt OF and who is Responsebel For My Family Books Letters, pictures That was Destrayed when Sudd'enly Sprinklers went of in only My Cell & The Shu

DATE                                    SIGNATURE OF REQUESTER

Part B– RESPONSE

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29th STREET
BROOKLYN, NY 11232

DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER: 943778

                                          CASE NUMBER: 943778

Part C– RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT    INSTITUTION

SUBJECT: _____

DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER

Plaintiff 137

BP–229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirvis Ruslan          90101-053      84K          MDC
  LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT       INSTITUTION

**Part A– INMATE REQUEST** Date OF Injury: 07/12/2017. Provider Htmann, Jaime RN/IDL/ICP Cause of injury Cinmates Statement F How injury occured) "I was Jumped symptoms (as reported by Inmate) " My Ribs hurt" please note i made a cop-out to Sick call n 07/12/2017 Stated My Chest and Ribs Hurt, I was only given buprofen tallet 600mg. X-ray was done on 08/04/17 after The attack Starred Medical Report, Fractures: Seventh Through inth Rib I would Like to know why i was taken to wShu ish-our Medical treatment, or Send to The hospital. For whole month i Could not more Sleep, hard to breath, I was in Scream Pain, I wrote Cop-out while in Shu no answers, Emailed Staff no answer

_____                    _____
           DATE                                  SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____                    _____
           DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**       CASE NUMBER: 945142

                                                          CASE NUMBER: 945142

**Part C– RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT       INSTITUTION

SUBJECT: _____

_____            _____
           DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 138
BP–229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mirvis  Ruslan                 96101-053        84k          MDC
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** Date of injury= 07/12/2017 Provider
Altmann, Jaime RN/IDC/HUP Cause of injury (Inmates Statement
of How injury occured) "I was jumped Symptoms (as reported by
Inmate) "My Ribs hurt" please note I made a cop-out to Sick call
on 07/12/2017 Stated My chest and Ribs Hurt, I was only given
Ibuprofen tablet 600mg X-ray was done on 08/04/17 after The
Attack Stated Medical report, Fractures: Seventh through
Ninth Rib I would Like to know why I was taken to wShu
with-out Medical treatment, or Send to The hospital. For
a whole month I could not move, Sleep, hard to breath I was in
Extream pain, I wrote cop-out while in Shu no answer,
I Emailed StafF no  answer

_____                          _____
DATE                                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____                          _____
DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE                     CASE NUMBER: 943142
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                 CASE NUMBER: 943142

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____         ☺        _____        Plaintiff 139
DATE              PRINTED ON RECYCLED PAPER    RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP–229(13)
USP LVN                                                                              APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 943778-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 10, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS         : IF STAFF PROBVIDE A MEMO STATING THE LATE FILING WAS
                  NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                  ORIGINAL REJECTION.

Plaintiff 140

Case 1:19-cv-02573-LDH-VMS    Document 99-13    Filed 01/17/24    Page 54 of 77 PageID #: 1471

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: MiRViS Ruslan     90101-053     84K     MDC brooklyn

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** I was Confined in the special housing unit (SHU) During the process of appeal and did not have access to all of the necessary Information, and Medical reports about My injury [X-ray, labtest and other results] it was one Month later that i received the needed information, My BP8 Form was Filed on time but i did not recive a reply, upon Entry to My New unit i Started the Fileing process anew, their response Contained overlaping dates, My Legal papers were Missing during housing reloction

7/3/2018
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 19 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 943 778-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN     PRINTED ON RECYCLED PAPER     Plaintiff 141     BP-231(13) JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 943778-R1        REGIONAL APPEAL
DATE RECEIVED   : JUNE 21, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                  YOU ARE COMPLAING ABOUT AN EVENT FROM JULY 2017.

Plaintiff 142

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__   __90101-053__   __84K__   __MDC__
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**  Remedy I 943778-F1 Administrative
Rejected,

Reason For Appeal: Bad Respons,
• Filed BP 8 on this Matter before did not get a respons
• Made attamps on this matter useing E-mail, and in person
  couple of times
• Rejected Reason: Must Receive w/20 days of the event
  complained, BP-8 Signal and dated by the Counselor
  Date 6/4/18, Respons to B9 June 14, 2018, How is it untimely?

__6/15/2018__ _____   _Ruslan_ _____
   DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**



_____              _____
   DATE                                 REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: __943778R1__

**Part C - RECEIPT**

                                          CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____              _____
   DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 143

UPN LVN                                                          BP-230(13)

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__     __90101-053__     __84K__    .    __MDC__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL**   Remedy I 943778-F1 Administrative

Rejected,

Reason For Appeal: Bad Respons,
- Filed BP 8 on this Matter befor did not get a respons
- Made attamps on this matter useing E-mail, and in person
  couple of times
- Rejected Reason: Must Receive w/20 days of the event
  complained, BP-8 Signed and dated by the counselor
  Date 6/4/18, Respons to B9 June 14, 2018, How is it untimely?

__6/15/2018__　　　　　　　　　　　　　　__Ruslan__
　　DATE　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUN 21 2018

NERO-PHILADELPHIA

_____　　　_____
　　DATE　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY　　　　　CASE NUMBER: 943778R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　　_____
　　DATE　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 144

UPN LVN　　　　　　　　　　　　　　　　　　　　　　　　BP-230(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 943722-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : JULY 10, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS        : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
                 NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                 ORIGINAL REJECTION

Plaintiff 145

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

7/3

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mirvis Ruslan          90401-053          84 1c          MPC Brooklyn

MIRVIS          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** I was confined in the special housing unit (SHU) During the process of appeal and did not have access to All of the necessary information, and Medical reports, about My injury [X-ray, Labtest and other results] it was one month Later that i received the needed information My BP8 Form was Filed on time but i did not recive a reply. upon Entry to My new unit i Started the Filing process anew Their response Contained overlapping dates. My Legal papers were Missing during housing relocation.

7/3/2018
DATE

Ruslan
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 10 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 943722-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Plaintiff 146

BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 943722-R1      REGIONAL APPEAL
DATE RECEIVED  : JUNE 21, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                 THE EVENT YOU ARE COMPLAINING ABOUT IS FROM
                 2017.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis   Ruslan__   __90101-053__   __84k__   __MDC__
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**   ADministrative   Remedy   ID: 943722-F1

- Made two attempts on this Matter. Filed two BP8 Forms Did not get a Response,

- Made I Made cop-out on this Matter did not get a answer

- I've asked to talk about this Matter, to the captain, No Answer,

- Rejected Reason: Must Receive w/20 days on this Matter Complained, BP-8 signed and dated by the counselor 6/4/18, Respons to BP9 Jun 14, 2018, How is it untimely?

__6/15/2018__                    __Ruslan__
    DATE                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____   _____
        DATE                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE            CASE NUMBER: __943722R1__

**Part C - RECEIPT**                  CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                _____
        DATE                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 148

BP-230(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__ __90101-053__ __84k__ __MDC__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　INSTITUTION

**Part A - REASON FOR APPEAL**    Administrative Remedy ID: 943722-F1

- Made two attempts on this Matter Filed two BP8 Forms Did not get a Response,
- Made I Made Cop-out on this Matter did not get a answer
- I've asked to talk about this Matter to the Captain, No Answer,

- Rejected Reason: Must Receive w/20 days on this Matter Complained, BP-8 signed and dated by the Counselor 6/4/18, Respons to BP9 Jun 14, 2018, How is it untimely?

__6/15/2018__　　　　　　　　　　　　　　　　__Ruslan__
　　DATE　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUN 20 2018

NERO-PHILADELPHIA

_____
DATE　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY　　　　CASE NUMBER: 943722R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____
DATE　　　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 149

UPN LVN

BP-230(13)
JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 8, 2019

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K    QTR: K07-804L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 969216-R1       REGIONAL APPEAL
DATE RECEIVED   : APRIL 5, 2019
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 -
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 2: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.

Plaintiff 150

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__                      __90101-053__     __84K__        __MDC Brooklyn__
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　　REG. NO.　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL**

Appealing from Decision on 3/20/19 which concluded the results of the PREA was unsubstantiated.

The reason the investigation was unsubstantiated is that a thorough investigation wasn't done and the lieutenants downplayed my account.

During my interview with both lieutenants, they constantly interrupted me while detailing my account. As a result, they prevented me from giving a detail account along with documents to support. They insisted this could continue to happen to me because of my alleged charges. They were more concentrated on my charges then the assault that was administered to me. Second, no one contacted my mother to obtain documents that exhibit proof of payments made to the two (2) culprits. Monies were wired to both include one of their wives. Third, the medical reports indicated I had fractured ribs. This coincides with my allegation that I was assaulted. Finally, I'm not certain if the two (2) culprits were interviewed at all. If they were, why would their accounts be more credible then mine. In addition, if the lieutenants had secured the documents from my mother, how would the explain payment received from her.

If a thorough investigation was done, the documents alone could have been able to substantiate my allegations. The documents, my testimony and the medical report indicate something happened.

__4/2/19__              See attachment              __Ruslan Mirvis__
DATE                                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                    _____
　　　　　DATE　　　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: __969216R1__

**Part C - RECEIPT**

                                                  CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____                    _____
　　　　　DATE　　　　　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 151

UPN LVN          PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Mirvis   Ruslan_ ___ _90101-053_ ___ _84K_ ___ _MDC Brooklyn_
        LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL**

Appealing from decision on 3-12-19 which concluded the results for the PREA was unsubstantiated.

The reason the investigation was unsubstantiated is that a thorough investigation wasn't done and the lieutenent's downplayed my account.

During my interview with both lieutenants they constantly interrupted me while detailing my account. As a result, they prevented me from giving a detail account along with documents to support. They insisted this could continue to happen to me because of my illegal charges. They were more concentrated on my charges than the assault that was administered to me. Second, no one contacted my victim to obtain documents that exhibit proof of payments made to the two(2) culprits. Monies were wired to both include one of their wifes. Third, the medical reports indicated I had fractured ribs. This coincides with my allegation from that I was assaulted. Finally, I'm not certain if the two(2) culprits were interviewed at all. If they were, why would their account's and/or be credible then mine. In addition, if the fraudulent had sent al the documents from my mother, how would she explain payment received from her?

If a thorough investigation was done, the documents alone could have been able to substantiate my allegations. The documents, my testimony and the medical report indicate something happened.

_4/2/19_         See attachment         _Ruslan Mirvis_
DATE                                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

APR 05 2019

NERO-PHILADELPHIA

_____
DATE                                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                      CASE NUMBER: _969216R1_

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

Plaintiff 152

_____
DATE                            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                         BP-230(13)
                                                             JUNE 2002

Appealing from Decision on 3/20/19 which concluded the results of the

PREA Investigation was unsubstantiated

The reason the investigation was unsubstantiated is that a thorough

investigation wasn't done and the lieutenants downplayed my account.

During my interview with both lieutenants, they constantly interrupted

me. As a result, they prevented me from giving a detailed account along

with documents to support. They insisted this would continue to happen

to me because of my alleged charges. They were more concentrated on my

charges then the beating that was administred to me. Second, no one

contacted my mother to obtain proof of payments that were made to

the two (2) culprits. Third, the medical reports indicated I had fractured

ribs. This coincides with my allegation that I was beaten. Finally,

not certain if the two (2) culprits were interviewed at all. If they

were, why would their accounts be more credible then mine. Furthermore,

what is their explanation for receiving monies from my family.

If thorough investigation done, proof exist to substantiate the allegations.

Plaintiff 153

```
RUSLAN MIRVIS, 90101-053
BROOKLYN MDC    UNT: K    QTR: K07-804L
P.O. BOX 329001
BROOKLYN,  NY 11232
```

Plaintiff 154

Remedy Number 969216-F1
Mirvis, Ruslan
Reg. No. 90101-053

This is in response to your Request for Administrative Remedy
dated February 27, 2019.  You requested an investigation into
your allegation that a Lieutenant downplayed your sexual assault
case and you question whether the Lieutenant investigated the
assault matter.

A review into this matter reveals your allegation of being
sexually assaulted was investigated and closed on May 15, 2018.
The results of the PREA investigation were Unsubstantiated.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the
Regional Director, Federal Bureau of Prisons, Northeast Regional
Office, U.S. Customs house, 2nd and Chestnut Street,
Philadelphia, PA. 11906.  Your appeal must be received in the
Regional Office within 20 calendar days from the date of this
response.


H. Quay, Warden _____      3/20/19 _____
                                         Date

Plaintiff 155

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

2/13/19

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Miwis Ruslan        9010l053        84k        MDC Brooklyn
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**

On December 27, 2018, I was rushed to the hospital and had emergency surgery preformed. My gall bladder ~~was~~ was removed. After a few weeks in the hospital, I came back to MDC Brooklyn. Health Services were to monitor my post operation condition. On or about February 13, 2019, I was experiencing numbness on my left side and vomiting blood. I brought my condition to the attention of CO Calixte. He followed it up. Lieutenant Metzger appeared a few minutes later. I explained to her my condition. Her response I quote "I need medical attention for my head". She pointed to her head and mocked me while she laughed. This is the same Lieutenant, when I was physically and sexually assaulted about 2 years ago, who told me to learn fight and never followed up with the investigation. The very next day, I was rushed to the hospital ~~...~~

   I'm seeking an investigation. This Lieutenant downplayed my sexual assault case and now this. I question whether she even investigated the assault matter.

02/05/2019                                    Ruslan
DATE                                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED
KS
FEB 27 2019
80 29th STREET
BROOKLYN, NY 11232

_____        _____
DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER: 969216-F1

                                                         CASE NUMBER: 969216-F1

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        ♺ PRINTED ON RECYCLED PAPER

Plaintiff 156

BP–229(13)
APRIL 1982

BRO-1330.18c
ATTACHMENT I

### ATTEMPT AT INFORMAL RESOLUTION
### (REQUEST FOR ADMINISTRATIVE REMEDY)

The Federal Bureau of Prisons' Program Statement 1330.18, <u>Administrative Remedy Program</u>, dated January 6, 2014, requires inmates attempt to informally present their complaint to a staff member and allow the staff member to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229 (13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229 (13) form.

**TO BE COMPLETED BY INMATE:**

Inmate's Name: Ruslan Mirvis     Reg. No: 90101-053     Unit: K-84

1. Complaint (be specific, if related to UDC appeal, specify relevant section of Inmate Discipline Policy): On or about 2/14/19, I requested from the Lieutenant I needed medical attention. At the time I was experiencing numbness on my left side and vomiting up blood. Instead of acting on my request, she said "I need medical attention for my head." She pointed to her head and mocked me. The very next day, I was rushed to the hospital and diagnosed with a hole in my stomach and a pinched nerve on left side. I was hospitalized for 3 days.

2. What resolution is requested/expected: I would like an investigation. This was the same Lieutenant who decomplained my complaint when I was sexually assaulted. Her actions make me question if an investigation was done at all. The Lieutenant should be reprimended for her lackadaisical behavior.

**TO BE COMPLETED BY STAFF:**

3. Date/Time Complaint Received from Inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____
_____
_____
_____

6. Date Administrative Remedy Provided: _____

7. Informal Resolution **was/was not** accomplished.

_____                    Date
Inmate's Signature/Register Number

_____                    Date
Staff Member's Name and Title

_____                    Date
Unit Manager's Signature

Distribution: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. <u>If the complaint is not informally resolved, attach the original informal resolution form to the BP-9, and return them both to unit staff, who will forward to the Administrative Remedy Clerk.</u>

Plaintiff 157

4/2/19

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: _Ruslan Mirris_     REG. _90101-053_

UNIT: _84k_

SPECIFIC ISSUE NEEDING
RESOLUTION: _I Need to see the dermatolopist ASAP. Numerous appointments have been canceled or rescheduled. A biopsy was recommended almost a year ago. the last time I was denied medical attention at MDC, I was rushed to the hospital for emergency surgery._

EXPLAIN, IN DETAIL, THE ISSUE: _For 2 years I have been suffering with Rash That causes my skin Crack lesions and welts Throughout my body. I have been complaining about this For the past 2 years on 6/4/18 a biopsy was recommended. It Never happend. This symptoms are getting worse. I'm crying out for assistance. At times This puts me in a depressive State. I'm unable to sleep most nights due to Rash i am in extreem pain_

INMATE SIGNATURE: _Ruslan_     DATE: _____

### TO BE COMPLETED BY COUNSELOR

DATE RECEIVED: _4/2/19_

ACTION TAKEN: _As per Medical you have been approved to see the dermatologist. This is an outside appointment. We cannot divulge the date and time due to safety and security concerns._

COUNSELOR SIGNATURE: _____     DATE: _4/3/19_

### TO BE COMPLETED BY UNIT MANAGER

INFORMAL RESOLUTION RECEIVED _____

UNIT MANAGER SIGNATURE _____     DATE: _____     _worsened_

EXTENSION GRANTED _____     DATE DUE _____

REASON FOR EXTENSION _____
_____     _allegeric_

UNIT MANAGER APPROVAL _____     DATE _____

Plaintiff 158

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Harris Ruslan          90101-053          84K          MDC

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** Date of injury: 07/17/2017 provider Altman, Jaime RN/MLP/HSP Cause of injury Commets Statement of How injury occured "I was Jumped Symptoms (as reported by Inmate) My Ribs hurt" Press note I made a cop-out to Sick call on 07/12/2017 Stated my chest and Ribs Hurt, I was only given Ibuprofen Tylenol ecome X-ray was done on 08/04/17 after the attack Stated Medical report, Fractures: Seventh though Ninth Rib I would Like to know why i was taken to wSho with-out Medical treatment or Send to the hospital for a whole month i could not move Sleep hard to breath I was in Extrem pain I wrote Cop-out while in Sho no answer, I Emailed Staff no answer

_____          _____
DATE          SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____          _____
DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**          CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
          CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER

Plaintiff 159
BP-229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 20, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 943739-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 25, 2018
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

Rm
7/3

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mirris Ruslan    90101053    SHK    MDC Brooklyn
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL   I was Confined in the special housing unit (SHU) During the process of appeal and did not have access to all of the necessary information and Medical reports, about My injury [x-ray. Lab test and other results] it was one Month Later that i received the needed information, My BP-8 Form was Filed on time but i did not recive a reply upon Entry to My new unit i Started the Filing process a new, Their response Contained overlaping dates, My Legal papers were Missing during housing relocation

7/3/2018
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 25 2018

Administrative Remedy Section
Federal Bureau of Prisons

---

DATE                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 943739 A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

Plaintiff 161

DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943739-R1      REGIONAL APPEAL
DATE RECEIVED  : JUNE 21, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                 YOUR COMPLAINT IS FOR AN EVENT FROM JULY 2017.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mirvis   Ruslan                90101-053      8-41c        MDC
     LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**  Remedy ID: 943739-F1  was Rejected
Bad answer;
1) Reject Reason 1 was untimely. Must Receive w/20 days
on This Matter Complained, BP-8 Signed and dated by the
Counselor 6/4/18 Respons to BP9 Jun 14, 2018, How is it untimely?
2) Rejected Reason (two) Must provide more specific information
on The B-P9 i asked why did Lt pope From SiS Never Let Me
Speak when i was Moved 4 times, and i also asked what does
My Criminal Case has to do with, the attack on the 7th Floor
attack J-72, I've made attempts', Filed BP-8 on This Matter two
times no answer, i tried to talk to the Captain couple of time's was
promised Couple of times to be Called down, Never happend

6/15/2018                                        _Ruslan_
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: 943739R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

Plaintiff 163

DATE                                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                        BP-230(13)

U.S. Department of Justice
Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__ _____ __90101-053__ __8-41C__ . __MDC__
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A – REASON FOR APPEAL**   Remedy ID : 943739-F1   was  Rejected

Bad answer:
1) Reject Reason 1 was untimely. Must Receive w/20 days on This Matter Complained. BP-8 Signed and dated by the Counselor 6/4/18 Respons to BP9 Jun 14, 2018 How is it untimely?

2) Rejected Reason(two) Must provide more specific information on the B-P9 i asked why did Lt pope from S.i.S Never Let Me speak when i was Moved 4 times, and i also asked what does My Criminal Case has to do with the attack on the 7th Floor attack J-72. I've made attempts to speak to people on the Matter two times No answer, i tried to talk to the captain and staff. many times promised People at times to be Called down never happened.

_6/15/2018_ _____          _Ruslan_ _____
         DATE                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUN 2 0 2018

NERO-PHILADELPHIA

_____          _____
         DATE                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                              CASE NUMBER: _943739R1_

**Part C - RECEIPT**

                                             CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____          _____
         DATE                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 164

UPN LVN                                                  BP-230(13)