

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2024

**By E-mail (on consent)**

Uri Nazryan, Esq.
Held & Hines LLP
2004 Ralph Avenue
Brooklyn, New York 11234
unazryan@heldhines.com

Re: *Mirvis v. Pope, et al.* No. 19-cv-2573 (LDH) (VMS)

Dear Counsel:

This Office represents Defendants Thomas Pope, Pierre Calixte, and Veronica Metzger ("Defendants") in the above-referenced action. Please find enclosed copies of the following papers comprising Defendants' Motion for Summary Judgment:

1. Defendants' Notice of Motion;
2. Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment;
3. Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1; and
4. Declaration of Kimberly A. Francis and the exhibits referenced therein.

Pursuant to the applicable briefing schedule, Plaintiff's opposition shall be served upon Defendants on or before April 3, 2024.

Very truly yours,

BREON PEACE
United States Attorney

By: */s/ Kimberly A. Francis*
Kimberly A. Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov

cc: The Honorable LaShann DeArcy Hall (via ECF)
United States District Judge

The Honorable Vera M. Scanlon (via ECF)
United States Magistrate Judge