UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RUSLAN MIRVIS,

                                    Plaintiff,         Civil Action No.
                                                                    19-CV-2573

            - against -                                     (DeArcy Hall, J.)
                                                                        (Scanlon, M.J.)
THOMAS POPE, *et al.*,

                                    Defendants.
------------------------------------------------------------------------X

## NOTICE OF MOTION

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts, Declaration of Kimberly A. Francis in Support of Defendant's Motion for Summary Judgment and the exhibits annexed thereto, and all the pleadings and proceedings herein, Defendants Lieutenant Thomas Pope, Lieutenant Veronica Metzger, and Senior Officer Specialist Pierre Calixte ("Defendants"), move this Court, before the Honorable LaShann DeArcy Hall, United States District Judge, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for summary judgment dismissing this action in its entirety, with prejudice, pursuant to Fed R. Civ. P. 56, and for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE, that answering papers, if any, must be served on the undersigned on or before April 3, 2024.

Dated: Brooklyn, New York  
      March 4, 2024

Respectfully submitted,

BREON PEACE  
United States Attorney

By:   /s/ *Kimberly A. Francis*  
Kimberly Francis  
Assistant U.S. Attorney  
*Attorney for Defendants*  
718-254-6147  
kimberly.francis@usdoj.gov

cc:    Uri Nazryan, Esq. (By email, on consent)  
       Held & Hines LLP  
       *Counsel for Plaintiff*