RUSLAN MIRVIS, 90101-053
BROOKLYN MDC     UNT: K      QTR: K07-804L
P.O. BOX 329001
BROOKLYN,  NY 11232

Plaintiff 088

Remedy Number 974779-F1
MIRVIS, Ruslan
Reg. No. 90101-053

This is in response to your Request for Administrative Remedy dated April 10, 2019. You state that you have dermatology issues that have caused you to experience inflamed skin, headaches and bloodshot eyes. You requested medical attention, specifically from an outside dermatologist, as your remedy.

A review into this matter reveals you were evaluated by the Nurse Practitioner on April 5, 2019, and doctor on April 23, 2019. During your most recent clinical encounter, you reported an improvement in your skin condition since initiating Methotrexate Sodium and a variety of prescription creams, and prefer not to return to the outside Dermatologist. You were also prescribed a Coal-tar shampoo to address your medical condition of scalp psoriasis.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs house, 2nd and Chestnut Street, Philadelphia, PA. 11906. Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.


_____                    _____
H. Quay, Warden                               Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons



4|4|19 NY

4|16|19

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: Mirvis Ruslan | 90101-053 | 8th k | MDC Brooklyn |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

On or about April 4/5 I was called to Health Service to see the nurse regarding my skin condition. The nurse prescribed me lotion and tablets. Since taking the medication, my condition has worsened. It seems to have given me allergic reaction. I have waited for a dermatologist appoint for over two years. Finally we I receive the appoint, I see a nurse and not a dermatologist. As a result, my condition has caused me to experience inflamed skin, headaches and bloodshot eyes. I'm make another request to see a dermatologist who can deal with my condition. This stop gap method has made matters worse to the point I can't shower at all. The pain is to severe.

__10/2019__
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED
KS
APR 18 2019

80 29th STREET
BROOKLYN, NY 11232

_____          _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 974719-F1

                                        CASE NUMBER: 974719-F1

Plaintiff 090

**Part C– RECEIPT**
Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

# INMATE REQUEST FOR INFORMAL RESOLUTION



4/2/19

**NAME:** Ruslan Mirvis        **REG.** 90101-053

**UNIT:** 84K

**SPECIFIC ISSUE NEEDING RESOLUTION:** I Need to see the dermatologist ASAP. Numerous appointments have been canceled or rescheduled. A biopsy was recommended almost a year ago. The last time I was denied medical attention at MDC, I was rushed to the hospital for emergency surgery.

**EXPLAIN, IN DETAIL, THE ISSUE:** I have been
For 2 years suffering with Rash that causes my skin crack lesions and welts throughout my body. I have been complaining about this for the past 2 years on or 6/4/18 a biopsy was recommended. It Never happend The symptoms are getting worse. I'm crying out for assistance At times This puts me in a depressive state. I'm unable to sleep most nights due to Rash i a in Extreme pain

**INMATE SIGNATURE:** /Ruslan        **DATE:** _____

## TO BE COMPLETED BY COUNSELOR

**DATE RECEIVED:** 4/2/19

**ACTION TAKEN:** As per Medical you been approved to see the dermatologist this year outside appointment. We cannot divulge the date and time due to safety and security concerns.

**COUNSELOR SIGNATURE:** _____        **DATE:** 4/3/19

## TO BE COMPLETED BY UNIT MANAGER

**INFORMAL RESOLUTION RECEIVED** _____

**UNIT MANAGER SIGNATURE** _____        **DATE:** _____

**EXTENSION GRANTED** _____        **DATE DUE** _____

**REASON FOR EXTENSION** _____

_____

**UNIT MANAGER APPROVAL** _____        **DATE** _____

Plaintiff 091

FROM: 90101053
TO:
SUBJECT: ATTACMENT
DATE: 04/18/2018 12:29:08 PM

REASON FOR APPEAL ADMINISTRATIVE REMEDY CASE NUMBER:931884-F1

1) The BP-8 form was given to Counselor L.murray I did not get my response back

2) Filed B-P 9 for administrative remedy part (B)-response
received on February 26,2018
   On the original B-P 9 was stamped on February 23,2018

3) Extension of time for response-Aministrative remedy was asked
                  Response due April 7,2018
                  Part (B) Response was given 4-12-2018

4) Detailing on assault against another inmate I reported to s.i.s and other staff members there were more than one person who
assaulted me and extorted me. Mulipule cop-outs were made and I was interviewed and receipts, trulinks records, and medical
reports states there were more than one inmate involved in this matter.

5) I've asked for f.b.i to be involved in this matter because serious threats were made against me and my family
   multiple cop-outs were made. I did not get a reply back.
   I was told muliple investigations were conducted.
   I am not asking to disclose any findings or results of this matter but what i am asking for is for the b.b.i to be involved in this
matter for my family safety and mine serous threats were made
                  Administraive Remedy
subject 2: medical care-Delay or access to
I was taken to the WSHU for protective custody on 07/12/2017
Picture's were taken but no medical treatment was done where i made cop-outs that my chest and ribs hurt.
I was only given Ibuprofen 600 mg; about a month later x-ray was done STATRAD medical Report Fractures seventh through
ninth rib

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mirris Ruslan _____ 90101-053 _____ _____ _____
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** Failure to reply B.P 9. Deadline was April 7, 2018
On 07/11/2017 i was Confronted by two Bloods Gang members who went
inside My Cell and took My Family pictures and Letters that had My Family
address's and personal information. They told Me; if i do not pay them $4000.00
Each They would kill Me and my Family. i was Beaten and Extorted For over
one month on 07/11/2017 They returned to My Cell with (Jail knives) it was around
3:30 pm Just before Lock down, i pressed the panic button and told the officer what happened
i have Marks on My neck, and he told me; if i was Safe in My Cell i told him i was Safe
in My Cell on till Lock out. i was not Safe in the unit and afraid For My Families Life The
officer told Me to wait 10 minutes and he would get me out of the unit He never came
Back For me, at Lock out The Bloods Entered My Cell covered The Cell window with towel and Beat
Me, and other Stuff happened as well, I told the relieving officer to get me out of the unit
D.I.S took pictures of my body no medical treatment was done only month Later x-ray was
Taken x-ray was taken on 08/04/17 the Stat Read Statues Fractures of the Left anterior
seventh through ninth ribs.

~~May 8~~ May 1, 2018 _____        _____
          DATE                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____           _____
          DATE                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 931884R4

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____          _____
          DATE                     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

PRINTED ON RECYCLED PAPER

Plaintiff 093

UPN LVN                                                         BP-230(13)
                                                        JUNE 2002

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Mirvis, Ruslan      90161-053
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** Failure to reply BP 9. Deadline was April 7, 2018

On 07/11/2017 i was Confronted by two Bloods Gang members who went inside My Cell and took My Family pictures and Letters that had My Family address's and personal information They told Me, if i do not pay them $4000.00 each they would kill Me and my family. i was Beaten and treated for over 45 mnore on 07/11/2017 they returned to My cell and took over it was unreal [illegible handwritten text continues for several lines] ... i told them i was sure My cell on the Lock out ... not safe in the unit and afraid for My family ... [illegible] told Me to [illegible] 15 minutes and it would get Me out of the Unit the power [illegible] ... for me in the Cell ... read My cell covered the cell window with towel and Beat [illegible] and was Shut up and [illegible] [illegible] were out ... was done only month Later x-ray was taken ... was done on 08/01/17 the statbad stated fractures on the first anterior seventh through ninth ribs.

May 1 2018
_____        _____
DATE                       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

MAY 04 2018

NERO-PHILADELPHIA

_____        _____
DATE                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY        CASE NUMBER: 931884R24

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____        _____
DATE            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 094

UPN LVN                                     BP-230(13)
                                              JUNE 2002

5/23/18 MK

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME Ruslan Mirvis          REG. NO. 90101-053          UNIT 84K

Specific Issue Needing Resolution: Would like to know why No dental Treatment was done on 06/29/2017, i was in glot of Pain For That whole month and would like to know if it was Safe taken 400MG Ibuprofen while i was taken 600MG?

Explain, in detail the issue: On 06/29/2017, I went to dental Clinic, Hole in tooth Tooth #14 Pain Scale 10, i needed Extraction, Erupted tooth #14 and Alveoloplasty/Alveoplasty, I was Given Penicillin VK tablet 500 MG and Ibuprofen Tablet 06/29/2017, 400MG three times a day PRN x 7 day(s), Please note on 07/12/2017, i was Sent to USHU For PC.
(See Attacment) Beck Page 3

INMATE SIGNATURE _____          DATE 5/23/18

### TO BE COMPLETED BY COUNSELOR

Date Received: _____5/24/18_____

Action Taken: ___No response at this level, You may move on to the next level at this time___

COUNSELOR SIGNATURE _____          DATE 6/4/18

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____          DATE_____

From The attack That happen on J-72 i was given on 07/12/2017 600mg three times a day Ibuprofen tablet for My Three R/O Fracture Ribs, I was in alot of pain could Not sleep or Eat, on 08/11/2017 15:43 i was taken to See The dentist for Extraction, Erupted teeth, and Alveoloplasty/Alveoplasty States i Refused treatmen, Please note i made Multiple Cop-out on telling the dentist i did not Feel Safe going downStairs With other inmates From diffrent Floors, after the attack and Serous Threats were made on My Life. I've also asked Multiple times if i Can be Excorted to See the dentist, For Sxfty Reasons, No answers,

Plaintiff 096

5/23/18 NM

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME Ruslan Mirvis          REG. NO. 90101-053      UNIT 84k

Specific Issue Needing Resolution: Why was I not taken to The Hospital For My injuries on 07/12/2017. I was in Extrem pain.

Explain, in detail the issue: Date of injury: 07/12/2017 Provider Altman Jaime Cause of injury "I was jumped" i made a cop-out to Sick-Call on 07/12/2017 i Stated, that My Chest and Rib Pain, x-ray was done on 08/04/2017 after The attack, STATRAD Report, Fractures: Seventh Through ninth Rib. I would Like to know why i was Taken to WHSU With-out Medical treatment, or Send to the Hospital, / See Attachment Back Page

INMATE SIGNATURE _____      DATE 5/23/18

### TO BE COMPLETED BY COUNSELOR

Date Received: 5/24/18

Action Taken: No response at this level, You may move on to the next level at this time.

_____

_____

_____

_____

COUNSELOR SIGNATURE _____      DATE 6/4/18

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received _____

Unit Manager Signature Date _____

Extension Granted Date Due _____

Reason for Extension _____

_____

UNIT MANAGER
APPROVAL _____      DATE _____

Page (Two)

I couldn't sleep, hard to breath or Sit, I wrote Cop-outs
While in the WSHU, all I was given was Ibuprofen tablet 600 mg
Three Times a day x 5 day (s)

Plaintiff 098

5/23/18 MM

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME _Ruslan Mirvis_ REG. NO. _90101-053_ UNIT _84-k_

Specific Issue Needing Resolution: _Requesting Copy of the officers inventory For the Times i was placed in the SHU, I wrote to warden, and Captain about This Matter_

Explain, in detail the issue: _on 05/11/17 i went to the Store and i got New Balance MX 409 and Food, and on 05/25/17 i went to The Store again i got Plastic Bowl with lid Photo Album, Master Lock, Family Pictures Letters, Book That were send by My Family and Very important Legal work That 4 Times That i went to The Shu 4 times numerously time disipared (See Attachment) _→

INMATE SIGNATURE _[signature]_ DATE _5/23/18_

### TO BE COMPLETED BY COUNSELOR

Date Received: _5/24/18_

Action Taken: _NO Response at this level you may move on to the next level._

COUNSELOR SIGNATURE _[signature]_ DATE _6/4/18_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____ DATE_____

I would like to know who is Responsibal For My Legal work, Pictures, Books, That was destroyed all of My Property,

Two OCcasions

1) C.o Shu property offIcer asked me to give him the List of My missing property, and i did I received an incomplete bag of items and used items, My Legal work was not there Books that Family ordered For me, Letters, pictures, were not There, and Food That was not there. There was Hair Gel, 30 MaRks That I dont Eat i was told to trade it, and half used notepad, and one Can Soda, I was asked to Sign the Form in a room with out him showing me whats in side That Bag I would LIke, Copy of IT

2) Last time i was in The Shu My property went missing again Same Thing happen they brought My property. Sign The form, and i did thisting The offKer I would LIke a copy of what i SIghed, when i opend The bag again Max Fish i dont Eat and stuff That was not Mine, and Legal were went Missing again

I have made attempts, asking The Captain, or worden about This matter and i was told it was not offIcers Neglect about Missing property, IF it was not offIcers Fault Can I please have

1) Copy what i Sighed

2) who is Responsibal For My property That was Destroyed. When The sprinklers only in My Shu Cell went of.

3) I was asked to File a tort Claim.
how Can i File a tort Claim. on My Family pictures, Letters Legal work, and Books
and How Can i File a tort Claim, when i SIghed Something That i was LIed about.

I would like to know iF i Can give a List Things That were missing, and Be Reinburst,

Pepsi, Snikersbar,(2), (2) reeses Peanut butter Cups Mini, (2) Chocolate Cream e Cookies (2) hershey bars, Stamps, Envalops, Velveeta Cheese,(2) Cox Chips, (3) Combos Cheddar, Pretzel, (2) Chips Ahoy, Jalapeno wheels, Jalapeno Cheese Squeeze, plastic Bowl with LID, (2) Penut Butter, (3) tootsie Pop drops, (3) Rice, Soups, Coffe, (2) pineapple Drinks, (1) Oatmeal Cories, (2) Hot Chilly beans, (4) Summer Sausages,

This is only 20% of Items that are missing i am not including sneakers, and Legal and Personal items, I will Be ok with This, that wo

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME _Ruslan Mirvis_ REG. NO. _90101-053_ UNIT _84k_

Specific Issue Needing Resolution: _I would Like to know why i was not_
_Taken out of The unit on 07/11/2017, unit J-72 when i Pressed_
_The Panic botton, And why did inot get a Response back. Last time i Filed B.P.S_
Explain, in detail the issue: _on 07/11/2017 i Pressed The Panic botton, in_
_unit J-72 C.O. G. Gonzales askrd Me what happend i had Marks on_
_My neck and told him i was attackrd, and Extortrd. He told me; if_
_i was Safe in My Cell? i told him i was i was Safe in My Cell_
_But not in My unit, and i was in pain. He hrve get Me out of The unit_
_See Attachment (A) (B) →_

INMATE SIGNATURE _Ruslan_ DATE _5/23/18_

### TO BE COMPLETED BY COUNSELOR

Date Received: _5/24/18_

Action Taken: _No response at this level. You may_
_move on to the next level at this time._

COUNSELOR SIGNATURE _____ DATE _6/4/18_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____

UNIT MANAGER
APPROVAL _____ DATE_____

(A) Specific issue needing Resolution —

I told C.O G-Gonzales, i was afraid For My Life, he Never took me out, Next morning relieving OFFicER, took me out after i told relieving officer what happend,

I would like to know why C.O. G.Gonzales Never answered My B-P8 Form, and i would like to know why The Sprinklers Suddenly went of only in My Shu Cell.

C.O Rodrigus was a witness, Destroying My property, Letters, Pictures, Book's, Food,

I would like to know who is respost.bel For My property That get destroyed, after sprinklers went of,

5/23/18 MW

BRO-1330.13E
ATTACHMENT 1
PAGE 1

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME Ruslan Mirvis          REG. NO. 90101-053     UNIT 84k

Specific Issue Needing Resolution: I would Like to know what does My Criminal
Case have anything to do with My attack that happend J-72 on 07/11/2017
and why was I not allowed to speak numerous occasions.?

Explain, in detail the issue: I was moved to almost every unit in MDC, I have
Tried to talk to the Si.S and Explain to Them The whole Situation, But
all i get From both Lt. From Si.S i was not allowed to speak, when i
wanted to Explain, and They kept on bringing up My Criminal Case, I
would Like to know why?, It was done in Front of Couple diffrend officers
(see Attachment)
back page

INMATE SIGNATURE Ruslan          DATE 5/23/18

### TO BE COMPLETED BY COUNSELOR
Date Received:     5/24/18

Action Taken:     NO Response at this level Please move
to the next level.

COUNSELOR SIGNATURE          DATE  6/4/18

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received_____

Unit Manager Signature Date_____

Extension Granted Date Due _____

Reason for Extension _____
_____

UNIT MANAGER
APPROVAL _____DATE_____

Plaintiff 103

Page (Three)

→ It was very embarrasing, humalating, and degrating.
They dont know whats happening in My criminal case and
why they are Judging Me this way? why am i treated this way
when all i wanted is to be heard, about what happend with
out Being Judged. by My Federal case, I would like to know
how can they do any invastigation with out hearing the whole story
they brought Me down for a Meeting about (PREA) Lt pope
and sia Both said. they dont trust Me. I would like to know
What Makes them Feel this way, and I would Like to know
Why Lt pope left the meeting, after i was asked why i did
not say anything about (Prea) I said at that meeting i was not allowed
To speak numerous occasions, I would like to know why he left
That meeting after i said that,



# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MIRVIS, RUSLAN | | Reg #: 90101-053 |
| Date of Birth: | Sex: M Race: WHITE | Facility: BRO |
| Encounter Date: 07/12/2017 14:32 | Provider: Altman, Jaime | Unit: Z04 |

Injury Assessment - Non-work related encounter performed at Health Services.

## SUBJECTIVE:

**INJURY 1**    **Provider:**    Altman, Jaime RN/IDC/IOP

**Date of Injury:**    07/12/2017 14:00    **Date Reported for Treatment:**    07/12/2017 14:33

**Work Related:**    No    **Work Assignment:**    UNASSG

**Pain Location:**

**Pain Scale:**    7

**Pain Qualities:**  Aching

**Where Did Injury Happen (Be specific as to location):**

J-72

**Cause of Injury (Inmate's Statement of how injury occurred):**

"I was jumped."

**Symptoms (as reported by inmate):**

"My ribs hurt."

## OBJECTIVE:
Pulse:

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 07/12/2017 | 14:32 BRO | | 95 | | | | Altman, Jaime RN/IDC/IOP |

Blood Pressure:

| Date | Time | Value | Location | Position | | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 07/12/2017 | 14:32 BRO | 130/79 | | | | | Altman, Jaime RN/IDC/IOP |

SaO2:

| Date | Time | Value(%) | Air | | Provider | |
|---|---|---|---|---|---|---|
| 07/12/2017 | 14:32 BRO | 99 | Room Air | | Altman, Jaime RN/IDC/IOP | |

Exam:

General

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

Skin

**General**

Yes: Skin Intact

Head

**General**

Yes: Symmetry of Motor Function

## ASSESSMENT:

Pain - Other

34 yr old male brought to WSHU for a protective custody assessment. Reports he has been "jumped" daily by other

Plaintiff 105

| Inmate Name: MIRVIS, RUSLAN | | | Reg #: 90101-053 |
|---|---|---|---|
| Date of Birth: | Sex: M Race: WHITE | | Facility: BRO |
| Encounter Date: 07/12/2017 14:32 | Provider: Altman, Jaime | | Unit: Z04 |

inmates on his unit. States he has been choked and kicked in the ribs daily for approximately 1 month. States he was attacked daily because, "They wanted me to call my people to give their people money."

Reports pain during inspiration and expiration to left rib. No respiratory distress. Left rib area is tender to palpation. Two older bruises observed to left upper arm only. Skin intact. No other marks/abrasions or injuries observed. States neck hurts because "they grabbed me by the throat." Denies difficulty swallowing or chewing. ROM intact. No impairments observed.

Informed x-rays will be ordered and Motrin for pain. Informed to contact medical with any questions or concerns. He verbalized understanding and was agreeable with plan of care.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 07/12/2017 14:32 | Take one 600mg tablet Orally - three times a day x 5 day(s) -- Take with food. |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Ribs-General, General One Time Radiology-Neck-Soft Tissue | | | 07/13/2017 | Routine |

      **Specific reason(s) for request (Complaints and findings):**

        R/O fracture

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/12/2017 | Counseling | Access to Care | Altman, Jaime | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Bialor, Bruce MD

**Telephone or Verbal order read back and verified.**

Completed by Altman, Jaime RN/IDC/IOP on 07/12/2017 14:46
Requested to be cosigned by Bialor, Bruce MD.
Cosign documentation will be displayed on the following page.

Plaintiff 106

BP-A0288
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

**INCIDENT REPORT**

**FEDERAL BUREAU OF PRISONS**

| Part I – Incident Report | | | | |
|---|---|---|---|---|
| 1. Institution: MDC BRO | | Incident Report Number: | | |
| 2. Inmate's Name:<br>Mirvis, Ruslan | 3. Register Number:<br>90101-053 | 4. Date of Incident:<br>04/19/2019 | | 5. Time:<br>0940 |
| 6. Place of Incident:<br>Unit K-84 Officer Station | 7. Assignment:<br>Unassg | | 8. Unit:<br>K-84 | |
| 9. Incident: Refusing a direct order | | 10. Prohibited Act Code (s): 307 | | |

11. Description of Incident (Date: 4/19/2019     Time: 0940     Staff became aware of incident):

On 4/19/2019 at 0940am while counseling inmate Mirvis, Ruslan, #90101-053 in the unit K-84 officer station/office, inmate Mirvis became argumentative with me and started to raise his voice in an aggressive manner. I ordered inmate Ruslan to leave the office immediately. Inmate Ruslan did not leave the office when ordered, and continued arguing raising his voice further despite my ordering him to leave the office twice. It was not until the third time I ordered inmate Ruslan to leave the office, approxametly one minute later that he finally stepped out of the doorway and left the office.

| 12. Typed Name/Signature of Reporting Employee:<br>LCDR Gerson | 13. Date And Time:<br>04/19/2019  10:17am | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)  J. Hus LT | 15. Date Incident Report Delivered:<br>4/19/19 | 16. Time Incident Report Delivered:<br>8:45 PM |

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:




18. A.  It is the finding of the committee that you:

☐ Committed the Prohibited Act as charged:
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s). _____

B. ☐  The Committee is referring the Charge(s) to the DHO for further Hearing
C. ☐  The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision Is Based on Specific Evidence as Follows:



20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):



21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): _____     Member (Typed Name): _____     Member (Typed Name): _____

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.


Distribute:  Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF                          Prescribed by P5270                 Replaces BP-A0288 of AUG 11

RECEIPT - ADMINISTRATIVE REMEDY


DATE: MARCH 5, 2018



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 931884-F1
DATE RECEIVED   : FEBRUARY 28, 2018
RESPONSE DUE    : MARCH 18, 2018
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       : MEDICAL CARE - DELAY OR ACCESS TO

Plaintiff 108

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 6, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 936285-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : APRIL 6, 2018
SUBJECT 1      : PRESCRIPTIONS, MEDICATION
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS        : WHAT IS YOUR REQUEST

Plaintiff 109

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: MARCH 15, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K     QTR: K07-812L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 931884-F1
DATE RECEIVED  : FEBRUARY 26. 2018
RESPONSE DUE   : APRIL 7, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO

Plaintiff 110

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 14, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC      UNT: K      QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 943742-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 14, 2018
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

Plaintiff 111

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: JUNE 14, 2018


                              KS

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943722-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 14, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.
```

Plaintiff 112

**Mirvis, Ruslan**
Reg. No. 90101-053
ADMINISTRATIVE REMEDY No.: 931884-F1

---

### PART B – RESPONSE

This is in response to your Request for Administrative Remedy received on February 26, 2018. You stated you submitted a BP-8 detailing an assault against you from another inmate but did not get a response. You are requesting that the F.B.I. be involved in this matter.

It is the policy of the Federal Bureau of Prisons and the practice followed by the facility to treat all inmates in a fair and impartial manner. Allegations such as yours are taken seriously. Multiple investigations were conducted based on your allegations and appropriate actions taken at the conclusion of those investigations. However, we are unable to disclose to you any findings or results of the review of this matter.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA. 19106, within 20 calendar days of the date of this response.


_____                    _4-12-18_____
H. Quay, Warden                             Date

```
                  REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: JUNE 14, 2018



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943739-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 14, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.   INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.
```

Plaintiff 114

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MiRViS Ruslan          90101-053          MDC
    **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A- INMATE REQUEST** On Wed February 15 2018 I Subitted a BP-8 Form Detailing The Assult [injory to My Ribs] against Me by members By The gang Bloods and Threats against Me and My Family which INcluded Extotortion. Counselor Marray was given; By Me! The BP-8 Form on the above date to which i did not Received a Reply. My Summery i have Submitted to SiS a Conversation with Mr parker of your office a Summary of My Assult was given to Mr parker, Mr parker Response was: There was Two invastigation was done and They couldnt Find any Evidence. I have Medical Report, tips that Money was sent, I've Made Coprant's to the Warden, and Captain, nst no one answered, also pictures was taken, and Encounter Report, No treatment as done, I was only Given Ibuprofen ovly a Month Later x-ray was Taken atrad Report Fractures Seventh Trong'n Ninth Ribs
AM Requesting INterventen OF The F.B.I in This Matter

2/22/18
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**



BY: [illegible]

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 931884-F1

_____
CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
    **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 115

USP LVN

BP-229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 7, 2018

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 931884-R3       REGIONAL APPEAL
DATE RECEIVED   : MAY 3, 2018
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 2: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 -
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 3: YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 4: SEE REMARKS.

REJECT REASON 5: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOU DID NOT SUBMIT AN ORIGINAL DUPLICATE (ONE OF THE
                 BLUE CARBON COPIES) OF THE BP10. ALL DOCUMENTS MUST
                 BE SUBMITTED TOGETHER AT THE SAME TIME.

Plaintiff 116

RuSlan MiRViS
90101-053
BrookIYN MDC
P.O. Box 329001
BrookIYN, NY 11232

On April 18, 2018 I Submitted B-P 10 Form
and The Attachedments (IN Separate envalope)
also dated April 18, 2018 Both manila envalops
were Sant Simultanaously and Reuived
By you're oFFice. I received your mailing
Rejrection notice — admistrative Remedy
On April 30, 2018. I dont have enough time
To make Copys. Copy dates are only on
Thursday's and This dots not allow time
For Copying (10 days oF your mailing — april 25. 2018

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

MAY 03 2018

NERO-PHILADELPHIA



Plaintiff 117

Reason For Appeal Administrativ
Remedy Case number 931884-FI

(1) The BP-8 Form was given to
Counselor L. Murray i did not
get My Response back

(2) Filed BP-9 For Administrative
Remedy
        Part (B) - Response
received on February 26, 2018
on the original BP-9 was Stamped
on February 23, 2018

(3) Extension of time For response -
Administrative remedy was asked
Response due April, 7, 2018
        Part (B) Response was given 4-12-2018
Detailing on assault against another inmate
i reported to S.i.S and other StaFF members There
were more Than one person who Assaulted me
and Extorted me, Multiple Coprouts were made
and i was interviewed and receipts, trulinks records,
and medical records States There were more Than
one inmate involved in this matter

I've asked For F.B.I to be involved
in this matter because Serious Threats
were made against me and my Family
Multiple Reports were made. I did
not get a reply back
I was told Multiple investigations
were conducted
I am not asking to disclose any
findings or results of this matter
But what i am asking For is For the
FBI or NYPD to be involved in This
[illegible]
[illegible]

Subject 2. Medical care-delay on Access to
I was Taken to the Precinct For protective Custody
on 07/21/2017 pictures were taken but no medical
Treatment was done where i made Reports
That my Chest and Ribs hurt
I was only given Ibuprofen 600 mg,
about a month later x-Ray was done Stat rad.
Medical Report Fractures Seventh Through
ninth Rib
    I Would Like to know why i was
not taken to the hospital

**Mirvis, Ruslan**
Reg. No. 90101-053
ADMINISTRATIVE REMEDY No.: 931884-F1

---

### PART B - RESPONSE

---

This is in response to your Request for Administrative Remedy received on February 26, 2018. You stated you submitted a BP-8 detailing an assault against you from another inmate but did not get a response. You are requesting that the F.B.I. be involved in this matter.

It is the policy of the Federal Bureau of Prisons and the practice followed by the facility to treat all inmates in a fair and impartial manner. Allegations such as yours are taken seriously. Multiple investigations were conducted based on your allegations and appropriate actions taken at the conclusion of those investigations. However, we are unable to disclose to you any findings or results of the review of this matter.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA. 19106, within 20 calendar days of the date of this response.


_____                    4-12-18
H. Quay, Warden                             Date

Plaintiff 120

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 25, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 931884-R1      REGIONAL APPEAL
DATE RECEIVED  : APRIL 23, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : THE BP10 SAYS "SEE ATTACHED PAGES ONE AND TWO."
                 HOWEVER, THERE WAS NOTHING ATTACHED TO THIS BP10.

Plaintiff 121

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__  __90101-053__  __84K__  __MDC__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A - REASON FOR APPEAL**

See  Attached
Pages  one  and  Two

__04/18/2018__
　　　DATE

__SIGNATURE OF REQUESTER__

**Part B - RESPONSE**

---

　　　DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: __931884 12X__ 3

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

---

　　　DATE　　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 122

UPN LVN

PRINTED ON RECYCLED PAPER

BP-230(13)

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__ _____ __90101-053__ __84K__ __MDC__
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**

See Attached
Pages one and Two

__04/18/2018__

DATE                            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

APR 23 2018

NERO-PHILADELPHIA

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

MAY 03 2018

NERO-PHILADELPHIA

_____            _____
DATE                           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY            CASE NUMBER: __931884R__ X 3

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____            _____
DATE                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 123

UPN LVN                                                               BP-230(13)
                                                                      JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 943742-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED    : JULY 10, 2018
SUBJECT 1        : OTHER MEDICAL MATTERS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS          : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
                   NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                   ORIGINAL REJECTION

Plaintiff 124

# Central Office Administrative Remedy Appeal

273 ℗

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__         __9olol-053__     __84k__   __MDC  Brocklyn__
          LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.        UNIT         INSTITUTION

**Part A - REASON FOR APPEAL** I Was Confined in the special housing unit (SHU) During the process of appeal and did not have access to all of the necessary INformation, and Medical reports, about My injury [x-ray, lab test. and other results] it was one month Later that i received the needed information. My BP8 Form was Filed on time but i did not recive a reply. upon Entry to My new unit i started the Fileing Process a new, their response contained over Lapping dates, My Legal Papers were Missing during housing relocation

__7/3/2018__                                    _Ruslan_
       DATE                                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 1 0 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____          GENERAL COUNSEL
          DATE                                  __943742-A1__
ORIGINAL: RETURN TO INMATE            CASE NUMBER: _____

**Part C - RECEIPT**
                                                      CASE NUMBER: _____

Return to: _____
               LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT         INSTITUTION
SUBJECT: _____

Plaintiff 125

_____          _____
          DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
                                                                        BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC      UNT: K     QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 943742-R1        REGIONAL APPEAL
DATE RECEIVED   : JUNE 21, 2018
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                  THE EVENT YOU ARE COMPLAINING ABOUT IS FROM
                  JULY 2017.

**Regional Administrative Remedy Appeal**

U.S. Department of Justice

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__    __90101-053__    __84K__    __MDC__
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**   ADMiNistrative Remedy 943742-F1

· Made attempts on this Matter befor

· Rejected Reason: Must Receive w/20 days on This Matter Complained, BP-8 signed and dated by the Counselor 6/4/18 Respons to BP9 Jun 14, 2018, How is it untimely?

__6/15/2018__                              __Ruslan__
   DATE                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

            DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

CASE NUMBER: 943742R

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**                                   CASE NUMBER: _____

Return to: _____      _____      _____      _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

Plaintiff 127

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__     __90101-053__     __84K__     __MDC__
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**   ADministrative Remedy 943742-F1

• Made attempts on this Matter before

• Rejected Reason: Must Receive w/20 days on This
Matter Complained, BP-8 signed and dated by the
Counselor 6/4/18 Respons to BP9 Jun 14, 2018.
How is it untimely?

__6/15/2018__                  __Ruslan__
DATE                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUN 20 2018

NERO-PHILADELPHIA

_____ DATE                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                  CASE NUMBER: __943742R1__

**Part C - RECEIPT**

                                   CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____ DATE                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL         **Plaintiff 128**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirris Ruslan     90101-053     84K     MDC

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** Date of injury: 07/12/2017. Provider Altmann, Jaime RN/IDC/IOP Cause of injury (Inmates statement of How injury occured) "I was Jumped Symptoms (as reported by Inmate) "My Ribs hurt" please note; I made a cop-out to Sick call on 07/12/2017 Stated My chest and Ribs Hurt, I was only given Ebuprofen tablet 600mg, X-ray was done on 08/04/17 after The attack Stated Medical report, Fractures" Seventh Through Ninth Rib I would Like to know why i was taken to wshu with-out Medical treatment, or Send to The hospital For a whole month i could not move, Sleep, hard to breath, I was in Extrean pain, I wrote cop-out while in Shu no answer, I Emailed Staff no answer

     DATE            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 1 4 2018

80 29th STREET
BROOKLYN, NY 11232

     DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**       CASE NUMBER: 943742

           CASE NUMBER: 943742

**Part C– RECEIPT**

Return to: _____

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

     DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 129

BP-229(13)
APRIL 1982

USP LVN      PRINTED ON RECYCLED PAPER

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MirViS RuSlan _____ 9010l-053 84k _____ Metropolitan DC
    **LAST NAME, FIRST, MIDDLE INITIAL**     **REG. NO.**    **UNIT**     **INSTITUTION**

**Part A— INMATE REQUEST** I was Moved to almost every unit in MDC
I have tried to talk to the S.i.S and Explain to Them The whole
Situation, two Lt Frome S.iS who Spoke to Me, Lt Pope Never Let
Me Speak and The Second Lt, kept on bring up My Criminal
Case I would Like to know what My Criminal Case has to do
with J-72 attack It was done infront of a Couple of diffrent C.OS
It was very embarrassing, humalating and degrating. This was
done 4 diffrent times They do not know My Case why am I being
treated This way Two Time i asked The Captain to talk to him he said
He will Call me down Never did, I would also Like to know
why Lt pope Left the meeting about (prea) all I wanted was to
Be heard, Two time Filed B-PS about this did not get an answer
nd I would also Like iF My Criminal case not be ~~put~~ used By Lt pope

_____    _____ RuSlan
      **DATE**                                      **SIGNATURE OF REQUESTER**

**Part B— RESPONSE**

_____    _____
      **DATE**                                 **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**    CASE NUMBER: 993799

                                                        CASE NUMBER: 943799

**Part C— RECEIPT**

Return to: _____
         **LAST NAME, FIRST, MIDDLE INITIAL**       **REG. NO.**      **UNIT**      **INSTITUTION**

SUBJECT: _____

_____         _____
      **DATE**                           **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

Plaintiff 130

BP–229(13)
APRIL 1982

USP LVN

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MirViS RuSlan**          **90101-053    84K**          **Metropolitan, DC**

LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.        UNIT            INSTITUTION

Part A– INMATE REQUEST   **I Was Moved to almost every unit in MDC**

I have tried to talk to the S.i.S and Explain to Them The whole Situation, Two Lt Frome S.i.S who Spoke to Me, Lt POPe Never Let Me Speak and The Second Lt, kept on bring up My Criminal Case, I would Like to know what My Criminal Case has to do with J-72 attack It was done infront of a Couple of diffrent, C.OS It was very embarrassing, humalating, and degrating, This was Done 4 diffrent tims, They do not know My Case, why am I being Treated This way, Two Time i asked The Captein to talk to him he said He will Call Me down Never did, I would aLso Like to know why Lt POPe LeFt the meeting about (prea) all I wanted was to Be heard, Two time Filed B-PS about this did not get an answer and I would aLso Like, iF My Criminal Case not be ~~Beto~~ used By Lt POPe

_____        ~Ruslan~
DATE                    SIGNATURE OF REQUESTER

Part B– RESPONSE

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29th STREET
BROOKLYN, NY 11232

_____                    _____
DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 44379g

Plaintiff 131

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirvis Ruslan     90101-053   84k     MDC

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** On 07/11/2017 I pressed the panic button around 11:30 or 11:45 pm in unit J-72 C.O. G. Gonzales walked to My Cell, asked Me what happend? I had Mark on My neck and I told him I was attacked and Extorted, and That the two inmate That attacked Me took My Family, Pictures, Letters and Made very serous Threats against My Family, if I did not Pay them $4000.00 officer G. Gonzales asked me if i was safe in My Cell? I told him i was safe in My Cell untill Lock out I did not Fell safe in The unit officer G. Gonzales asked Me to wait 10 min he will get me out, he neve came back, For Me I would Like to know why G. Gonzales Left Me when i was Looking For help, and i was serbusly injured, I was sent to WCHU, No Medical treatment I would like to know why when I filed B-P8 he did not answer, and would also Like to know why suddenly sprinklers in My Cell went of Destroying My property?

_____      Ruslan
DATE                                SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____             _____
DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: 943 DO

                                               CASE NUMBER: 943122

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____             _____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      PRINTED ON RECYCLED PAPER      Plaintiff 132   BP-229(13)   APRIL 1982

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mirvis Ruslan**     **90101-053**    **84K**     **MDC**

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** On 07/11/2017 pressed the panic botton around 11:30 or 11:45 pm in unit J-72 C.O. G. Gonzales walked to My Cell, asked Me what happend? I had Mark on My neck and I told him i was attacked and Extorted, and That the two inmate That attacked Me took My Family, Pictures, Letters and made Very Serous Threats against My Family, if i did not Pay Them $4000.00 officer G. Gonzales asked Me if i was safe in My Cell? I told him i was safe in My Cell antill Lock out i did not Fell safe in The unit officer G. Gonzales asked Me to wait 10 min He will get Me out. He Neve Came back. For Me I would Like to know why G. Gonzales Left Me when i was Looking For help, and i was Serously injured, I was Sent to W&HU, No Medical treatment, I would like to know why when i Filed B-P8 He did not answer, and would also Like to know why suddenly Sprinklers in My Cell went of Destroying My property?

DATE                  SIGNATURE OF REQUESTER

## Part B– RESPONSE

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29TH STREET
BROOKLYN, NY 11232

DATE                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE           CASE NUMBER: **943722**

                                          CASE NUMBER: **943722**

## Part C– RECEIPT

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 133

USP LVN        PRINTED ON RECYCLED PAPER                                BP–229(13)
APRIL 1982

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MirViS RuSlan**     **90101-053**    **84k**     **MDC**

     LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** On 07/11/2017 I pressed the panic botton around 11:30 or 11:45 pm in unit J-72 C.O. G. Gonzales walked to My Cell, asked Me what happend? I had Mark on My neck and I told him i was attacked and Extorted, and That the two inmate That attacked Me took My Family, Pictures, Letters, and Made Very Serous Threats against My Family, if i did not Pay Them $4000,00 officers G. Gonzales asked me if i was Safe in My Cell? I told him i was Safe in My Cell ontill Lock out i did not Fell Safe in The Unit officer G. Gonzales asked Me to wait 10 min He will Get Me out, He Neve Came back For Me I would Like to know why G. Gonzales LeFt Me when i was Looking For help, and i was Serbusly injured, I was Sent to wSHU, No Medical treatment, I would like to know why when i Filed B-p8 He did not answer, and would also Like to know why suddently Sprinklers in My Cell went of Destroying My Property?

                                           *RuSlan*

      DATE                                       SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29TH STREET
BROOKLYN, NY 11232

      DATE                                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                     CASE NUMBER: **943722**

                                                      CASE NUMBER: **943722**

**Part C– RECEIPT**

Return to: _____

           LAST NAME, FIRST, MIDDLE INITIAL           REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

                                                    Plaintiff 134

      DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN             PRINTED ON RECYCLED PAPER                                   BP-229(13)

                                                               APRIL 1982

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mirvis Ruslan     90101-053     84k     MDC

     **LAST NAME, FIRST, MIDDLE INITIAL**     **REG. NO.**     **UNIT**     **INSTITUTION**

**Part A– INMATE REQUEST** On 05/11/17 Receipt #6 i spend $127.50 on Commisary, New Balance MX409, and Food, and on 05/25/17 i went To the Store again were i got Masterlock, and Food, i was Moved to the Shu 4 times, ~~time~~, I would Like Copys of the Officers inventory For The times i was Placed in the Shu. I would also Like to know were is all My Legal work, i am Missing very important Legal work, Two seprat times i Signed For My proprnty were i was Lied to, i would Like copy of What i Signed, But what i am asking The most IS For very important papers, i need My Legal work, That i only had one copy OF and who is Responsebl For My Family Book & Letters, pictures That was Destroyed when sudd'enly sprinklers went oF in only My Cell The Shu

DATE         **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

#8

DATE                        **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**      CASE NUMBER: 943778

                                            CASE NUMBER: 943778

**Part C– RECEIPT**

Return to: _____

          **LAST NAME, FIRST, MIDDLE INITIAL**      **REG. NO.**      **UNIT**      **INSTITUTION**

SUBJECT: _____

      DATE          PRINTED ON RECYCLED PAPER        **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

USP LVN           Plaintiff 135
                                                BP-229(13)
                                                APRIL 1982

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mirvis Ruslan          90101-053     84K        MDC
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

Part A– INMATE REQUEST On 05/11/17 Receipt #6 i Spend $127.50 on Commisary, New Balance MX40% and Foods, and on 05/25/17 i went To the Store again were i got MasterLock, and Food, i was Moved To the Shu 4 times, ~~here~~, I would Like Copys of the Officers inventory For The times i was Placed in the Shu. I would also Like to know were is all My Legal work, i am Missing very important Legal work, Two Sepret times i Signed For My property were i was Lied to, i would Like Copy OF what i Signed, But what i am asking The most is For very important papers, i need My Legal work, That i only had one Copy OF. and who is ResponSebel For My Family BookS Letters, Pictures That was Destroyed when Sudd'enly Sprinklers went of in only My Cell & The Shu

DATE                                        SIGNATURE OF REQUESTER

Part B– RESPONSE

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

JUN 14 2018

80 29th STREET
BROOKLYN, NY 11232

DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: 943778

                                             CASE NUMBER: 943778

Part C– RECEIPT

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 136
BP-229(13)
APRIL 1982

# U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Mirvis Ruslan**           **90101-053**   **84k**   **MDC**
 LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** On 05/11/17 Receipt #6, i Spend $127.50 on Commisary, New Balance MX409, and Food, and on 05/25/17 i went To the Store again were i got Masterlock, and Foal, i was Moved to the Shu 4 times, ~~_____~~, I would Like Copys of the Officers inventory For The times i was Placed in the Shu. I would also Like to know were is all My Legal Work, i am Missing very important Legal Work, Two Sepret times i Signed For My property were i was Lied to, i would Like Copy of what i Signed, But what i am asking The most is For very important papers, i need My Legal Work. That i only had one Copt Of and who is Responsebel For My Family Books Letters, Pictures That was Destrayed when Suddenly Sprinklers went of in only My Cell & The Shu

_____ DATE            _Ruslan_ SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
**WARDEN'S OFFICE**
**RECEIVED**

JUN 14 2018

80 29th STREET
BROOKLYN, NY 11232

_____ DATE            _____ WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**            CASE NUMBER: 943778

CASE NUMBER: 943778

**Part C– RECEIPT**
Return to: _____
 LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____ DATE            _____ RECIPIENT'S SIGNATURE (STAFF MEMBER)



USP LVN            PRINTED ON RECYCLED PAPER

Plaintiff 137
BP–229(13)
APRIL 1982

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Mirvis Ruslan     90101-053     84K     MDC

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** Date of injury: 07/12/2017, Provider Itmann, Jaime RN/IDC/ICP cause of injury (inmates statement of How injury occured) "I was jumped symptoms (as reported by inmate) "My Ribs hurt" please note i made a cop-out to Sick call on 07/12/2017 Stated My chest and Ribs Hurt, I was only given buprofen tablet 600mg, x-ray was done on 08/04/17 after the attack Stated Medical Report, Fractures: Seventh Through ninth Rib. I would Like to know why i was taken to wShu with-out Medical treatment, or send to the hospital. For whole month i could not move, sleep, hard to breath, I was in server pain. I wrote cop-out while in Shu no answer, Emailed Staff no answer

       **DATE**                                      **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

       **DATE**                                      **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**      CASE NUMBER: 945142

                                                          CASE NUMBER: 945142

**Part C– RECEIPT**

Return to: _____

       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

       **DATE**                                   **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

Plaintiff 138
BP-229(13)
APRIL 1982

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mirvis Ruslan     96101-053     84k     MDC

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** Date of injury= 07/17/2017 Provider Altmann, Jaime RN/IDC/HCP Cause of injury (Inmates Statement of How injury occured) "I was Jumprd Symptoms (as reported by Inmate) "My Ribs hurt" please note i made a cop-out to Sick Call on 07/12/2017 Stated My Chest and Ribs Hurt, I was only given Ibuprofen tablet 600MG X-ray was done on 08/04/17 after The Attack Statrud Medical Report, Fractures= Seventh through Ninth Rib I would Like to know why I was taken to wShu with-out Medical treatment, or Send to The hospital. For a whole month I could not move, Sleep, hard to breath I was in Extream pain, I wrote cop-out while in Shu no answers, I Emailed Staff no answer

_____     _Rusdan_ (signature)

DATE            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____     _____

DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE     CASE NUMBER: 943142

          CASE NUMBER: 943142

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____     _____

DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K     QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 943778-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 10, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS         : IF STAFF PROBVIDE A MEMO STATING THE LATE FILING WAS
                  NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                  ORIGINAL REJECTION.

Plaintiff 140

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **MiRViS RuSlan**     **90101-053**     **841C**     **MDC brooklyn**
     LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** I was Confined in the Special housing unit (SHU) During the process of appeal and did not have access to all of the necessary Information, and Medical reports, about My injury [ x-ray, lab test and other results] it was one Month later that i recived the needed information, My BP8 Form was Filed on time but i did not recive a reply, upon Entry to My New unit i Started the Fiteing process anew, their response Contained over laping dates, My Legal papers were Missing during housing reloction

7/3/2018
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 1 0 2018

Administrative Remedy Section
Federal Bureau of Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: **943 778-A1**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

DATE            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL       Plaintiff 141

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943778-R1       REGIONAL APPEAL
DATE RECEIVED  : JUNE 21, 2018
SUBJECT 1      : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                 YOU ARE COMPLAING ABOUT AN EVENT FROM JULY 2017.

6/15/18

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **MirviS Ruslan**    **90101-053**    **84K**    **MDC**

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**   Remedy I 943778-F1 Administrative

Rejected,

Reason For Appeal: Bad Respons,

• Filed BP 8 on this Matter befor did not get a respons
• Made attamps on this matter useing E-mail and in person couple of times
• Rejected Reason: Must Receive w/20 days of the event complained, BP-8 Signal and dated by the Counselor Date 6/4/18, Respons to B9 June 14, 2018, How is it untimely?

_6/15/2018_         _Ruslan_

DATE                 SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE         CASE NUMBER: _943778 R_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE             SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 143

BP-230(13)

UPN LVN

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__  __90101-053__  __84K__  __MDC__
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** Remedy I 943778-FI Administrative

Rejected,

Reason For Appeal: Bad Respons,
- Filed BP 8 on this Matter befor did not get a respons
- Made attamps on this matter usring E-mail, and in person
  Couple of times
- Rejected Reason: Must Receive w/20 days of the event
  Complained, BP-8 Signed and dated by the Counselor
  Date 6/4/18, Respons to B9 June 14, 2018, How is it untimely?

__6/15/2018__               __Ruslan__
     DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE
JUN 21 2018
NERO-PHILADELPHIA

_____ DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY              CASE NUMBER: __943778R1__

**Part C - RECEIPT**

                                            CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                                      
     DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 144

UPN LVN                                                        BP-230(13)
                                                       JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC     UNT: K     QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943722-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED  : JULY 10, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS        : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
                 NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                 ORIGINAL REJECTION.

U.S. Department of Justice

Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal. *

From: Mirvis Ruslan    90001-053    84 K    MDC Brooklyn

~MIRVIS    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I was confined in the Special housing unit, (SHU) During the process of appeal and did not have access to All of the necessary information, and Medical reports, about My injury [X-Ray, Lab test and other results] it was one month Later that i received the needed information My BP8 Form was filed on time but i did not recive a reply. Upon Entry to My new unit i started the Filing process anew. Their response Contained overlapping dates. My Legal papers were Missing during housing relocation.

7/3/2018        Ruslan

DATE                              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 1 0 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 943722-A1

CASE NUMBER: _____

Return to: _____

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____ DATE         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Plaintiff 146

BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943722-R1        REGIONAL APPEAL
DATE RECEIVED  : JUNE 21, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                 THE EVENT YOU ARE COMPLAINING ABOUT IS FROM
                 2017.

6/5/18

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis  Ruslan__     __90101-053__    __84K__     __MDC__
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT       INSTITUTION

**Part A - REASON FOR APPEAL**   ADministrative Remedy ID: 943722-F1

- Made two attempts on this Matter, Filed two BP8 Forms Did not get a Response,
- Made I Made Cop-out on this Matter did not get a answer
- I've asked to talk about this Matter, to the Captain, No Answer,
- Rejected Reason: Must Receive w/20 days on this Matter Complained, BP-8 Signed and dated by the Counselor 6/4/18, Respons to BP9 Jun 14, 2018, How is it untimely?

__6/15/2018__                    __Ruslan__
    DATE                             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____ DATE _____           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

**ORIGINAL: RETURN TO INMATE**            CASE NUMBER: __943722R1__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**                            CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

Plaintiff 148

_____ DATE _____         SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__  _____90101-053_____  __84k__  __MDC__
         LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**    Administrative Remedy ID: 943722-F1

- Made two attempts on this Matter Filed two BP8 Forms Did not get a Response.
- Made I Made Cop-out on this Matter did not get a answer
- I've asked to talk about this Matter to the captain, No Answer.

- Rejected Reason: Must Receive w/20 days on this Matter Complained, BP-8 Signed and dated by the Counselor 6/4/18, Respons to BP9 Jun 14, 2018, How is it untimely?

__6/15/2018__                                    __Ruslan__
      DATE                                       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUN 20 2018

NERO-PHILADELPHIA

_____                          _____
      DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                    CASE NUMBER: __943722R1__

**Part C - RECEIPT**

                                                  CASE NUMBER: _____

Return to: _____
                    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                          _____
      DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 149

UPN LVN                                          BP-230(13)
                                                 JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 8, 2019

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-804L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 969216-R1      REGIONAL APPEAL
DATE RECEIVED  : APRIL 5, 2019
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 -
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 2: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : PAGES 2, 3, AND 4 OF THE BP10 ARE NOT LEGIBLE.

Plaintiff 150

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Mirvis Ruslan**     **90101-053**     **84K**     **MDC Brooklyn**
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

## Part A - REASON FOR APPEAL

Appealing from Decision on 3/20/19 which concluded the results of the PREA was unsubstantiated.

The reason the investigation was unsubstantiated is that a thorough investigation wasn't done and the lieutenants downplayed my account.

During my interview with both lieutenants, they constantly interrupted me while detailing my account. As a result, they prevented me from giving a detail account along with documents to support. They insisted this would continue to happen to me because of my alleged charges. They were more concentrated on my charges then the assault that was administered to me. Second, no one contacted my mother to obtain documents that exhibit proof of payments made to the two(2) culprits. Monies were wired to both include one of their wives. Third, the medical reports indicated I had fractured ribs. This coincides with my allegation that I was assaulted. Finally, I'm not certain if the two(2) culprits were interviewed at all. If they were, why would their accounts be more credible then mine. In addition, if the lieutenats had secured the documents from my mother, how would the explain payment received from her.

If a thorough investigation was done, the documents alone would have been able to substantiate my allegations. The documents, my testimony and the medical report indicate something happened.

_4/2/19_      See attachment      _Ruslan Mirvis_
DATE                                              SIGNATURE OF REQUESTER

## Part B - RESPONSE

 

DATE                                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE            CASE NUMBER: **969216R1**

## Part C - RECEIPT

                                           CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

 

Plaintiff 151

DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis   Ruslan_____ __90101-053__ __84k__ __MDC BrooklYN__
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

## Part A - REASON FOR APPEAL

Appealing from decision on 3/2/2019 which concluded the results of the PREA was unsubstantiated.

The reason the investigation was unsubstantiated is that a thorough investigation wasn't done and the Lieutenant's downplayed my account.

During my interview with both Lieutenants they constantly interrupted me while debriefing my account. As a result, they prevented me from giving a detail account along with documents to support. They insisted this could continue to happen to me because of my alleged charges. They were more concentrated on my charges than the assault that was administered to me. Second, no one contacted my victim to obtain documents that exhibit proof of payments made to the two (2) culprits. Monies were wired to both include one of their wifes. Third, the medical reports indicated I had fractured ribs. This coincides with my allegation from that I was assaulted. Finally, I'm not on form is the two (2) culprits were interviewed at all. If they were, why would their account's/stories are credible then mine? In addition, if the Lieutenats had secured the documents from my mother, how would she explain payment received from her.

If a thorough investigation was done, the documents alone would have been able to substantiate my allegations. The documents, my testimony and the medical report indicate something happened.

__4/2/19__        See attachment        __Ruslan Mirvis__
DATE                                SIGNATURE OF REQUESTER

## Part B - RESPONSE

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

APR 0 5 2019

NERO-PHILADELPHIA

_____             _____
DATE                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY          CASE NUMBER: __969216R1__

## Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____             _____
DATE                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 152

Appealing From Decision on 3/20/19 which concluded the results of the

PREA Investigation was unsubstantiated

The reason the investigation was unsubstantiated is that a thorough

investigation wasn't done and the lieutenants downplayed my account.

During my interview with both lieutenants, they constantly interrupted

me. As a result, they prevented me from giving a detailed account along

with documents to support. They insisted this would continue to happen

to me because of my alleged charges. They were more concentrated on my

charges then the beating that was administred to me. Second, no one

contacted my mother to obtain proof of payments that were made to

the two (2) culprits. Third, the medical reports indicated I had fractured

ribs. This coincides with my allegation that I was beaten. Finally,

not certain if the two (2) culprits were interviewed at all. If they

were, why would their accounts be more credible then mine. Furthermore,

what is their explanation for receiving monies from my family.

If thorough investigation done, proof exist to substantiate the allegations.

Plaintiff 153

RUSLAN MIRVIS, 90101-053
BROOKLYN MDC     UNT: K     QTR: K07-804L
P.O. BOX 329001
BROOKLYN,  NY 11232

Plaintiff 154

Remedy Number 969216-F1
Mirvis, Ruslan
Reg. No. 90101-053

This is in response to your Request for Administrative Remedy
dated February 27, 2019.  You requested an investigation into
your allegation that a Lieutenant downplayed your sexual assault
case and you question whether the Lieutenant investigated the
assault matter.

A review into this matter reveals your allegation of being
sexually assaulted was investigated and closed on May 15, 2018.
The results of the PREA investigation were Unsubstantiated.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the
Regional Director, Federal Bureau of Prisons, Northeast Regional
Office, U.S. Customs house, 2nd and Chestnut Street,
Philadelphia, PA. 11906.  Your appeal must be received in the
Regional Office within 20 calendar days from the date of this
response.

H. Quay, Warden                    Date 3/20/19

Plaintiff 155

2/13/19

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Minvis Ruslan_  _90101053_  _84k_  _MDC Brooklyn_
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

On December 27,2018, I was rushed to the hospital and had emergency surgery preformed. My gall bladder ~~was removed~~. After a few weeks in the hospital, I came back to MDC Brooklyn. Health Services were to monitor my post operation condition. On or about February 8, 2019, I was experiencing numbness on my left side and vomiting blood. I brought my condition to the attention of CO Calixte. He followed it up. Lieutenant Metzger appeared a few minutes later. I explained to her my condition. Her response I quote "I need medical attention for my head". She pointed to her head and mocked me while she laughed. This is the same Lieutenant, when I was physically and sexually assaulted about 2 years ago, who told me to learn fight and never followed up with the investigation. The very next day, I was rushed to the hospital ~~~~

I'm seeking an investigation. This Lieutenant downplayed my sexual assault case and now this. I question whether she even investigated the assault matter.

_02/05/2019_
DATE

_Ruslan_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED

KS

FEB 27 2019

80 29th STREET
BROOKLYN, NY 11232

_____   _____
DATE   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _969216-F1_

CASE NUMBER: _969216-F1_

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 156

USP LVN   PRINTED ON RECYCLED PAPER   BP–229(13)
APRIL 1982

### ATTEMPT AT INFORMAL RESOLUTION
#### (REQUEST FOR ADMINISTRATIVE REMEDY)

The Federal Bureau of Prisons' Program Statement 1330.18, <u>Administrative</u> <u>Remedy Program</u>, dated January 6, 2014, requires inmates attempt to informally present their complaint to a staff member and allow the staff member to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229 (13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229 (13) form.

**TO BE COMPLETED BY INMATE:**

Inmate's Name: Ruslan Mirvis    Reg. No: 90101-053    Unit: K-84

1. Complaint (be specific, if related to UDC appeal, specify relevant section of Inmate Discipline Policy): On or about 2/14/19, I requested from the Lieutenant I needed medical attention. At the time I was experiencing numbness on my left side and vomiting up blood. Instead of acting on my request, she said "I need medical attention for my head." She pointed to her head and mocked me. The very next day, I was rushed to the hospital and diagnosed with a hole in my stomach and a pinched nerve on left side. I was hospitalized for 3 days.

2. What resolution is requested/expected: I would like an investigation. This was the same Lieutenant who downplayed my complaint when I was sexually assaulted. Her actions make me question if an investigation was done at all. The Lieutenant should be reprimended for her lackadaisical behavior.

**TO BE COMPLETED BY STAFF:**

3. Date/Time Complaint Received from Inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: _____
_____
_____
_____

6. Date Administrative Remedy Provided: _____

7. Informal Resolution was/was not accomplished.

_____                    Date
Inmate's Signature/Register Number

_____                    Date
Staff Member's Name and Title

_____                    Date
Unit Manager's Signature

Distribution: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. **If the complaint is not informally resolved, attach the original informal resolution form to the BP-9, and return them both to unit staff, who will forward to the Administrative Remedy Clerk.**

## INMATE REQUEST FOR INFORMAL RESOLUTION



4/2/19

NAME: Ruslan Mirvis                    REG. 90101-053

UNIT: 84K

SPECIFIC ISSUE NEEDING
RESOLUTION:            I Need to see the dermatologist ASAP. Numerous
appointments have been canceled or rescheduled. A Diopsy was recommended
almost a year ago. the last time I was denied medical attention at MDC, I was rushed to
EXPLAIN, IN DETAIL, THE ISSUE:                    to    the hospital for
                                                                emergency
For 2 years   Suffering with Rash that Causes My Skin Crack lesions and welts    surgery.
Throughout My Body. I have been complaining about this for the past 2 years.
on 6/4/18 a Biopsy was recommended. It Never happend this symptoms
are getting worse. I'm crying out for assistance At times This puts me in
a depressive State. I'm unable to sleep most nights due to Rash. I am in
Extrem pain

INMATE SIGNATURE: Ruslan            DATE: _____

### TO BE COMPLETED BY COUNSELOR

DATE RECEIVED: 4/2/19

ACTION TAKEN: As per Medical you have been approved
to see the dermatologist. This is an outside
appointment. We cannot divulge the date and
time due to safety and security concerns.

COUNSELOR SIGNATURE: _____        DATE: 4/3/19

### TO BE COMPLETED BY UNIT MANAGER

INFORMAL RESOLUTION RECEIVED _____

UNIT MANAGER SIGNATURE _____ DATE: _____   worsened

EXTENSION GRANTED _____ DATE DUE _____

REASON FOR EXTENSION _____
_____                              allergic

UNIT MANAGER APPROVAL _____     DATE _____

Plaintiff 158

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Harris Ruslan     90101-053     84K     MDC
      **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**     **UNIT**     **INSTITUTION**

**Part A– INMATE REQUEST** Date of injury: 07/17/2017 Provider
Altman, Jaime RN/NP/HUP cause of injury (inmates Statement
of How injury occured) I was Jumped Symptoms (as reported by
inmate) My Ribs hurt" press note i made a cop-out to Sick call
on 07/21/2017 stated my chest and Ribs Hurt, I was only given
Ibuprofen taller soons X-ray was done on 08/01/17 after the
attack Statrad Medical Report, Fractures: Seventh though
ninth Rib I would Like to know Why i was taken to Wshu
with-out Medical treatment or Send to the hospital for
a whole month i could not move sleep hard to breath i was in
Extreme pain I wrote cop-out while in Shu no answer,
I Emailed staff no answer

_____       _____
DATE            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____       _____
DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**      CASE NUMBER: _____

                                    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
      **LAST NAME, FIRST, MIDDLE INITIAL**     **REG. NO.**     **UNIT**     **INSTITUTION**

SUBJECT: _____

_____       _____
DATE        ♲ PRINTED ON RECYCLED PAPER     RECIPIENT'S SIGNATURE (STAFF MEMBER)

Plaintiff 159
BP-229(13)
APRIL 1982

USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 20, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC    UNT: K    QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 943739-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : JULY 25, 2018
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

Plaintiff 160

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mirvis Ruslan     90101053     Shk     M.DC Brooklyn

      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** I was Confined in the special housing unit (SHU) During the process of appeal and did not have access to all of the necessary information and medical reports, about My injury [x-ray, lab test and other results] it was one Month Later that i received the needed information, My BP-8 Form was Filed on time but i did not recive a reply upon Entry to My new unit i started the Fileing process a new, their response contained overlaping dates, My Legal papers were Missing during housing relocation

7/3/2018
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUL 25 2018

Administrative Remedy Section
Federal Bureau of Prisons

           DATE            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 943739 A1

**Part C - RECEIPT**

                               CASE NUMBER: _____

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

Plaintiff 161

           DATE               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

                                                           BP-231(13)

```
              REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: JUNE 26, 2018
      ebl


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : RUSLAN MIRVIS, 90101-053
      BROOKLYN MDC      UNT: K      QTR: K07-812L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 943739-R1       REGIONAL APPEAL
DATE RECEIVED   : JUNE 21, 2018
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
                  YOUR COMPLAINT IS FOR AN EVENT FROM JULY 2017.
```

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis   Ruslan__ _____ __90101-053__ ____ __8-41c__ ___ __MDC__
  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**   Remedy ID: 943739-F1   was Rejected

Bad answer;

1) Reject Reason 1 was untimely. Must Receive w/20 days on This Matter Complained, BP-8 Signed and dated by the Counselor 6/4/18 Respons to BP9 Jun 14, 2018, How is it untimely?

2) Rejected Reason (two) Must provide more specific information on the B-P9 i asked why did Lt pope From SiS Never Let Me Speak when i was Moved 4 times, and i also asked what does My Criminal Case has to do with, the attack on the 7th Floor attack J-72, I've made attempts, Filed BP-8 on This Matter two times no answer, i tried to talk to the Captain couple of time's was promised couple of times to be Called down, never happend

__6/15/2018__ _____        __Ruslan__ _____
  DATE                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
  DATE                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: __943739R1__

**Part C - RECEIPT**

                                          CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

Plaintiff 163

_____        _____
  DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                   BP-230(13)

**U.S. Department of Justice**

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mirvis Ruslan__ __90101-053__ __8-41C__ __MDC__
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** Remedy ID: 943739-F1 was Rejected

Bad answer:
1) Reject Reason 1 was untimely. Must Receive w/20 days on This Matter Complained, BP-8 Signed and dated by the Counselor 6/4/18 Respons to BP9 Jun 14, 2018 How is it untimely?

2) Rejected Reason (two) Must provide more specific information on the B-P9 i asked why did Lt pope from S.I.S Never Let Me Speak when i was Moved 4 times, and i also asked what does My criminal case has to do with the attack on the 7th Floor attack J-72. I've made attempts with BP8 on the Matter two times No answer, i tried to talk with captain and left times i was promised people of times to be Called down never happened.

__6/15/2018__         __Ruslan__
DATE             SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUN 2 0 2018

NERO-PHILADELPHIA

_____         _____
DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

REGIONAL DIRECTOR

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: __943739R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____         _____
DATE           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Plaintiff 164

UPN LVN                                         BP-230(13)