April 17, 2024

**By ECF**

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     *Mirvis v. Pope, et al.* No. 19-cv-2573 (LDH) (VMS)

Dear Judge DeArcy Hall:

This Office represents Defendants Thomas Pope, Pierre Calixte, and Veronica Metzger ("Defendants") in the above-referenced action. This letter confirms the submission of Defendants' fully bundled Motion for Summary Judgment, comprising the following documents:

1. Defendants' Notice of Motion (Dkt. No. 102);
2. Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment (Dkt. No. 102-1);
3. Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 (Dkt. No. 102-2);
4. Declaration of Kimberly A. Francis and the exhibits referenced therein (Dkt. No. 102-3-102-14);
5. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 103);
6. Plaintiff's Local Rule 56.1 Statement in Opposition to Defendants' Pre-Summary Judgment Conference Request (Dkt. No. 103-1);
7. Declaration of Uri Nazryan and the exhibits referenced therein (Dkt. No. 103-2-103-14);
8. Defendants' Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment (Dkt. No. 104);
9. Consolidated Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 (Dkt. No. 104-1); and
10. Supplemental Declaration of Kimberly A. Francis and the exhibits referenced therein (Dkt. No. 104-2-104-6).

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  */s/ Kimberly A. Francis*
Kimberly A. Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov

cc:  The Honorable Vera M. Scanlon (via ECF)
United States Magistrate Judge

Uri Nazryan, Esq. (via ECF)
*Counsel for Plaintiff*