UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RUSLAN MIRVIS,

        Plaintiff,

  v.

HERMAN QUAY, Warden; ELEAZAR GARCIA,
Associate Warden; JONATHAN WHITE, Captain;
"JOHN" POE, LIEUTENANT; "JOHN" METZGER,
LIEUTENANT; "JOHN" CALIXTE, CORRECTION
OFFICER; "JOHN DOE" #1-3, Correction Officers;
"G." GONZALEZ, CORRECTION OFFICER;
"JANE DOE," Correction Officer; AND Counselor
MAURY "DOE",

        Defendants.
----------------------------------------------------------------X

JUDGMENT

19-CV-2573 (LDH) (VMS)

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 30, 2025, granting Defendants' motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York  
       September 30, 2025

Brenna B. Mahoney  
Clerk of Court

By:   <u>/s/Jalitza Poveda</u>  
      Deputy Clerk